UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EDMUND V. LUDWIG
   Judge

12614 United States Courthouse
Independence Mall West
Philadelphia, PA 19106-1775
(215) 580-2030
(215) 580-2142 FAX

DOUGLAS L. FLITTER
1735 MARKET ST
PHILADELPHIA, PA 19103

GEOFFREY A. KAHN
1735 MARKET ST
PHILADELPHIA, PA 19103

ROBERTO A. RIVERA-SOTO
2000 MARKET ST
10TH FL
PHILADELPHIA, PA 19103-3291

## NOTICE OF SCHEDULING CONFERENCE

RE:    NATIONAL HEALTHCARE v. PENN TREATY AMERICA, et al.
       CIVIL ACTION NO. 02-cv-3600

Judge Ludwig has scheduled a Rule 16 conference for your case or cases on Thursday, August 1, 2002 at 11:30 a.m. in chambers, Room 12614.

Enclosed is Judge Ludwig's **C A S E** **Management Program.**

**Counsel for plaintiff is required to notify unrepresented defendant(s) as to the date and time of the conference by serving a copy of this notice (with attachments) upon defendant(s) or their counsel, if known.**

If service of process has not been made, it is also the responsibility of plaintiff's counsel to take all steps reasonably necessary to expedite service as required by Fed. R. Civ. P. 4(a).

Very truly yours,

Kathryne M. Crispell
Deputy Clerk to Judge Ludwig

DATE:  July 15, 2002