IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., : | CIVIL ACTION |
| Plaintiff, : | NO.: 02-CV-3600 |
| v. : | |
| PENN TREATY AMERICA CORPORATION, : et al., | |
| Defendants. : | |

**MOTION OF DEFENDANTS TO DISMISS
COUNTS ONE AND THREE OF THE COMPLAINT**

Defendants, by their undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss with prejudice Counts One and Three of the Complaint in this action. In support of this motion, defendants rely upon the accompanying memorandum of law.

_____
Geoffrey A. Kahn
Douglas L. Flitter
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street
Philadelphia, PA  19103
(215) 665-8500

Attorneys for Defendants

Dated: July 29, 2002