IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., | CIVIL ACTION |
| Plaintiff, | NO.: 02-CV-3600 |
| v. | |
| PENN TREATY AMERICA CORPORATION, et al., | |
| Defendants. | |

## ORDER

AND NOW, this ____ day of _____, 2002, upon consideration of defendants' motion to dismiss Counts One and Three of the Complaint, and plaintiff's opposition thereto, it is hereby ORDERED that defendants' motion is GRANTED, and that Counts One and Three of the Complaint are DISMISSED with prejudice.

_____
Edmund V. Ludwig, U.S.D.J.