IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES | : | CIVIL ACTION |
| v. | : | |
| PENN TREATY AMERICA, et al. | : | NO. 02-cv-3600 |

## **N O T I C E**

August 1, 2002

       Upon conference, a further Rule 16 conference will be held on Tuesday, September 24, 2002 at 5:00 p.m., in chambers, Room 12614.

cc: August 1, 2002 (KC)

DOUGLAS L. FLITTER     (Mail)
GEOFFREY A. KAHN     (Fax)
ROBERTO A. RIVERA-SOTO   (Mail)


BY:_____
    Deputy Clerk
    Kathryne M. Crispell