IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC. | : CIVIL ACTION |
| v. | : |
| | : NO. 02-CV-3600 |
| PENN TREATY NETWORK AMERICA INSURANCE CORP., *et al.* | : |

## O R D E R

AND NOW, this 22nd day of August, 2002, plaintiff having filed an amended complaint, defendants' motion to dismiss counts one and three of the complaint is denied as moot, without prejudice to reassertion as to the amended complaint.

_____
Edmund V. Ludwig, J.