IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., : | CIVIL ACTION |
| Plaintiff, : | NO.: 02-CV-3600 |
| v. : | |
| PENN TREATY AMERICA CORPORATION, : et al., | |
| Defendants. : | |

## ORDER

AND NOW, this ____ day of _____, 2002, upon consideration of defendants' motion to dismiss Count Two of the Amended Complaint, and plaintiff's opposition thereto, it is hereby ORDERED that defendants' motion is GRANTED, and that Count Two of the Amended Complaint is DISMISSED with prejudice.

_____
Edmund V. Ludwig, U.S.D.J.