IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
**NATIONAL HEALTHCARE SERVICES, INC.** ,:   **CIVIL ACTION**
:
　　　　　　　　Plaintiff,　　　　:   NO.: 02-CV-3600
:
v.　　　　　　　　　　　　　　　　:
:
**PENN TREATY AMERICA CORPORATION,** :
et al.,　　　　　　　　　　　　　　:
:
　　　　　　　　Defendants.　　　　:
_____:


**MOTION OF DEFENDANTS TO DISMISS
COUNT TWO OF THE AMENDED COMPLAINT**

　　　　Defendants, by their undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss with prejudice Count Two of the Amended Complaint in this action.  In support of this motion, defendants rely upon the accompanying memorandum of law.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Geoffrey A. Kahn
　　　　　　　　　　　　　　　　　　Douglas L. Flitter
　　　　　　　　　　　　　　　　　　Ballard Spahr Andrews & Ingersoll, LLP
　　　　　　　　　　　　　　　　　　1735 Market Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　(215) 665-8500

　　　　　　　　　　　　　　　　　　Attorneys for Defendants

Dated:  August 29, 2002