IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NATIONAL HEALTHCARE SERVICES    :        CIVIL ACTION
                    :
         v.             :
                    :
PENN TREATY AMERICA, et al.    :        NO.  02-cv-3600


**A M E N D E D   N O T I C E**

September 3, 2002

        The Rule 16 conference on Tuesday, September 24, 2002 will be held at 2:30

p.m. (Changed from 5:00 p.m.)  in chambers, Room 12614.




cc:  September 3, 2002 (KC)

DOUGLAS L. FLITTER    (Mail)
GEOFFREY A. KAHN       (Fax)
ROBERTO A. RIVERA-SOTO   (Mail)




BY:_____
    Deputy Clerk
    Kathryne M. Crispell