IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES | : | CIVIL ACTION |
| v. | : | |
| PENN TREATY AMERICA, et al. | : | NO. 02-cv-3600 |

## 2nd A M E N D E D   N O T I C E

September 20, 2002

The Rule 16 conference previously scheduled for September 24, 2002 is rescheduled for Wednesday, October 2, 2002 at 11:00 a.m in chambers, Room 12614.

cc: September 20, 2002 (KC) via FAX:

DOUGLAS L. FLITTER
GEOFFREY A. KAHN
ROBERTO A. RIVERA-SOTO

BY:_____
    Deputy Clerk
    Kathryne M. Crispell