IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENN TREATY AMERICA, et al. | : | NO. 02-cv-3600 |

## A M E N D E D   N O T I C E

October 21, 2002

       The Rule 16 conference on Thursday, October 24, 2002 will be held at 3:00 p.m.

(Changed from 11:00 a.m)  in chambers, Room 12614.


cc:  October 21, 2002 (KC) via FAX:

DOUGLAS L. FLITTER
GEOFFREY A. KAHN
ROBERTO A. RIVERA-SOTO



BY:_____
    Deputy Clerk
    Kathryne M. Crispell