**Conference Order**

Date: 10/25/2002    C.A. No. 02-3600          Jury__X____
                                              Non-jury_____
                                              Arbitration_____

                                              Action filed: 6/5/2002

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

                                              Trial Counsel:

NATIONAL HEALTHCARE SERVICES, INC.    Roberto Rivera-Soto

       v.

PENN TREATY AMERICA CORPORATION,      Douglas Flitter
et al.

**O R D E R**

**It is ORDERED:**

Self-executing discovery by November 5, 2002.

Paper discovery exchanged and responded to by December 16, 2002.

**Next Rule 16 Conference**   Tuesday, February 18, 2003 - 4:00 p.m.

- Depositions to be completed.
- Experts identified.

                                       _____
                                       Edmund V. Ludwig, J.