IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENN TREATY AMERICA, et al. | : | NO. 02-cv-3600 |

## A M E N D E D   N O T I C E

February 12, 2003

       The Rule 16 conference previously scheduled for February 18, 2003 is rescheduled for Tuesday, April 1, 2003 at 2:30 p.m. in chambers, Room 12614.

cc: February 12, 2003 (KC) via FAX:

DOUGLAS L. FLITTER
GEOFFREY A. KAHN
ROBERTO A. RIVERA-SOTO

BY:_____
    Deputy Clerk
    Kathryne M. Crispell