IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES | : | CIVIL ACTION |
| v. | : | |
| PENN TREATY AMERICA, et al. | : | NO. 02-cv-3600 |

## 2nd A M E N D E D   N O T I C E

March 27, 2003

The Rule 16 conference previously scheduled for April 1, 2003 at 2:30 p.m. is cancelled.

cc: March 27, 2003 (KC) via FAX:

DOUGLAS L. FLITTER
GEOFFREY A. KAHN
ROBERTO A. RIVERA-SOTO

BY:_____
    Deputy Clerk
    Kathryne M. Crispell