```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

NATIONAL HEALTHCARE SERVICES, INC.   :   CIVIL ACTION

       v.                                 :

PENN TREATY AMERICA CORPORATION,     :   NO. 02-3600
et al.

## O R D E R

**AND NOW,** this 10th day of June, 2003, counsel are directed to submit a written status report by Friday, June 20, 2003.

                                           _____
                                             Edmund V. Ludwig, J.