IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., | : | CIVIL ACTION |
| Plaintiff, | : | NO.: 02-CV-3600 |
| v. | : | |
| PENN TREATY AMERICAN CORP., et al. | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, it is hereby

ORDERED that the motion of defendants for the admission *pro hac vice* of Mindy J. Spector, Esquire, to practice before this Court is GRANTED.

_____
Ludwig, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., : | CIVIL ACTION |
| Plaintiff, : | NO.: 02-CV-3600 |
| v. : | |
| PENN TREATY AMERICAN CORP., et al. : | |
| Defendants. : | |

MOTION OF DEFENDANTS FOR ADMISSION
PRO HAC VICE OF MINDY J. SPECTOR, ESQUIRE

Defendants Penn Treaty American Corporation, Penn Treaty Network America Insurance Company, and Senior Financial Consultants Company, by their undersigned counsel, hereby move for the admission *pro hac vice* of Mindy J. Spector, Esquire, to practice before this Court. In support of this motion, defendants state as follows:

1. Ms. Spector is a partner at the law firm of Weil, Gotshal & Manges LLP ("Weil Gotshal"), and her office is located at 767 Fifth Avenue, New York, New York 10153-0119. Her telephone number is (212) 310-8502.

2. Ms. Spector is duly qualified to practice in the courts of New York State, the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Southern and Eastern Districts of New York, among others, and has been a member in good standing of the New York State Bar since 1981. She has tried cases before the United States District Courts for the Southern District of New York and the Western District of Pennsylvania, among others.

3. There are no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction.

4. Weil Gotshal is counsel to defendants Penn Treaty American Corporation and Penn Treaty Network America Insurance Company in another matter, and they, along with co-defendant Senior Financial Consultants Company, have requested Weil Gotshal and Ms. Spector to assist in their representation in this case.

5. Ms. Spector is familiar with the factual and procedural history of this litigation. Her admission, *pro hac vice*, will serve the interests of defendants and will also facilitate the efficient litigation of this matter.

6. Ballard Spahr Andrews & Ingersoll, LLP shall continue as attorneys of record for defendants in this matter.

7. This motion is unopposed by plaintiff.

8. Attached as Exhibit A and incorporated herein by reference is Ms. Spector's affidavit in support of this motion.

WHEREFORE, defendants respectfully request that the Court grant this motion to admit Mindy J. Spector, Esquire, *pro hac vice* to appear in this matter.

_____
Martin C. Bryce, Jr.
Douglas L. Flitter
BALLARD SPAHR ANDREWS
 & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

Mindy J. Spector, Esq.
Anna J. Hong, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119

|  |  |
|---|---|
|  | Counsel for Defendants, Penn Treaty American Corporation, Penn Treaty Network America Insurance Company and Senior Financial Consultants Company |
| Dated: June 23, 2003 |  |

## CERTIFICATE OF SERVICE

I hereby certify that I have today caused true and correct copies of the motion of defendants for the admission *pro hac vice* of Mindy J. Spector, Esquire, to be served on the below-listed counsel by hand delivery:

> Roberto Rivera-Soto, Esq.
> Daniel G. Lyons, Esq.
> Fox Rothschild O'Brien & Frankel LLP
> 2000 Market Street, 10th Floor
> Philadelphia, PA  19103

this 23rd day of June, 2003.

_____
Douglas L. Flitter