IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATIONAL HEALTHCARE
SERVICES, INC.

VS.

PENN TREATY AMERICA CORP.

:
:
:
:
:

CIVIL ACTION

NO.   02-3600

**ORDER**

AND NOW, this 17th day of JULY, 2003, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Edmund V. Ludwig to the calendar of the Honorable Mary A. McLaughlin.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court