IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES, INC. | : | CIVIL ACTION |
| v. | : | |
| PENN TREATY AMERICA CORP. | : | NO. 02-3600 |

O R D E R

AND NOW, this 24th day of July, 2003, upon consideration of the letter dated June 18, 2003, from Roberto A. Rivera-Soto on behalf of all parties, the Court hereby Orders that the deadline for the taking of fact depositions is extended to October 15, 2003. The Court will hold a status conference on this case on Thursday, October 30, 2003 at 9:30 a.m. in Courtroom 17-B.

MARY A. MCLAUGHLIN, J.