IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., | : | CIVIL ACTION |
| Plaintiff, | : | NO.: 02-CV-3600 |
| v. | : | |
| PENN TREATY AMERICAN CORP., et al. | : | |
| Defendants. | : | |

**MOTION OF DEFENDANTS FOR ADMISSION
PRO HAC VICE OF DAVID L. YOHAI, ESQUIRE**

Defendants Penn Treaty American Corporation, Penn Treaty Network America Insurance Company, and Senior Financial Consultants Company, by their undersigned counsel, hereby move for the admission *pro hac vice* of David L. Yohai, Esquire, to practice before this Court. In support of this motion, defendants state as follows:

1. Mr. Yohai is a partner at the law firm of Weil, Gotshal & Manges LLP ("Weil Gotshal"), and his office is located at 767 Fifth Avenue, New York, New York 10153-0119. His telephone number is (212) 310-8275.

2. Mr. Yohai is duly qualified to practice in the courts of New York State and New Jersey, the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Southern and Eastern Districts of New York, among others, and has been a member in good standing of the New Jersey State Bar since 1994 and the New York State Bar since 1995.

3. There are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction.

4. Weil Gotshal is counsel to defendants Penn Treaty American Corporation and Penn Treaty Network America Insurance Company in another matter, and they, along with co-defendant Senior Financial Consultants Company, have requested Weil Gotshal and Mr. Yohai to assist in their representation in this case.

5. Mr. Yohai is familiar with the factual and procedural history of this litigation. Mr. Yohai's admission, *pro hac vice*, will serve the interests of defendants and will also facilitate the efficient litigation of this matter.

6. Ballard Spahr Andrews & Ingersoll, LLP shall continue as attorneys of record for defendants in this matter.

7. Attached as Exhibit A and incorporated herein by reference is Mr. Yohai's affidavit in support of this motion.

      8.      A check in the amount of $40.00 has been submitted to the Clerk of the Court in connection with this motion.

      WHEREFORE, defendants respectfully request that the Court grant this motion to admit Mr. Yohai, Esquire, *pro hac vice* to appear in this matter.

      _____
      Martin C. Bryce, Jr.
      Douglas L. Flitter
      BALLARD SPAHR ANDREWS
        & INGERSOLL, LLP
      1735 Market Street, 51st Floor
      Philadelphia, PA  19103

      Mindy J. Spector, Esq.
      Anna J. Hong, Esq.
      David L. Yohai
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, NY  10153-0119

      Counsel for Defendants, Penn Treaty American Corporation, Penn Treaty Network America Insurance Company and Senior Financial Consultants Company

Dated: August 8, 2003