## **CERTIFICATE OF SERVICE**

        I hereby certify that I have today caused true and correct copies of the motion of defendants for the admission *pro hac vice* of David L. Yohai, Esquire, to be served on the below-listed counsel by hand delivery:

        Roberto Rivera-Soto, Esq.
        Daniel G. Lyons, Esq.
        Fox Rothschild O'Brien & Frankel LLP
        2000 Market Street, 10th Floor
        Philadelphia, PA  19103

this 8th day of August, 2003.

_____
Douglas L. Flitter