# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL HEALTHCARE SERVICES, INC.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | NO.: 02-CV-3600 |
| v. | : | |
| **PENN TREATY AMERICAN CORP., et al.** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, it is hereby

ORDERED that the motion of defendants for the admission *pro hac vice* of David L. Yohai, Esquire, to practice before this Court is GRANTED.

_____
McLaughlin, J.