IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES, INC. | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| PENN TREATY AMERICA CORP. et al | : | |
| Defendants | : | NO. 02-3600 |

ORDER

_____AND NOW, this_____ day of September, 2003, upon consideration of the September 15, 2003 letter from David L. Yohai on behalf of the defendants with consent of plaintiff's counsel, IT IS HEREBY ORDERED that the deadline for the taking of fact depositions is extended to October 30, 2003.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.