IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., | CIVIL ACTION |
| Plaintiff, | NO.: 02-CV-3600 |
| v. | |
| PENN TREATY AMERICAN CORP., et al. | |
| Defendants. | |

**CERTIFICATION OF DEFENDANTS IN SUPPORT OF MOTION
FOR ORDER DECLARING RIGHT TO TAKE DEPOSITIONS OF
FACT WITNESSES AND FOR PLAINTIFF TO BEAR ITS OWN COSTS**

Defendants certify pursuant to Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure and Local Rule 26.1(f) of the Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania that they have conferred in good faith with National Healthcare regarding the issues contained herein, in an effort to secure the requested relief without court intervention.

| | |
|---|---|
| Mindy J. Spector | Martin C. Bryce, Jr. |
| David L. Yohai | Douglas L. Flitter |
| Anna J. Hong | BALLARD SPAHR ANDREWS & |
| WEIL GOTSHAL & MANGES, LLP | INGERSOLL, LLP |
| 767 Fifth Avenue | 1735 Market Street, 51st Floor |
| New York, NY 101536-0119 | Philadelphia, PA 19103 |
| (212) 310-8000 | (215) 665-8500 |
| | |
| Attorneys for Defendants | Attorneys for Defendants |

Dated: October 14, 2003