IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., : | CIVIL ACTION |
| Plaintiff, : | NO.: 02-CV-3600 |
| v. : | |
| PENN TREATY AMERICAN CORP., et al. : | |
| Defendants. : | |

## ORDER

AND NOW, this __ day of _____, 2003, upon consideration of defendants' motion to declare (1) that defendants may take depositions of third party witnesses, including but not limited to Joseph Axmann and Charles Mankamyer, as of right upon reasonable notice to plaintiff, and (2) that plaintiff must bear its own cost incurred in connection with its preparation for, and attendance at, such depositions, and plaintiff's opposition thereto, it is hereby ORDERED that defendants' motion is GRANTED.

_____
Mary A. McLaughlin, U.S.D. J.