```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NATIONAL HEALTHCARE              :    CIVIL ACTION
SERVICES, INC.                   :
        Plaintiff                :
                                 :
     v.                          :
                                 :
PENN TREATY AMERICA              :
CORP. et al                      :
        Defendants               :    NO. 02-3600
```

## ORDER

          AND NOW, this_____ day of October, 2003, upon consideration of defendants' motion for order declaring right to take depositions of witnesses and for plaintiff to bear its own costs, it is hereby ORDERED that said motion is GRANTED as follows. The defendants may take the two depositions mentioned in the motion and any other deposition to which the plaintiff agrees.  The plaintiff may take the deposition of Mr. Jones and any other depositions to which the defendants agree.  Counsel for the parties will confer and agree on a date by which fact discovery will end.  Counsel will also attempt to agree on the next stage of the litigation.  Counsel for the plaintiff will inform the Court by October 27, 2003, of any agreements reached by the parties.  The October 30, 2003, date for a status conference is cancelled.

                                BY THE COURT:

                                _____
                                MARY A. McLAUGHLIN, J.