IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENN TREATY AMERICAN CORP., | : | NO. 02-3600 |
| PENN TREATY NETWORK AMERICA | | |
| INSURANCE CORPORATION AND | | |
| SENIOR FINANCIAL CONSULTANTS CO. | | |

O R D E R

AND NOW, this 27th day of October, 2003, upon consideration of the parties proposed schedule for Summary Judgment Motion Practice and Expert Discovery, in a letter dated October 23, 2003, it is hereby ORDERED that:

1. Opening briefs are due by December 22, 2003.

2. Response briefs are due by January 16, 2004.

3. Reply briefs are due by January 30, 2004.

4. Oral argument will be held on February 26, 2004 at 9:30 a.m., Courtroom 3-B.

5. Expert discovery is to be held in abeyance pending the Court's decisions on the parties' respective motions for summary judgment.

_____
MARY A. MCLAUGHLIN, J.

Case 2:02-cv-03600-MAM     Document 37     Filed 10/28/2003     Page 2 of 2