IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., | CIVIL ACTION |
| Plaintiff, | NO.: 02-CV-3600 |
| v. | |
| PENN TREATY AMERICAN CORPORATION, et al., | |
| Defendants. | |

## STIPULATION OF DISMISSAL OF COUNT TWO OF THE AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 41(a), plaintiff National Healthcare Services, Inc., by and through its undersigned attorneys, and defendants Penn Treaty American Corporation, Penn Treaty Network America Insurance Company and Senior Financial Consultants Company, by and through their undersigned attorneys, hereby stipulate and agree that Count Two of the Amended Complaint, dated August 12, 2002, be and the same hereby is **DISMISSED** with prejudice.

_____
Roberto A. Rivera-Soto
Rox Rothschild LLP
2000 Market Street – Tenth Floor
Philadelphia, PA 19103-3291
Tel: 215-299-2000

Attorney for Plaintiff

DATED: December 17, 2003

_____
Mindy J. Spector, Esq.
David L. Yohai, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212-310-800

Attorneys for Defendants

DATED: December 16, 2003

NY1:\1228673\02\QC1T02!.DOC\67442.0005