

**STATE OF WASHINGTON SECRETARY OF STATE**
Ralph Munro, Secretary of State

Please PRINT or TYPE in black ink
Sign, date and return original and one copy to:

**STATE OF WASHINGTON**
CORPORATIONS DIVISION
505 E. UNION - PO BOX 40234
OLYMPIA, WA 98504-0234

FILED
AUG 25 1999
Ralph Munro
SECRETARY OF STATE

- Be sure to include filing fee. Checks should be made payable to "Secretary of State"

## APPLICATION TO FORM A PROFIT CORPORATION
(Per Chapter 23B.02 RCW)
**FEE: $175**

EXPEDITED (24-HOUR) SERVICE AVAILABLE - $20 PER ENTITY
INCLUDE FEE AND WRITE "EXPEDITE" IN BOLD LETTERS
ON OUTSIDE OF ENVELOPE

FOR OFFICE USE ONLY
FILED: 08/25/1999    UBI: 601 976 161
CORPORATION NUMBER:

**IMPORTANT!** Person to contact about this filing: NEAL A FORMAN
Daytime Phone Number (with area code): (425) 822-4252

### ARTICLES OF INCORPORATION

**NAME OF CORPORATION** (Must contain the word "Corporation" "Incorporated" or "Limited" or the abbreviation "Corp." "Inc." "Co." or "Ltd.")
NATIONAL HEALTHCARE SERVICES INC.

**NUMBER OF SHARES THE CORPORATION IS AUTHORIZED TO ISSUE** (Minimum of one (1) share must be listed): 1,000,000

**CLASS OF SHARES** (If "preferred" class is checked, please attach description): [X] Common  [ ] Preferred

**EFFECTIVE DATE OF INCORPORATION** (Specified effective date may be up to 90 days after receipt of the document by the Secretary of State)
[X] Specific Date: 9-1-1999     [ ] Upon filing by the Secretary of State

>>> PLEASE ATTACH ANY OTHER PROVISIONS THE CORPORATION ELECTS TO INCLUDE <<<

**NAME AND ADDRESS OF WASHINGTON STATE REGISTERED AGENT**
Name: NEAL A FORMAN
Street Address (Required): 4523-102nd LN NE   City: KIRKLAND   State: WA   ZIP: 98033
Box (Optional — Must be in same city as street address): _____   ZIP (if different than street ZIP): _____

I consent to serve as Registered Agent in the State of Washington for the above named corporation. I understand it will be my responsibility to accept Service of Process on behalf of the corporation; to forward mail to the corporation; and to immediately notify the Office of the Secretary of State if I resign or change the Registered Office Address.

Signature of Agent: [signature]   Printed Name: NEAL A FORMAN   Date: 8-25-1999

**NAMES AND ADDRESSES OF EACH INCORPORATOR** (If necessary, attach additional names and addresses)
Name: NEAL A FORMAN
Address: 4523-102nd LN NE   City: KIRKLAND   State: WA   ZIP: 98033

Name: _____
Address: _____   City: _____   State: _____   ZIP: _____

NHCS00741

Name: _____
Address: _____   City: _____   State: _____   ZIP: _____

**SIGNATURE OF INCORPORATOR**
This document is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.

Signature of Incorporator: [signature]   Printed Name: NEAL A FORMAN   Title: INCORPORATOR   Date: 8-25-1999

CORPORATIONS INFORMATION AND ASSISTANCE – 360/753-7115 (TDD – 360/753-1485)



PLAINTIFF'S EXHIBIT D