```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF PENNSYLVANIA
 2
        -------------------------------x
 3   NATIONAL HEALTHCARE SERVICES,:  CIVIL ACTION
     INC.,                        :
 4          Plaintiff,             :  NO. 02-CV-3600
                                  :  (MM)
 5          VS.                    :
                                  :
 6   PENN TREATY AMERICAN          :
     CORPORATION, et al.,          :
 7          Defendants.            :
        -------------------------------x
 8
 9            Videotaped deposition of
10   MICHAEL J. CALLAHAN, held at the law
11   offices of BALLARD, SPAHR, ANDREWS &
12   INGERSOLL, LLP, 1735 Market Street, 51st
13   Floor, Philadelphia, Pennsylvania 19103,
14   on Wednesday, October 15, 2003, beginning
15   at 9:09 a.m., before Debra J. Weaver, a
16   Federally Approved Registered
17   Professional Reporter, Certified Realtime
18   Reporter and Certified Shorthand Reporter
19   of NJ (No. XI 01614) and Delaware (No.
20   138-RPR, Expiration 1/13/05).
21
22
23                       PLAINTIFF'S
                          EXHIBIT
24   Job No: 153616         H                    COPY
```

PLAINTIFF'S EXHIBIT H

Page 93

1    Q.   And the subject is, as I
2    read before, AllRisk fulfillment
3    communications problems, causes and
4    solutions; is that right?
5    A.   Is that what the subject is?
6    Q.   Well, the top line of the
7    e-mail.
8    A.   Oh, yes, ma'am.
9    Q.   Okay.  And at or about this
10   time, October 2000, what was your
11   understanding of AllRisk's fulfillment
12   communication problems?
13   A.   I don't recall what my
14   understanding was at that time.
15   Q.   Okay.  Do you recall reading
16   this e-mail?
17   A.   Not really, no.
18   Q.   Is it your custom and
19   practice to read e-mails that you get?
20   A.   Yes, ma'am.
21   Q.   So do you have any reason to
22   doubt that you read this e-mail at or
23   about the date that you received it?
24   A.   I don't have any reason to

Page 94

1  doubt that I read it, no.
2       Q.   Do you have any
3  understanding as to why you were a cc on
4  this e-mail?
5       A.   Yes. Web Barth was
6  attempting to get me into the
7  Copperfields loop of what was going on.
8       Q.   What do you mean by "into
9  the Copperfields loop of what was going
10 on"?
11      A.   What was going on with the
12 AllRisk program. And by that time I had
13 agreed to give Web some money for an
14 interest in Copperfields, and he started
15 putting me in the information loop so I
16 could, you know, see what's going on with
17 the company.
18      Q.   And AllRisk was also the
19 business of National Healthcare, wasn't
20 it?
21           MR. RIVERA-SOTO:  Objection
22      to the form.
23           MS. SPECTOR:  You can
24      answer.

Esquire Deposition Services
1-800-944-9454

```
 1        break.
 2              MS. SPECTOR:  Okay.
 3              THE VIDEOGRAPHER:  Stand by.
 4        The time is 3:57 p.m.  Off the
 5        record.
 6              (Off the record.)
 7              THE VIDEOGRAPHER:  The time
 8        is 4:00 p.m.  We are back on the
 9        record.
10   BY MR. RIVERA-SOTO:
11        Q.    Mr. Callahan, are you now or
12   have you ever been an officer of National
13   Healthcare Services?
14        A.    No.
15        Q.    Are you now or have you ever
16   been a director of National Healthcare
17   Services?
18        A.    No.
19        Q.    Are you now or have you ever
20   been in management charge of National
21   Healthcare Services?
22              MS. SPECTOR:  Objection.
23              THE WITNESS:  No.
24   BY MR. RIVERA-SOTO:
```

```
 1        Q.    Have you at any time
 2   communicated to anyone at Penn Treaty
 3   that you are either an officer, director
 4   or in management charge of National
 5   Healthcare Services?
 6              MS. SPECTOR:  Objection.
 7              THE WITNESS:  No.
 8   BY MR. RIVERA-SOTO:
 9        Q.    Has anyone at Penn Treaty
10   ever asked you if you are an officer,
11   director or in management charge of
12   National Healthcare Services?
13        A.    No.
14        Q.    To your knowledge, has Penn
15   Treaty ever asked anybody whether you
16   were an officer, director or in
17   management charge of National Healthcare
18   Services?
19              MS. SPECTOR:  Objection.
20              THE WITNESS:  Not to my
21       knowledge, no.
22   BY MR. RIVERA-SOTO:
23        Q.    To your knowledge, did you
24   ever represent to anybody -- not to your
```