```
                                                              1
 1         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
                       *   *   *
 3    NATIONAL HEALTHCARE         :   CIVIL ACTION
      SERVICES, INC.,             :
 4              Plaintiff,        :
                                  :        COPY
 5    -vs-                        :
                                  :
 6    PENN TREATY AMERICAN        :
      CORPORATION, et al.,        :   NO. 02-CV-3600
 7              Defendants.:          (MM)
                       *   *   *
 8            Tuesday, October 14, 2003
                       *   *   *
 9
                Realtime videotape
10    deposition of NEAL A. FORMAN, in his
      individual capacity, and Rule 30 (b)(6)
11    realtime videotape deposition of NATIONAL
      HEALTHCARE SERVICES, INC., taken through
12    its representative NEAL A. FORMAN, held
      in the law offices of BALLARD, SPAHR,
13    ANDREWS & INGERSOLL, LLP, 1735 Market
      Street, 42nd Floor, Philadelphia,
14    Pennsylvania 19103, on Tuesday, October
      14, 2003, beginning at 9:33 a.m., before
15    Kimberly A. Cahill, a Registered
      Professional Reporter and Approved
16    Reporter of the United States District
      Court.
17
                       *   *   *
18
19
20          ESQUIRE DEPOSITION SERVICES
                     15th Floor
21         1880 John F. Kennedy Boulevard
              Philadelphia, PA  19103
22               (215) 988-9191
23
24
```

PLAINTIFF'S EXHIBIT I

```
                                                       31
 1   effective, is it not true then that Mr.
 2   Callahan actually has a 50 percent
 3   ownership interest in National Healthcare
 4   Services?
 5           A.      After Herb Schwartz resigned
 6   and turned his stock back into the
 7   corporation, then it would grant Michael
 8   50 percent and I would end at 50 percent.
 9           Q.      Okay.
10                   And I don't see any mention
11   here of voting or nonvoting or any -- any
12   other restriction here.
13                   Is it your understanding
14   that Mr. Callahan currently -- currently
15   own -- owns 50 percent of the voting
16   stock at this point?
17                   MR. LYONS:  Objection to the
18           form and objection to counsel's
19           characterization of the document.
20                   THE WITNESS:  In an answer
21           to this, I believe this was after
22           the termination; that Herb decided
23           that he did not want any position
24           in the company and he wanted to be
```

```
                                                          32
 1          relieved of any responsibility, so
 2          he is -- to my knowledge, Michael
 3          Callahan has never had any say in
 4          the running of this company, ever.
 5   BY MR. YOHAI:
 6          Q.     I think you're answering a
 7   different question.
 8          A.     Okay.
 9          Q.     My question --
10          A.     Okay.
11                 MR. LYONS:  Objection.
12   BY MR. YOHAI:
13          Q.     If you can concentrate on my
14   question, my question was, is it your
15   understanding that Mr. Callahan currently
16   has 50 percent interest, a voting
17   interest or a nonvoting interest in
18   National Healthcare Services?
19          A.     To my knowledge, to this
20   day, as of this hour, I believe he still
21   has a nonvoting interest --
22          Q.     A nonvoting --
23          A.     -- because I'm not -- if
24   this was executed, then I would say
```