```
                                                              Page 1
 1         IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3                    - - -
 4   NATIONAL HEALTHCARE        :   CIVIL ACTION
     SERVICES, INC.,            :
 5           Plaintiff,         :
                                :
 6       v.                     :
                                :
 7   PENN TREATY AMERICAN       :
     CORPORATION, et al.,       :
 8           Defendants.        :   NO. 02-CV-3600
                    - - -
 9            Monday, October 13, 2003
                    - - -
10
11              Videotaped deposition of
     WEBSTER E. BARTH, III, taken pursuant to
12   notice, was held at the law offices of
     Ballard, Spahr, Andrews & Ingersoll, LLP,
13   1735 Market Street, 51st Floor,
     Philadelphia, Pennsylvania, beginning at
14   9:42 a.m., on the above date, before Ann
     Marie Mitchell, a Federally-Approved
15   Registered Merit Reporter and
     Commissioner of Deeds in the Commonwealth
16   of Pennsylvania.
17                    - - -

18
19
20   Job # 153612
21
22              PLAINTIFF'S
23               EXHIBIT
                    J
24
```

PLAINTIFF'S EXHIBIT J

Page 29

```
1    Washington C corp.  Excuse me, a sub-S.
2         Q.   Did you create Copperfields?
3         A.   I did.
4         Q.   What type of business does
5    Copperfields engage in?
6         A.   It was created to market
7    ship model cases around the world that
8    are sold on the Internet.  It no longer
9    does that.  I sold that.  But
10   Copperfields I use as a -- a corporate
11   entity for handling a variety of
12   different consulting clients.
13        Q.   When you say ship model
14   cases --
15        A.   Cases, yes.
16        Q.   -- you mean --
17        A.   Wooden cases for antique
18   ships.  People order them on the
19   Internet.  I ship them all over the
20   world.  I did until I sold the business
21   this winter.
22        Q.   What was your title at
23   Copperfields back in '99 when it was
24   created?
```

```
1        A.    President, owner, chairman,
2   only employee, only officer.
3        Q.    So you founded the company?
4        A.    Yes, I did.
5        Q.    And you were the sole
6   founder of the company?
7        A.    Yes, I was. And am. I am
8   today.
9              I have a bad cold, so if I
10  look like I'm fading on you here or
11  something, it's not that I'm not
12  interested.
13       Q.    That's okay. Are there any
14  investors of Copperfields?
15       A.    Not in -- not in
16  Copperfields itself, no. Just me.
17       Q.    You testified that you were
18  involved in connection with a universal
19  life insurance product for Penn Treaty?
20       A.    No. It was a company called
21  First Penn Pacific.
22       Q.    Oh, First Penn Pacific?
23       A.    In Chicago.
24       Q.    What exactly was your
```

Page 245

```
 1         March 23rd.
 2   BY MS. HONG:
 3         Q.    March 23, 2001.  The text on
 4   the top of the e-mail says, "Jackie- Here
 5   are a few areas to clarify, please:  1.
 6   First of all, we have a new exec helping
 7   to manage our fulfillment and service
 8   job.  His name is Mike Callahan
 9   (callahankids@aol.com) and I would
10   appreciate it if you would include him in
11   your email traffic to Mike Hauert and
12   me."
13               Who is the we that's
14   referenced in the first sentence, first
15   of all, we have a new exec?
16         A.    That's Copperfields.
17   Mike -- we're Copperfields now, we've
18   added Mike Hauert.  In a way we're
19   Copperfields as far as everyone was
20   concerned, and we've added Mike to the
21   distribution list as part of
22   Copperfields.
23               MR. RIVERA-SOTO:  Mike
24         Callahan?
```