```
                                                              1
 1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF PENNSYLVANIA
 2

       ---------------------------------x
 3    NATIONAL HEALTHCARE SERVICES,:    CIVIL ACTION
      INC.,                        :
 4          Plaintiff,             :    NO. 02-CV-3600
                                   :    (MM)
 5          VS.                    :
                                   :            COPY
 6    PENN TREATY AMERICAN         :
      CORPORATION, et al.,         :
 7          Defendants.            :
       ---------------------------------x
 8
 9              Videotaped deposition of
10    HERBERT E. SCHWARTZ, held at the law
11    offices of BALLARD, SPAHR, ANDREWS &
12    INGERSOLL, LLP, 1735 Market Street, 51st
13    Floor, Philadelphia, Pennsylvania 19103,
14    on Monday, September 29, 2003, beginning
15    at 9:04 a.m., before Debra J. Weaver, a
16    Federally Approved Registered
17    Professional Reporter, Certified Realtime
18    Reporter and Certified Shorthand Reporter
19    of NJ (No. XI 01614) and Delaware (No.
20    138-RPR, Expiration 1/13/05).
21
              ESQUIRE DEPOSITION SERVICES
22          1880 John F. Kennedy Boulevard
                      15th Floor
23              Philadelphia, PA   19103
                    (215) 988-9191
24
```

PLAINTIFF'S EXHIBIT P

```
                                                      275
 1   fulfillment and service job.  His name is
 2   Mike Callahan."
 3            A.      Who is this memo from?
 4            Q.      It's from Web Barth.
 5            A.      From Web.  Okay.
 6            Q.      "First of all, we have a new
 7   exec helping to manage our fulfillment
 8   and service job.  His name is Mike
 9   Callahan."  Do you see that?
10            A.      Okay.  Yes.
11            Q.      So was Mike Callahan an exec
12   at Web Barth's company?  He was a new
13   exec somewhere?
14            A.      You know, I don't know.  All
15   I know is he loaned Web money and he
16   worked -- started working with Web Barth
17   on -- relating to our -- what Web was
18   doing for our program and any other thing
19   that Web Barth may have been involved in.
20   I don't know.  But he was not an
21   executive employee or anything else with
22   National Healthcare Services.
23            Q.      Well, isn't it a fact that
24   Mr. Callahan purchased 250 shares of
```

```
                                                      276
1    National Healthcare Services, Inc.?
2         A.    He purchased 250 shares?  He
3    did -- you know what, I don't want to
4    play ignorant on this, but I'll tell you
5    what I do know, but Neal Forman knows the
6    whole deal because he and Neal Forman,
7    like I said, were friends and had many
8    different ventures and partnerships, I
9    think, together, and Neal wanted to sell
10   some of his National Healthcare Services
11   stock to Mike Callahan.  I don't know how
12   it happened.  Again, I was against that.
13   And, finally, I did okay the issue -- for
14   Neal to issue him stock, part of his
15   stock, part of Neal Forman's stock,
16   non-voting-only stock, only non-voting,
17   and that Michael Callahan would not have
18   any management or any say-so in the
19   company whatsoever.
20        Q.    Okay.  What was the value
21   that Mr. Callahan paid for his 250 shares
22   of the company?
23        A.    That's between he and Neal
24   Forman.  Neal issued the shares -- Neal's
```