IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., | : | CIVIL ACTION |
| Plaintiff, | : | NO.: 02-CV-3600 |
| v. | : | |
| PENN TREATY AMERICAN CORPORATION, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this ____ day of _____, 2004, upon consideration of plaintiff's motion for partial summary judgment as to liability, and defendants' opposition thereto, it is hereby ORDERED that plaintiff's motion is DENIED.

_____
McLaughlin, J.