## CERTIFICATE OF SERVICE

I hereby certify that I have today caused true and correct copies of defendants' memorandum of law in opposition to plaintiff's motion for partial summary judgment as to liability, affirmation of David L. Yohai and proposed order to be served on the following counsel by hand delivery:

> Roberto A. Rivera-Soto, Esq., Esq.
> Fox Rothschild O'Brien & Frankel
> 2000 Market Street, 10th Floor
> Philadelphia, PA  19103-3291

this 16th day of January 2004.

_____
Douglas L. Flitter