```
                                                            Page 1
 1              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF PENNSYLVANIA
 2
        ------------------------------x
 3   NATIONAL HEALTHCARE SERVICES,:   CIVIL ACTION
     INC.,                        :
 4        Plaintiff,              :   NO. 02-CV-3600
                                  :   (MM)
 5        VS.                     :
                                  :
 6   PENN TREATY AMERICAN         :
     CORPORATION, et al.,         :
 7        Defendants.             :
        ------------------------------x
 8
 9           Videotaped deposition of
10   MICHAEL J. CALLAHAN, held at the law
11   offices of BALLARD, SPAHR, ANDREWS &
12   INGERSOLL, LLP, 1735 Market Street, 51st
13   Floor, Philadelphia, Pennsylvania 19103,
14   on Wednesday, October 15, 2003, beginning
15   at 9:09 a.m., before Debra J. Weaver, a
16   Federally Approved Registered
17   Professional Reporter, Certified Realtime
18   Reporter and Certified Shorthand Reporter
19   of NJ (No. XI 01614) and Delaware (No.
20   138-RPR, Expiration 1/13/05).
21
22
23
24   Job No: 153616
```

PLAINTIFF'S EXHIBIT D

COPY

Page 207

1          break.
2                    MS. SPECTOR:  Okay.
3                    THE VIDEOGRAPHER:  Stand by.
4          The time is 3:57 p.m.  Off the
5          record.
6                    (Off the record.)
7                    THE VIDEOGRAPHER:  The time
8          is 4:00 p.m.  We are back on the
9          record.
10    BY MR. RIVERA-SOTO:
11         Q.    Mr. Callahan, are you now or
12    have you ever been an officer of National
13    Healthcare Services?
14         A.    No.
15         Q.    Are you now or have you ever
16    been a director of National Healthcare
17    Services?
18         A.    No.
19         Q.    Are you now or have you ever
20    been in management charge of National
21    Healthcare Services?
22                    MS. SPECTOR:  Objection.
23                    THE WITNESS:  No.
24    BY MR. RIVERA-SOTO:

Page 208

```
 1        Q.    Have you at any time
 2   communicated to anyone at Penn Treaty
 3   that you are either an officer, director
 4   or in management charge of National
 5   Healthcare Services?
 6             MS. SPECTOR:  Objection.
 7             THE WITNESS:  No.
 8   BY MR. RIVERA-SOTO:
 9        Q.    Has anyone at Penn Treaty
10   ever asked you if you are an officer,
11   director or in management charge of
12   National Healthcare Services?
13        A.    No.
14        Q.    To your knowledge, has Penn
15   Treaty ever asked anybody whether you
16   were an officer, director or in
17   management charge of National Healthcare
18   Services?
19             MS. SPECTOR:  Objection.
20             THE WITNESS:  Not to my
21        knowledge, no.
22   BY MR. RIVERA-SOTO:
23        Q.    To your knowledge, did you
24   ever represent to anybody -- not to your
```