| | |
|---|---|
| Subj: | RE: Program Odds and Ends. |
| Date: | 3/26/01 7:19:58 AM Pacific Standard Time |
| From: | JFrantz@penntreaty.com (Frantz, Jackie) |
| To: | WEBIII@aol.com (WEBIII@aol.com'), JFrantz@penntreaty.com (Frantz, Jackie) |
| CC: | CALLAHANKIDS@aol.com, m.hauert@att.net, Hesassoc@aol.com, nforman@nwlink.com, jbell@bestbenefits.com, kfannen@bestbenefits.com |

Hi Web!

Hope all is well.

I will add Mike Callahan to our list of contacts.

As far as number two on your list, Tracy will be in contact with you regarding this item.

#3 , I am being told our IT is working directly with Kathy and Mike.

#4, I have sent a copy of this to Derrick and we will be in touch with numbers.

If I can be of further assistance, please let me know.

Thanks,
Jackie

> ——Original Message——
> From:    WEBIII@aol.com [SMTP:WEBIII@aol.com]
> Sent:    Friday, March 23, 2001 11:59 AM
> To:    jfrantz@penntreaty.com
> Cc:    CALLAHANKIDS@aol.com; m.hauert@att.net; Hesassoc@aol.com;
> nforman@nwlink.com; jbell@bestbenefits.com; klannen@bestbenefits.com
> Subject:    Program Odds and Ends.
>
> Jackie-
>
> Here are a few areas to clarify, please:
>
> 1.    First of all, we a have a new exec helping to manage our fulfillment
> and
> service job.  His name is Mike Callahan (callanhankids@aol.com) and I
> would
> appreciate it if you would include him in your email traffic to Mike
> Hauert
> and me.
>
> 2.  We are wondering if and when you want to mail new kits to old 500+/-
> members?  Our cost is $2 each, about $1,300.   Let us know please.
>
> 3.   When will you begin using new member numbers signifying single
> household
> member and 2nd household member?
>
> 4.  Finally, would you or Derrick give us your feeling of weekly new
> member
> ramp up rates over the next several weeks/months based on what you are
> seeing
> back at HQ?  It would be welcomed by all, who are standing by, to have
> your



PLAINTIFF'S
EXHIBIT
J

EXHIBIT
Barth-33
10/13/03

Saturday, January 12, 2002 America Online: WEBIII

WEB 0366

> perspective on what's coming and when.
>
> Thanks Jackie.   Let us know what else we can do to assist.
>
> Web
>
>
_____

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above.  If the
reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that
you have received this document in error and that any review, dissemination,
distribution, or copying of this message is strictly prohibited.  If you
have received this communication in error, please notify us immediately by
e-mail at ptna@penntreaty.com and delete the original message.

_____ Headers _____
Return-Path: <JFrantz@penntreaty.com>
Received: from  rfy-yh04.mx.aol.com (rfy-yh04.mail.aol.com [172.18.147.36]) by air-yh05.mail.aol.com (v77_r1.36)
with ESMTP; Mon, 26 Mar 2001 10:19:58 -0500
Received: from  pamail01.penntreaty.net (115.96/27.76.27.12.in-addr.arpa [12.27.76.115]) by rfy-
yh04.mx.aol.com (v77_r1.36) with ESMTP; Mon, 26 Mar 2001 10:19:31 -0500
Received: by PAMAIL01 with Internet Mail Service (5.5.2653.19)
    id <HJYMF945>; Mon, 26 Mar 2001 10:17:39 -0500
Message-ID: <108C9324B040D41196B700A0C9D177720109A71A@PAMAIL01>
From: "Frantz, Jackie" <JFrantz@penntreaty.com>
To: "'WEBIII@aol.com'" <WEBIII@aol.com>,
    "Frantz, Jackie"
    <JFrantz@penntreaty.com>
Cc: CALLAHANKIDS@aol.com, m.hauert@att.net, Hesassoc@aol.com,
    nforman@nwlink.com, jbell@bestbenefits.com, klannen@bestbenefits.com
Subject: RE: Program Odds and Ends.
Date: Mon, 26 Mar 2001 10:17:34 -0500
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2653.19)
Content-Type: text/plain

Saturday, January 12, 2002 America Online: WEBIII

WEB 0367