

# PENN TREATY AMERICAN CORPORATION FAMILY OF COMPANIES

Penn Treaty Network America Insurance Company
American Network Insurance Company
American Independent Network Insurance Company of New York

# FACTS FAX

**We are the Long Term Care Insurance Superstore**

- Offering the broadest product line in the industry! Including tax-qualified and non tax-qualified plans for:
  - Comprehensive Coverage
  - Facility-Only Coverage
  - Home Care-Only Coverage

- Among the top three writers of Long Term Care Insurance in the USA

- Nearly 30 years experience writing Long Term Care Insurance

- Long Term Care Insurance is over 95% of our business.

- User friendly website -
  - www.penntreaty.com

- State-of-the-art sales applications -
  - Penn Treaty LTCWorks®
  - Penn Treaty Internet Toolkit®
  - Penn Treaty Underwriting Wizard®

- NYSE listed: PTA

Date: 9/27/01     Number of Pages: 7

To: michael Callahan

Phone: _____

Fax: 425-871-0828

CC: _____

From: Jackie Frantz

Phone: 800-222-3469

Fax: 610-967-4616

CC: _____

Comments: _____

**PLAINTIFF'S EXHIBIT K**

☐ Urgent    ☐ For Your Review
☐ Reply ASAP    ☐ Please Comment

For more information, contact us at:
3440 Lehigh Street, Allentown, PA 18103 • (800)362-0700 • (877)LTC-FAXX
info@penntreaty.com

**Bagley, Jane**
**From:** Bagley, Jane
**Sent:** Thursday, September 27, 2001 1:10 PM
**To:** 'CALLAHANKIDS@aol.com'
**Subject:** AllRisk

Dear Mike:

We have retained counsel in this matter and they will be contacting you on our behalf in the near future.

Jane Bagley

-----Original Message-----
**From:** CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com]
**Sent:** Wednesday, September 26, 2001 12:07 PM
**To:** JBagley@penntreaty.com
**Subject:** (no subject)

Dear Jane,
I am hoping to get together with you via phone conf as soon as possible. Please let me know when you are available.

Michael Callahan



Confidential
PT 011759

Page 1 of 2

```
Subj:     RE: All Risk report
Date:     09/24/2001 12:32:54 PM Pacific Daylight Time
From:     JFrantz@penntreaty.com (Frantz, Jackie)
To:       CALLAHANKIDS@aol.com ('CALLAHANKIDS@aol.com')
```

I will try and generate a report that might help. I will be in touch.

Thanks,
Jackie

> -----Original Message-----
> From:    CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com]
> Sent:    Friday, September 21, 2001 12:58 PM
> To:      JFrantz@penntreaty.com
> Subject: Re: All Risk report
>
> Jackie,
> Thanks, I knew there had to be an easy explanation.
>
> On the renewals, what I am looking for is what and where the renewal
> numbers and income are reported (i.e. how many renewals for the week/month
> and how much income). As I understand it, the DDS report does not cover
> renewals as there is nothing sent from DDS when someone renews. If this
> is so then the only information should come from you and Herb and Neal
> tell me they don't get anything in that regard (or perhaps don't recognize
> it if they do). Can you direct me to what is reported to them re:
> renewals? Thanks again.
>
> Michael Callahan
>
>
>
>
_____

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above. If the
reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that
you have received this document in error and that any review, dissemination,
distribution, or copying of this message is strictly prohibited. If you
have received this communication in error, please notify us immediately by
e-mail at ptna@penntreaty.com and delete the original message.

------------------- Headers -------------------
Return-Path: <JFrantz@penntreaty.com>
Received: from rly-yg05.mx.aol.com (rly-yg05.mail.aol.com [172.18.147.5]) by air-yg01.mail.aol.com (v80.17)
 ESMTP id MAILINYG16-0924153254; Mon, 24 Sep 2001 15:32:54 -0400
Received: from pamail01.penntreaty.net (pamail01.penntreaty.net [12.27.76.115]) by rly-yg05.mx.aol.com
 (v80.21) with ESMTP id MAILRELAYINYG53-0924153233; Mon, 24 Sep 2001 15:32:33 -0400
Received: by PAMAIL01 with Internet Mail Service (5.5.2653.19)
    id <SWYZKK7G>; Mon, 24 Sep 2001 15:32:20 -0400
Message-ID: <B549604A028AD51196E000A0C9D1777229B293@PAMAIL01>
From: "Frantz, Jackie" <JFrantz@penntreaty.com>
To: "'CALLAHANKIDS@aol.com'" <CALLAHANKIDS@aol.com>
Subject: RE: All Risk report

Tuesday, September 25, 2001 America Online: CALLAHANKIDS

Dear Jackie,

...ile you are attempting to generate a report that I can understand please add the following to the mix. I just got a copy of the ...t titled "All Risk Plan/August 2001" that was mailed to Herb in Palm Springs and fowarded to him in Wash. Under the "Fees Collected" there are two entries: "1st YEAR" and "RENEWAL". This is all well and good and the calculations appear to be correct  The problem is that the "Renewal" business entry has never appeared on any earlier reports as far as I can tell (I don't have June or July yet). Neal seems confident that August is not the first month of renewal business and I would have to agree. What has happened to the renewal business in the past? Can you find this out and let me know?

