## National Healthcare Services Inc.

4523 102nd Lane N.E., Kirkland, WA 98033
Phone: (425) 450-4000     Fax: (425) 822-6306

## FAX TRANSMISSION

Total Number of Pages (including this page) __1__

To: _____Cameron Waite_____     Date ___Feb. 9 2001_____

Company: __Penn Treaty America Corp.___     Fax Number:___610-965-0668__

Message:

Per our Promissory Note Agreement dated Jan 11, 2000, I Neal A. Forman and Herbert E. Schwartz are requesting that you wire transfer into our National Healthcare Services, Inc. bank account the total sum of $25,000.00.

Thanking you in advance:

Following is the bank information:

US Bank
10800 N.E. 8th St.
Suite 500
Bellevue, Wash 98004
Attn: Private Banking / Pat Sungren
1-800-673-3555
Acct#: 153590814098
Routing #: 125000105

National Healthcare Services, Inc.

By: _[signature]_ Forman C.E.O.

Shareholders:

_____
Herbert E. Schwartz
_[signature]_
Neal A. Forman

PLAINTIFF'S
EXHIBIT
M