

# Penn Treaty Network America Insurance Company

### (PTNA Life Insurance Company in CA)

October 24, 2000

Mr. Neal Forman
National Healthcare Services, Inc.
4523 102nd Lane N.E.
Kirkland, WA  98033

Dear Neal:

Please find enclosed invoices totaling $2,562 for accrued and unpaid interest on your advances to-date.

Please note that your agreement calls for the payment of interest beginning after the 6th month following an advance, thereby making the first invoice past due.  Please remit your payment to Penn Treaty Network America as soon as possible or, if you prefer, these amounts can be deducted from your monthly AllRisk payment.  Please let me know of your preferred method.

I am available to answer any questions.

Sincerely,

Michael F. Grill
Treasurer



PLAINTIFF'S
EXHIBIT
N

Confidential
PT 004566

3440 Lehigh Street • P.O. Box 7066 • Allentown, Pennsylvania 18103 • (800) 362-0700 • Fax (610) 967-4616

Invoice Date:          23-Oct-00

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|------|------|------|------|------|------|------|------|
| 01/12/2000 | 50,000 | 10.50% | - | - | - | 50,000 | - | - |
| 02/12/2000 | | 10.50% | 50,000 | - | 438 | 50,438 | - | - |
| 03/12/2000 | | 10.50% | 50,438 | - | 441 | 50,879 | - | - |
| 04/12/2000 | | 10.50% | 50,879 | - | 445 | 51,324 | - | - |
| 05/12/2000 | | 10.50% | 51,324 | - | 449 | 51,773 | - | - |
| 06/12/2000 | | 10.50% | 51,773 | - | 453 | 52,226 | - | - |
| 07/12/2000 | | 10.50% | 52,226 | - | 457 | 52,683 | 457 | - |
| 08/12/2000 | | 10.50% | 52,683 | - | 461 | 53,144 | 918 | - |
| 09/12/2000 | | 10.50% | 53,144 | - | 465 | 53,609 | 1,383 | - |
| 10/12/2000 | | 10.50% | 53,609 | - | 469 | 54,078 | 1,852 | - |

Total Amount Currently Due For This Advance:

| | | |
|---|---|---|
| Interest -- | $ | 1,852 |
| Principal -- | | - |
| Total -- | $ | 1,852 |

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004567

Invoice Date:          23-Oct-00

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|------|------|------|------|------|------|------|------|
| 08/24/2000 | 25,000 | 11.50% | - | - | - | 25,000 | - | - |
| 09/24/2000 | | 11.50% | 25,000 | - | 240 | 25,240 | - | - |
| 10/24/2000 | | 11.50% | 25,240 | - | 242 | 25,481 | - | - |

Total Amount Currently Due For This Advance:

Interest – $      -
Principal –         -

Total – $      -

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004568

Invoice Date:          23-Oct-00

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|------|------|------|------|------|------|------|------|
| 03/09/2000 | 25,000 | 10.75% | - | - | - | 25,000 | - | - |
| 04/09/2000 | | 10.75% | 25,000 | - | 224 | 25,224 | - | - |
| 05/09/2000 | | 10.75% | 25,224 | - | 226 | 25,450 | - | - |
| 06/09/2000 | | 10.75% | 25,450 | - | 228 | 25,678 | - | - |
| 07/09/2000 | | 10.75% | 25,678 | - | 230 | 25,908 | - | - |
| 08/09/2000 | | 10.75% | 25,908 | - | 232 | 26,140 | - | - |
| 09/09/2000 | | 10.75% | 26,140 | - | 234 | 26,374 | 234 | - |
| 10/09/2000 | | 10.75% | 26,374 | - | 236 | 26,610 | 470 | - |

Total Amount Currently Due For This Advance:

Interest –  $    470
Principal –        -

Total –  $    470

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA  18103

Confidential
PT 004569

Invoice Date:        23-Oct-00

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|------|------|------|------|------|------|------|------|
| 04/29/2000 | 25,000 | 11.00% | - | - | - | 25,000 | - | - |
| 05/29/2000 | | 11.00% | 25,000 | - | 229 | 25,229 | - | - |
| 06/29/2000 | | 11.00% | 25,229 | - | 231 | 25,460 | - | - |
| 07/29/2000 | | 11.00% | 25,460 | - | 233 | 25,694 | - | - |
| 08/29/2000 | | 11.00% | 25,694 | - | 236 | 25,929 | - | - |
| 09/29/2000 | | 11.00% | 25,929 | - | 238 | 26,167 | - | - |
| 10/29/2000 | | 11.00% | 26,167 | - | 240 | 26,407 | 240 | - |