Regards,

Michael Callahan

```
Subj:   RE: All Risk report
Date:   09/21/2001 9:46:23 AM Pacific Daylight Time
From:   JFrantz@penntreaty.com (Frantz, Jackie)
To:     CALLAHANKIDS@aol.com ('CALLAHANKIDS@aol.com')
```

Mike,

The information you are looking at from DDS is for the week of 9/11/01 to 9/17/01. The production report we are sending was for the week of 9/7/01 to 9/13/01. We are never on the same weeks. That is what I tried explaining to Neal and Herb.

Also, what are you looking for from the renewal end?

If I can be of further assistance, please let me know.

Thank you.

Jackie


> -----Original Message-----
> From:   CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com]
> Sent:   Friday, September 21, 2001 12:39 PM
> To:     JFrantz@penntreaty.com
> Subject: Re: All Risk report
>
> Jackie,
> Below is a copy of a report from DDS for the same period -- it shows 6 new
> apps when you show only 2. There is no information on this report
> regarding renewals. This seems to be the "norm" and I can't seem to
> figure out why the two reports (the one from you and the one from DDS)
> never reconcile. I am guessing that I am just missing something. Can
> you tell me what it is?
>
> Regards,
>
> Michael Callahan
>
> From: "DDS Dataprocessing" <DATA@BestBenefits.com>
> To: <m.hauert@att.net>; <jfrantz@penntreaty.com>; <DATA@BestBenefits.com>
> Sent: Tuesday, September 18, 2001 4:46 PM
> Subject: Data Processing Confirmation
>
>
> > mailto:jfrantz@penntreaty.com
> >
> >
> > msg file: \dds\msg\860001.261          DI
> REV. 10.25
> >
> >                  MEMBER UPDATE RECORD
> >
> >    System Updated    : 09/18/2001 09:23
> >    Data Template     : ARHC 860000/860001
> >    Source File       : ARH0918.TXT
> >
> >

Friday, September 21, 2001 America Online: CALLAHANKIDS

```
>>   GROUP       TOTAL    NEW EXPIRED REINSTATED   MOVED UPDATED
> NO
> CHANGE
>>
> _____
>
> ____
>> 860001        4        1        0            0
> 0      0
> 3
>> 860002        2        0        0            0
> 0      1
> 1
>> 860004        1        0        0            0
> 0      0
> 1
>> 860005        5        5        0            0
> 0      0
> 0
>> Total Records Processed:    12
>>
>>
>> Records Queued to Print ( Full Kit ): 6
>>
>>
>> SOURCE FILE DATA
>>
>> VALID RECORDS              12
>>
>> SOURCE
>
>
>
>
_____
```

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above. If the
reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that
you have received this document in error and that any review, dissemination,
distribution, or copying of this message is strictly prohibited. If you
have received this communication in error, please notify us immediately by
e-mail at ptna@penntreaty.com and delete the original message.

---------- Headers ----------
Return-Path: <JFrantz@penntreaty.com>
Received: from rly-yg03.mx.aol.com (rly-yg03.mail.aol.com [172.18.147.3]) by air-yg04.mail.aol.com (v80.17)
ESMTP id MAILINYG49-0921124622; Fri, 21 Sep 2001 12:46:22 -0400
Received: from pamail01.penntreaty.net (pamail01.penntreaty.net [12.27.76.115]) by rly-yg03.mx.aol.com
(v80.21) with ESMTP id MAILRELAYINYG310-0921124601; Fri, 21 Sep 2001 12:46:01 -0400
Received: by PAMAIL01 with Internet Mail Service (5.5.2653.19)
    id <SWYZKJL7>; Fri, 21 Sep 2001 12:45:49 -0400
Message-ID: <B549604A028AD51196E000A0C9D1777229B281@PAMAIL01>
From: "Frantz, Jackie" <JFrantz@penntreaty.com>
To: "'CALLAHANKIDS@aol.com'" <CALLAHANKIDS@aol.com>
Subject: RE: All Risk report