Total Amount Currently Due For This Advance:

        Interest --  $      240
        Principal --        -

        Total --  $      240

Please Make Check Payable to:

                Penn Treaty Network America
                c/o Michael Grill, Treasurer
                3440 Lehigh Street
                Allentown, PA   18103

Confidential
PT 004570



# Penn Treaty American Corporation

**3440 LEHIGH STREET      ALLENTOWN, PENNSYLVANIA      18103**
**(610) 965-2222                 1-800-222-3469              FAX (610) 967-4616**

December 10, 2000

Mr. Neal Forman
National Healthcare Services, Inc.
4523 102nd Lane N.E.
Kirkland, WA  98033

Dear Neal:

Please find enclosed invoices totaling $953 for accrued and unpaid interest on your advances to-date.

As you have requested, we will deduct this amount from your monthly AllRisk payment.  I am available to answer any questions.

Sincerely,

Michael F. Grill
Treasurer

Confidential
PT 004560

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|---|---|---|---|---|---|---|---|---|
| 1/12/00 | 50,000 | 10.50% | - | - | - | 50,000 | - | - |
| 2/12/00 | | 10.50% | 50,000 | - | 438 | 50,438 | - | - |
| 3/12/00 | | 10.50% | 50,438 | - | 441 | 50,879 | - | - |
| 4/12/00 | | 10.50% | 50,879 | - | 445 | 51,324 | - | - |
| 5/12/00 | | 10.50% | 51,324 | - | 449 | 51,773 | - | - |
| 6/12/00 | | 10.50% | 51,773 | - | 453 | 52,226 | - | - |
| 7/12/00 | | 10.50% | 52,226 | - | 457 | 52,683 | 457 | - |
| 8/12/00 | | 10.50% | 52,683 | - | 461 | 53,144 | 918 | - |
| 9/12/00 | | 10.50% | 53,144 | - | 465 | 53,609 | 1,383 | - |
| 10/12/00 | | 10.50% | 53,609 | - | 469 | 54,078 | 1,852 | - |
| 11/12/00 | | 10.50% | 54,078 | 1,852 | 473 | 52,699 | 473 | - |

Total Amount Currently Due For This Advance:

Interest -- $    473
Principal --      -

Total -- $    473

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004561

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|---|---|---|---|---|---|---|---|---|
| 3/9/00 | 25,000 | 10.75% | - | - | - | 25,000 | - | - |
| 4/9/00 | | 10.75% | 25,000 | - | 224 | 25,224 | - | - |
| 5/9/00 | | 10.75% | 25,224 | - | 226 | 25,450 | - | - |
| 6/9/00 | | 10.75% | 25,450 | - | 228 | 25,678 | - | - |
| 7/9/00 | | 10.75% | 25,678 | - | 230 | 25,908 | - | - |
| 8/9/00 | | 10.75% | 25,908 | - | 232 | 26,140 | - | - |
| 9/9/00 | | 10.75% | 26,140 | - | 234 | 26,374 | 234 | - |
| 10/9/00 | | 10.75% | 26,374 | - | 236 | 26,610 | 470 | - |
| 11/9/00 | | 10.75% | 26,610 | 470 | 238 | 26,379 | 238 | - |

Total Amount Currently Due For This Advance:

Interest -- $    238
Principal --        -

Total -- $    238

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004562

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|---|---|---|---|---|---|---|---|---|
| 4/29/00 | 25,000 | 11.00% | - | - | - | 25,000 | - | - |
| 5/29/00 | | 11.00% | 25,000 | - | 229 | 25,229 | - | - |
| 6/29/00 | | 11.00% | 25,229 | - | 231 | 25,460 | - | - |
| 7/29/00 | | 11.00% | 25,460 | - | 233 | 25,694 | - | - |
| 8/29/00 | | 11.00% | 25,694 | - | 236 | 25,929 | - | - |
| 9/29/00 | | 11.00% | 25,929 | - | 238 | 26,167 | - | - |
| 10/29/00 | | 11.00% | 26,167 | - | 240 | 26,407 | 240 | - |
| 11/29/00 | | 11.00% | 26,407 | 240 | 242 | 26,409 | 242 | - |