Friday, September 21, 2001 America Online: CALLAHANKIDS

Date: Fri, 21 Sep 2001 12:45:48 -0400
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2653.19)
Content-Type: text/plain

Subj: RE: All Risk report
Date: 09/20/2001 1:47:14 PM Pacific Daylight Time
From: JFrantz@penntreaty.com (Frantz, Jackie)
To: CALLAHANKIDS@aol.com ('CALLAHANKIDS@aol.com')
CC: Jbagley@penntreaty.com (Bagley, Jane)

> -----Original Message-----
> From: Hodge, Jill
> Sent: Thursday, September 20, 2001 10:09 AM
> To: Frantz, Jackie
> Subject: FW: All Risk report
>
> Mr. Callahan:
>
> I asked Jill to forward your questions to me.
>
> This report is showing that we received 2 All Risk applications for the
> week of 9/07/01 through 9/13/01.
>
> The YTD Policies represent any applications received from 01/01/01 to
> 9/13/01. This report is a submitted business report, if anyone has
> cancelled for any reason, they do not get deducted from these reports.
>
> If I can be of further assistance, please let me know.
>
> Thank you.
>
> Jackie Frantz
>
> -----Original Message-----
> From: CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com]
> Sent: Wednesday, September 19, 2001 2:31 PM
> To: Jhodge@penntreaty.com
> Cc: Hesassoc@aol.com; nforman@nwlink.com
> Subject: All Risk report
>
>
> We haven't met but I work with Herb and Neal on the All Risk project. I
> have been trying to reconcile the reports that we receive from you. For
> the last period you showed 2 policies. What is that -- 2 new policies, or
> 2 policies whether new or renewal. Of the 390 policies for the year are
> those new or new and renewals? Please shed some light on this for me.
>
> Regards,
>
> Michael Callahan
>
> cc: Herb Schwartz
>     Neal Forman
>
>
>

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above. If the
reader of this message is not the intended recipient or an agent responsible

EXHIBIT
Callahan-8
DEBRA J. WEAVER
10-15-03

NHCS00624

Friday, September 21, 2001 America Online: CALLAHANKIDS

for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail at ptna@penntreaty.com and delete the original message.

------------ Headers ------------
Return-Path: <JFrantz@penntreaty.com>
Received: from rly-yg02.mx.aol.com (rly-yg02.mail.aol.com [172.18.147.2]) by air-yg05.mail.aol.com (v80.17)
ESMTP id MAILINYG56-0920164714; Thu, 20 Sep 2001 16:47:14 -0400
Received: from pamail01.penntreaty.net (pamail01.penntreaty.net [12.27.76.115]) by rly-yg02.mx.aol.com
(v80.21) with ESMTP id MAILRELAYINYG26-0920164641; Thu, 20 Sep 2001 16:46:41 -0400
Received: by PAMAIL01 with Internet Mail Service (5.5.2653.19)
    id <SWYZK2T3>; Thu, 20 Sep 2001 16:46:28 -0400
Message-ID: <B549604A028AD51196E000A0C9D1777229B279@PAMAIL01>
From: "Frantz, Jackie" <JFrantz@penntreaty.com>
To: "'CALLAHANKIDS@aol.com'" <CALLAHANKIDS@aol.com>
Cc: "Bagley, Jane" <Jbagley@penntreaty.com>
Subject: RE: All Risk report
Date: Thu, 20 Sep 2001 16:46:25 -0400
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2653.19)
Content-Type: text/plain

NHCS00625

Friday, September 21, 2001 America Online: CALLAHANKIDS

**Fritzinger, Sharon**

| | |
|---|---|
| From: | Levit-Sussman, Tracy |
| Sent: | Thursday, August 23, 2001 4:57 PM |
| To: | 'CALLAHANKIDS@aol.com'; nforman@nwlink.com; Hesassoc@aol.com |
| Cc: | Brickhouse, Derrick; Bagley, Jane |
| Subject: | RE: Revisions to All Risk Article |

That works fine and I will make the change. Tracy

-----Original Message-----
| | |
|---|---|
| From: | CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com] |
| Sent: | Thursday, August 23, 2001 4:50 PM |
| To: | tlevit-sussman@penntreaty.com; nforman@nwlink.com; Hesassoc@aol.com |
| Subject: | Re: Revisions to All Risk Article |

Tracy,
Though the program does not require a state license you are absolutely correct. How about changing the language to read "Another advantage of this program is that by being a PTNA representative and signing an AllRisk addendum it will allow you as an agent to earn addtional income. The AllRisk program is already approved in 42 states!"

Neal

Confidential
PT 003193

1