Total Amount Currently Due For This Advance:

```
Interest –  $      242
Principal –  _____-_____

    Total –  $      242
```

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004563

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|------|------|------|------|------|------|------|------|
| 8/24/00 | 25,000 | 11.50% | - | - | - | 25,000 | - | - |
| 9/24/00 | | 11.50% | 25,000 | - | 240 | 25,240 | - | - |
| 10/24/00 | | 11.50% | 25,240 | - | 242 | 25,481 | - | - |
| 11/24/00 | | 11.50% | 25,481 | - | 244 | 25,726 | - | - |

Total Amount Currently Due For This Advance:

Interest -- $      -
Principal -- _____-_____

Total -- $      -

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004564



**ALLRISK**

| | FEE INCOME | PROFIT |
|---|---|---|
| Feb-00 | 345 | 10,392 |
| Mar-00 | 1,778 | 12,259 |
| Apr-00 | 1,738 | 12,681 |
| May-00 | 1,642 | 13,148 |
| Jun-00 | 1,405 | 13,429 |
| Jul-00 | 917 | 8,334 |
| Aug-00 | 1,081 | 10,987 |
| Sep-00 | 603 | 5,409 |
| Oct-00 | 401 | 3,751 |
| | 9,910 | 90,390 |

| | |
|---|---|
| NOTE RECEIVABLE | 125,000 |
| INTEREST EARNED @ 10.5-11.5 % | 2,562 |

Confidential
PT 004565



# Penn Treaty American Corporation

**3440 LEHIGH STREET        ALLENTOWN, PENNSYLVANIA        18103**
**(610) 965-2222                  1-800-222-3469              FAX (610) 967-4616**

February 5, 2001

Mr. Neal Forman
National Healthcare Services, Inc.
4523 102nd Lane N.E.
Kirkland, WA  98033

Dear Neal:

Please find enclosed invoices totaling $939 for accrued and unpaid interest on your advances to-date.

As you have requested, we will deduct this amount from your monthly AllRisk payment.  I am available to answer any questions.

Sincerely,

Michael F. Grill
Treasurer

Confidential
PT 004547

Invoice Date:            9-Jan-01

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|------|------|------|------|------|------|------|------|
| 1/12/00 | 50,000 | 10.50% | – | – | – | 50,000 | – | – |
| 2/12/00 | | 10.50% | 50,000 | – | 438 | 50,438 | – | – |
| 3/12/00 | | 10.50% | 50,438 | – | 441 | 50,879 | – | – |
| 4/12/00 | | 10.50% | 50,879 | – | 445 | 51,324 | – | – |
| 5/12/00 | | 10.50% | 51,324 | – | 449 | 51,773 | – | – |
| 6/12/00 | | 10.50% | 51,773 | – | 453 | 52,226 | – | – |
| 7/12/00 | | 10.50% | 52,226 | – | 457 | 52,683 | 457 | – |
| 8/12/00 | | 10.50% | 52,683 | – | 461 | 53,144 | 918 | – |
| 9/12/00 | | 10.50% | 53,144 | – | 465 | 53,609 | 1,383 | – |
| 10/12/00 | | 10.50% | 53,609 | – | 469 | 54,078 | 1,852 | – |
| 11/12/00 | | 10.50% | 54,078 | 1,852 | 473 | 52,699 | 473 | – |
| 12/12/00 | | 10.50% | 52,699 | 473 | 461 | 52,687 | 461 | – |
| 1/12/00 | | 10.50% | 52,687 | 461 | 461 | 52,687 | 461 | – |

Total Amount Currently Due For This Advance:

Interest – $      461
Principal –            -

Total – $      461

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004548

Invoice Date:          9-Jan-01

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|------|------|------|------|------|------|------|------|
| 3/9/00 | 25,000 | 10.75% | - | - | - | 25,000 | - | - |
| 4/9/00 | | 10.75% | 25,000 | - | 224 | 25,224 | - | - |
| 5/9/00 | | 10.75% | 25,224 | - | 226 | 25,450 | - | - |
| 6/9/00 | | 10.75% | 25,450 | - | 228 | 25,678 | - | - |
| 7/9/00 | | 10.75% | 25,678 | - | 230 | 25,908 | - | - |
| 8/9/00 | | 10.75% | 25,908 | - | 232 | 26,140 | - | - |
| 9/9/00 | | 10.75% | 26,140 | - | 234 | 26,374 | 234 | - |
| 10/9/00 | | 10.75% | 26,374 | - | 236 | 26,610 | 470 | - |
| 11/9/00 | | 10.75% | 26,610 | 470 | 238 | 26,379 | 238 | - |
| 12/9/00 | | 10.75% | 26,379 | 238 | 236 | 26,377 | 236 | - |
| 1/9/01 | | 10.75% | 26,377 | 236 | 236 | 26,377 | 236 | - |

Total Amount Currently Due For This Advance:

Interest -- $      236
Principal --          -

Total -- $      236

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004549

Invoice Date:          9-Jan-01

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|------|------|------|------|------|------|------|------|
| 4/29/00 | 25,000 | 11.00% | - | - | - | 25,000 | - | - |
| 5/29/00 | | 11.00% | 25,000 | - | 229 | 25,229 | - | - |
| 6/29/00 | | 11.00% | 25,229 | - | 231 | 25,460 | - | - |
| 7/29/00 | | 11.00% | 25,460 | - | 233 | 25,694 | - | - |
| 8/29/00 | | 11.00% | 25,694 | - | 236 | 25,929 | - | - |
| 9/29/00 | | 11.00% | 25,929 | - | 238 | 26,167 | - | - |
| 10/29/00 | | 11.00% | 26,167 | - | 240 | 26,407 | 240 | - |
| 11/29/00 | | 11.00% | 26,407 | 240 | 242 | 26,409 | 242 | - |
| 12/29/00 | | 11.00% | 26,409 | 242 | 242 | 26,409 | 242 | - |
| 1/29/01 | | 11.00% | 26,409 | 242 | 242 | 26,409 | 242 | - |

Total Amount Currently Due For This Advance:

Interest –   $     242
Principal --  _____-_____

Total –  $     242

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004550

Invoice Date:          9-Jan-01

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|------|------|------|------|------|------|------|------|
| 8/24/00 | 25,000 | 11.50% | - | - | - | 25,000 | - | - |
| 9/24/00 | | 11.50% | 25,000 | - | 240 | 25,240 | - | - |
| 10/24/00 | | 11.50% | 25,240 | - | 242 | 25,481 | - | - |
| 11/24/00 | | 11.50% | 25,481 | - | 244 | 25,726 | - | - |
| 12/24/00 | | 11.50% | 25,726 | - | 247 | 25,972 | - | - |
| 1/24/01 | | 11.50% | 25,972 | - | 249 | 26,221 | - | - |

Total Amount Currently Due For This Advance:

Interest -- $      -
Principal --          -

Total -- $      -

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004551



# Penn Treaty American Corporation

**3440 LEHIGH STREET**      **ALLENTOWN, PENNSYLVANIA**      **18103**
**(610) 965-2222**         **1-800-222-3469**        **FAX (610) 967-4616**

March 10, 2001

Mr. Neal Forman
National Healthcare Services, Inc.
4523 102nd Lane N.E.
Kirkland, WA  98033

Dear Neal:

Please find enclosed invoices totaling $5,581 for accrued and unpaid interest and principal payments on your advances to-date.

As you have requested, we will deduct this amount from your monthly AllRisk payment. In the event your monthly payment is insufficient to cover the total invoice amount, I have indicated the remaining amount currently due. I am available to answer any questions.

Sincerely,


Michael F. Grill
Treasurer

Confidential
PT 004536

Invoice Date:        10-Mar-01

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|---------------|--------------|--------------|----------------|-----------------|----------------|-------------|--------------|
| 1/12/00 | 50,000 | 10.50% | - | - | - | 50,000 | - | - |
| 2/12/00 | | 10.50% | 50,000 | - | 438 | 50,438 | - | - |
| 3/12/00 | | 10.50% | 50,438 | - | 441 | 50,879 | - | - |
| 4/12/00 | | 10.50% | 50,879 | - | 445 | 51,324 | - | - |
| 5/12/00 | | 10.50% | 51,324 | - | 449 | 51,773 | - | - |
| 6/12/00 | | 10.50% | 51,773 | - | 453 | 52,226 | - | - |
| 7/12/00 | | 10.50% | 52,226 | - | 457 | 52,683 | 457 | - |
| 8/12/00 | | 10.50% | 52,683 | - | 461 | 53,144 | 918 | - |
| 9/12/00 | | 10.50% | 53,144 | - | 465 | 53,609 | 1,383 | - |
| 10/12/00 | | 10.50% | 53,609 | - | 469 | 54,078 | 1,852 | - |
| 11/12/00 | | 10.50% | 54,078 | 1,852 | 473 | 52,699 | 473 | - |
| 12/12/00 | | 10.50% | 52,699 | 473 | 461 | 52,687 | 461 | - |
| 1/12/01 | | 10.50% | 52,687 | 461 | 461 | 52,687 | 461 | - |
| 2/12/01 | | 10.50% | 52,687 | 461 | 461 | 52,687 | 461 | 4,391 |

Total Amount Currently Due For This Advance:

| | | |
|---|---|---|
| Interest – | $ | 461 |
| Principal – | | 4,391 |
| Total – | $ | 4,852 |

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA  18103

Confidential
PT 004537

Invoice Date:        10-Mar-01

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|----------------|---------------|---------------|-----------------|------------------|-----------------|--------------|---------------|
| 3/9/00 | 25,000 | 10.75% | - | - | - | 25,000 | - | - |
| 4/9/00 | | 10.75% | 25,000 | - | 224 | 25,224 | - | - |
| 5/9/00 | | 10.75% | 25,224 | - | 226 | 25,450 | - | - |
| 6/9/00 | | 10.75% | 25,450 | - | 228 | 25,678 | - | - |
| 7/9/00 | | 10.75% | 25,678 | - | 230 | 25,908 | - | - |
| 8/9/00 | | 10.75% | 25,908 | - | 232 | 26,140 | - | - |
| 9/9/00 | | 10.75% | 26,140 | - | 234 | 26,374 | 234 | - |
| 10/9/00 | | 10.75% | 26,374 | - | 236 | 26,610 | 470 | - |
| 11/9/00 | | 10.75% | 26,610 | 470 | 238 | 26,379 | 238 | - |
| 12/9/00 | | 10.75% | 26,379 | 238 | 236 | 26,377 | 236 | - |
| 1/9/01 | | 10.75% | 26,377 | 236 | 236 | 26,377 | 236 | - |
| 2/9/01 | | 10.75% | 26,377 | 236 | 236 | 26,378 | 236 | - |

Total Amount Currently Due For This Advance:

Interest – $    236
Principal –        -

Total – $    236

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004538

Invoice Date:        10-Mar-01

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|---|---|---|---|---|---|---|---|---|
| 4/29/00 | 25,000 | 11.00% | - | - | - | 25,000 | - | - |
| 5/29/00 | | 11.00% | 25,000 | - | 229 | 25,229 | - | - |
| 6/29/00 | | 11.00% | 25,229 | - | 231 | 25,460 | - | - |
| 7/29/00 | | 11.00% | 25,460 | - | 233 | 25,694 | - | - |
| 8/29/00 | | 11.00% | 25,694 | - | 236 | 25,929 | - | - |
| 9/29/00 | | 11.00% | 25,929 | - | 238 | 26,167 | - | - |
| 10/29/00 | | 11.00% | 26,167 | - | 240 | 26,407 | 240 | - |
| 11/29/00 | | 11.00% | 26,407 | 240 | 242 | 26,409 | 242 | - |
| 12/29/00 | | 11.00% | 26,409 | 242 | 242 | 26,409 | 242 | - |
| 1/29/01 | | 11.00% | 26,409 | 242 | 242 | 26,409 | 242 | - |
| 2/28/01 | | 11.00% | 26,409 | 242 | 242 | 26,409 | 242 | - |

Total Amount Currently Due For This Advance:

| | | |
|---|---|---|
| Interest – | $ | 242 |
| Principal – | | - |
| Total – | $ | 242 |

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA  18103

Confidential
PT 004539

Invoice Date:          10-Mar-01

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|-------|-------|-------|-------|-------|-------|-------|-------|
| 8/24/00 | 25,000 | 11.50% | - | - | - | 25,000 | - | - |
| 9/24/00 | | 11.50% | 25,000 | - | 240 | 25,240 | - | - |
| 10/24/00 | | 11.50% | 25,240 | - | 242 | 25,481 | - | - |
| 11/24/00 | | 11.50% | 25,481 | - | 244 | 25,726 | - | - |
| 12/24/00 | | 11.50% | 25,726 | - | 247 | 25,972 | - | - |
| 1/24/01 | | 11.50% | 25,972 | - | 249 | 26,221 | - | - |
| 2/24/01 | | 11.50% | 26,221 | - | 251 | 26,472 | 251 | - |

Total Amount Currently Due For This Advance:

| | | |
|---|---|---|
| Interest – | $ | 251 |
| Principal – | | - |
| Total – | $ | 251 |

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004540



# Penn Treaty Network America Insurance Company

### (PTNA Life Insurance Company in CA)

June 8, 2001

Mr. Neal Forman
National Healthcare Services, Inc.
4523 102nd Lane N.E.
Kirkland, WA  98033

Dear Neal:

Please find enclosed invoices totaling $11,801 for accrued and unpaid interest and principal payments on your advances to-date.

As you have requested, we will deduct this amount from your monthly AllRisk payment.  In the event your monthly payment is insufficient to cover the total invoice amount, I have indicated the remaining amount currently due.  I am available to answer any questions.

Sincerely,

Michael F. Grill
Treasurer

Confidential
PT 004526

3440 Lehigh Street ● P.O. Box 7066 ● Allentown, Pennsylvania 18103 ● (800) 362-0700 ● Fax (610) 967-4616

Invoice Date:  6/8/01

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due | |
|------|------|------|------|------|------|------|------|------|---|
| 1/12/00 | 50,000 | 10.50% | - | - | - | 50,000 | - | - | |
| 2/12/00 | | 10.50% | 50,000 | - | 438 | 50,438 | - | - | |
| 3/12/00 | | 10.50% | 50,438 | - | 441 | 50,879 | - | - | |
| 4/12/00 | | 10.50% | 50,879 | - | 445 | 51,324 | - | - | |
| 5/12/00 | | 10.50% | 51,324 | - | 449 | 51,773 | - | - | |
| 6/12/00 | | 10.50% | 51,773 | - | 453 | 52,226 | - | - | |
| 7/12/00 | | 10.50% | 52,226 | - | 457 | 52,683 | 457 | - | |
| 8/12/00 | | 10.50% | 52,683 | - | 461 | 53,144 | 918 | - | |
| 9/12/00 | | 10.50% | 53,144 | - | 465 | 53,609 | 1,383 | - | |
| 10/12/00 | | 10.50% | 53,609 | - | 469 | 54,078 | 1,852 | - | |
| 11/12/00 | | 10.50% | 54,078 | 1,852 | 473 | 52,699 | 473 | - | |
| 12/12/00 | | 10.50% | 52,699 | 473 | 461 | 52,687 | 461 | - | |
| 1/12/01 | | 10.50% | 52,687 | 461 | 461 | 52,687 | 461 | - | |
| 2/12/01 | | 10.50% | 52,687 | 461 | 461 | 52,687 | 461 | 4,391 | * |
| 3/12/01 | | 10.50% | 52,687 | 4,852 | 461 | 48,297 | 461 | 4,391 | * |
| 4/12/01 | | 10.50% | 48,297 | 4,852 | 423 | 43,867 | 423 | 4,391 | * |
| 5/12/01 | | 10.50% | 43,867 | 4,852 | 384 | 39,399 | 384 | 4,391 | |

**Total Amount Currently Due For This Advance:**                    * Paid

Interest — $    461
Principal —      4,391

Total — $    4,852

_____ (38) Current Past Due / (Overpaid) Amount

Current Payable: $    4,814

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA  18103

Confidential
PT 004527

Invoice Date: *6/8/01*

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|------|------|------|------|------|------|------|------|
| 3/9/00 | 25,000 | 10.75% | - | - | - | 25,000 | - | - |
| 4/9/00 | | 10.75% | 25,000 | - | 224 | 25,224 | - | - |
| 5/9/00 | | 10.75% | 25,224 | - | 226 | 25,450 | - | - |
| 6/9/00 | | 10.75% | 25,450 | - | 228 | 25,678 | - | - |
| 7/9/00 | | 10.75% | 25,678 | - | 230 | 25,908 | - | - |
| 8/9/00 | | 10.75% | 25,908 | - | 232 | 26,140 | - | - |
| 9/9/00 | | 10.75% | 26,140 | - | 234 | 26,374 | 234 | - |
| 10/9/00 | | 10.75% | 26,374 | - | 236 | 26,610 | 470 | - |
| 11/9/00 | | 10.75% | 26,610 | 470 | 238 | 26,379 | 238 | - |
| 12/9/00 | | 10.75% | 26,379 | 238 | 236 | 26,377 | 236 | - |
| 1/9/01 | | 10.75% | 26,377 | 236 | 236 | 26,377 | 236 | - |
| 2/9/01 | | 10.75% | 26,377 | 236 | 236 | 26,378 | 236 | - |
| 3/9/01 | | 10.75% | 26,378 | 236 | 236 | 26,378 | 236 | - |
| 4/9/01 | | 10.75% | 26,378 | 236 | 236 | 26,378 | 236 | 2,083 |
| 5/9/01 | | 10.75% | 26,378 | 2,319 | 236 | 24,296 | 236 | 2,083 |

Total Amount Currently Due For This Advance:

| | | |
|---|---|---|
| Interest – | $ | 236 |
| Principal – | | 2,083 |
| | | |
| Total – | $ | 2,319 |

2,083  Current Past Due / (Overpaid) Amount

Current Payable: $ 4,402

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA  18103

Confidential
PT 004528

Invoice Date:    6/8/01

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|------|------|------|------|------|------|------|------|
| 4/29/00 | 25,000 | 11.00% | - | - | - | 25,000 | - | - |
| 5/29/00 | | 11.00% | 25,000 | - | 229 | 25,229 | - | - |
| 6/29/00 | | 11.00% | 25,229 | - | 231 | 25,460 | - | - |
| 7/29/00 | | 11.00% | 25,460 | - | 233 | 25,694 | - | - |
| 8/29/00 | | 11.00% | 25,694 | - | 236 | 25,929 | - | - |
| 9/29/00 | | 11.00% | 25,929 | - | 238 | 26,167 | - | - |
| 10/29/00 | | 11.00% | 26,167 | - | 240 | 26,407 | 240 | - |
| 11/29/00 | | 11.00% | 26,407 | 240 | 242 | 26,409 | 242 | - |
| 12/29/00 | | 11.00% | 26,409 | 242 | 242 | 26,409 | 242 | - |
| 1/29/01 | | 11.00% | 26,409 | 242 | 242 | 26,409 | 242 | - |
| 2/28/01 | | 11.00% | 26,409 | 242 | 242 | 26,409 | 242 | - |
| 3/28/01 | | 11.00% | 26,409 | 242 | 242 | 26,409 | 242 | - |
| 4/28/01 | | 11.00% | 26,409 | 242 | 242 | 26,409 | 242 | - |
| 5/28/01 | | 11.00% | 26,409 | 242 | 242 | 26,409 | 242 | 2,083 |

**Total Amount Currently Due For This Advance:**

Interest -- $    242
Principal --    2,083

Total -- $  2,325

-    Current Past Due / (Overpaid) Amount

Current Payable: $  2,325

Please Make Check Payable to:

Penn Treaty Network America
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA  18103

Confidential
PT 004529

Invoice Date:    6/8/01

| Date | Advance Amount | Interest Rate | Prior Balance | Payment Applied | Interest Accrued | Current Balance | Interest Due | Principal Due |
|------|---------------|---------------|---------------|-----------------|------------------|-----------------|--------------|---------------|
| 8/24/00 | 25,000 | 11.50% | - | - | - | 25,000 | - | - |
| 9/24/00 | | 11.50% | 25,000 | - | 240 | 25,240 | - | - |
| 10/24/00 | | 11.50% | 25,240 | - | 242 | 25,481 | - | - |
| 11/24/00 | | 11.50% | 25,481 | - | 244 | 25,726 | - | - |
| 12/24/00 | | 11.50% | 25,726 | - | 247 | 25,972 | - | - |
| 1/24/01 | | 11.50% | 25,972 | - | 249 | 26,221 | - | - |
| 2/24/01 | | 11.50% | 26,221 | - | 251 | 26,472 | 251 | - |
| 3/24/01 | | 11.50% | 26,472 | 251 | 254 | 26,475 | 254 | - |
| 4/24/01 | | 11.50% | 26,475 | 251 | 254 | 26,478 | 254 | - |
| 5/24/01 | | 11.50% | 26,478 | 251 | 254 | 26,481 | 254 | - |

**Total Amount Currently Due For This Advance:**

Interest – $    254
Principal –     -

Total – $    254

6  Current Past Due / (Overpaid) Amount

Current Payable: $    260

**Penn Treaty Network America**
c/o Michael Grill, Treasurer
3440 Lehigh Street
Allentown, PA   18103

Confidential
PT 004530