6. Mr. Levit represented, among other things, that Penn Treaty had more than 43,000 agents and was receiving 10,000-15,000 long-term care insurance applications per month with 10% to 15% of such applicants being rejected as uninsurable.

7. Knowing Penn Treaty's agents' historical sales performance, Mr. Levit conservatively estimated that at least 20% of all agents (43,000 x 20% = 8,600) would sell one AllRisk Healthcare® membership per month, resulting in at least 8,600 sales per month.

8. These assumptions were embodied in projections dated September 28, 1999, copies of which are attached hereto, and resulted in a conservative net income estimate of $281,790,000 to be divided by the parties in the first five years of the program.

**PENN TREATY'S TEST MARKET**

9. In February 2000, a "test market" was conducted on NHCS's AllRisk Healthcare® product using approximately 40 agents over a 4¼-month period.

10. The test market resulted in 400 AllRisk Healthcare® memberships sold, with gross revenue exceeding $350,000.

11. According to Glen Levit, these results were in line with the September 28, 1999 projections and Penn Treaty agreed to move forward.

**PENN TREATY'S OWN AGENTS SUPPORT THE PRODUCT LAUNCH**

12. After continuing delays, the death of Glen Levit and the resulting turmoil, Penn Treaty eventually released the AllRisk Healthcare® program in February 2001 to a limited number of states with little or no marketing support.

13. As a direct consequence of Penn Treaty's inattention to the marketing of the AllRisk Healthcare® program during this release, sales dropped by approximately 50% for the same 4¼-month period as the test market, with revenue correspondingly decreasing to $158,350.

14. Nevertheless, the reception from the agents was phenomenal as Penn Treaty's management reported that agent contracts were arriving at Penn Treaty's offices in bulk.

15. During this period, approximately 870 agents signed contracts to sell the AllRisk Healthcare® product.

16. Ultimately, more than 1,370 agents signed up before Penn Treaty terminated the AllRisk Healthcare® program in November 2001.

THE TEST MARKET VALIDATES THE PROJECTIONS

17. In the first 4¼ months of test marketing, the AllRisk Healthcare® program generated more than $83,000 in sales per month with just 40 agents.

18. Extrapolating this to Penn Treaty's 43,000 agents, the monthly gross revenue should have been over $90,000,000.

19. Viewed differently, the annualized sales of those 40 agents would be $1,092,181, or roughly $27,300 per agent.

20. Assuming that each of Penn Treaty's 43,000 agents would sell in proportion with these numbers, the eventual annual sales would exceed $1,170,000,000.

21. If, as Glen Levit suggested, only the top 20% of agents performed, the annual New Policy Revenue would still exceed $234,000,000.

22. By comparison, the September 28, 1999 projections showed $136,600,000 in New Policy Revenue and $127,100,000 in Renewal Policy Revenue. To meet those revenue figures, only 5,000 agents – less than 12% of Penn Treaty's sales force – would each need to produce $27,300 in memberships per year; at an average price of $800 per household, that translates to less than three memberships per month sold by each agent.

23. Again, using the September 28, 1999 projections as a template, and inserting the test market data, New Sales Revenue would grow from $34 million the first year to over $295 million by the end of year five.

24. With a renewal rate of 50%, the cumulative net profit over five years is $574,692,650.

25. With a renewal rate of 90% -- a renewal rate comparable to that of other companies now in this market -- the cumulative net profit exceeds $800 million.[1]

**THE LAUNCH VALIDATES THE PROJECTIONS**

26. In the first 4¼ months of Penn Treaty's launch, the AllRisk Healthcare® program generated $37,250 per month in New Policy Revenue ($158,350 divided by 4.25 months).

27. Annualized, this would be approximately $450,000 per year.

28. If the 870 agents who signed contracts to sell AllRisk Healthcare® during this period had begun selling from the first day of release (rather than some being added each day as really happened), this would mean each agent would have generated an average of $514 per year.

29. Extrapolating this figure to Penn Treaty's stable of 43,000 agents, the annual New Policy Revenue would have been over $22,000,000.

30. Significantly, at an average price of $800 per household, that translates to each agent selling just one membership every other month.

31. The test market and product launch were conducted (a) in a limited number of states, (b) with virtually no marketing support, and (c) with no mailings being made to long-term

---

[1] All of these projections assume that only Penn Treaty's own agents would sell NHCS's AllRisk Healthcare® product. However, the parties' Agreement was not so limiting. As contemplated by the parties, NHCS made efforts to establish outside sales, but Penn Treaty derailed such efforts. The projections adopted by Glen Levit also envisioned adding 10,000 agents per year.

care insurance "turndowns" as agreed. NHCS's AllRisk Healthcare® program would have been even more successful if Penn Treaty had marketed the product as it represented it would.

32. I hereby certify under penalty of perjury that the foregoing is true and correct.

NEAL FORMAN

**DATED:** January 14, 2004

X:183558

**National Healthcare Services, Inc.**
4523 102nd Lane N.E., Kirkland, WA 98033
Tel 425-450-4000 Fax 425-822-6306

September 28, 1999

Mr. Glen A. Levit, President

Ms. Jane M. Bagley, Esquire

The Penn Treaty American Corporation
3440 Lehigh Street
Allentown, Pennsylvania 18103

Dear Glen and Jane:

Enclosed are ***All Risk Healthcare***SM projections for the first five years, as well as other information you have requested.

We believe the projections are based on very conservative assumptions and yet generate very significant profits. You can see why we have had so much interest from other insurance partners.

We hope this answers any remaining questions and we are looking forward to a long and mutually profitable relationship.

Sincerely,

Neal A. Forman
CEO

NAF/cb

PENGAD 800-631-6989
EXHIBIT
Bagley-2
10/30/03 mR

**Cumulative Summary of 9/28/99 Projections**

Assumptions

1000 new agents are trained every month

20% of all trained agents sell one policy per month at an average annual premium of $ 1,000.

All premiums are annual and all expenses, commissions, are paid in the month sold

On the 1 year anniversary of purchasing policy, 50% renew every year. (I.e. 1,000 purchase, 2nds year 500 remain, 3rd year 500 remain, 4th year 500 remain , 5th year 500 remain, etc.)

Commissions are 60% first year, 20% on renewals

28-Sep-99

| Fifth Year - 2004 Projections | Year 1 Year End | Year 2 Year End | Year 3 Year End | Year 4 Year End | Year 5 Year End |
|---|---|---|---|---|---|
| **Number of Trained Agents** | | | | | |
| Number of Trained Penn Treaty Agents | 14,000 | 26,000 | 38,000 | 50,000 | 62,000 |
| Number of Trained Other Agents | - | - | - | - | - |
| **Total Number of Trained Agents** | 14,000 | 26,000 | 38,000 | 50,000 | 62,000 |
| **New Sales** | | | | | |
| %Trained Agents who Sell One/Month | 20% | 20% | 20% | 20% | 20% |
| Number of New Policies Sold | 20,200 | 49,200 | 78,000 | 106,800 | 135,600 |
| **Renewals** | | | | | |
| % of Plcyhldrs Who Renew | - | 50% | 50% | 50% | 50% |
| **Number of Policyholders Who Renew** | - | 10,100 | 34,700 | 73,700 | 127,100 |
| **New and Renewals This Year** | 20,200 | 59,300 | 112,700 | 180,500 | 262,700 |
| **National Healthcare Services Income Statement** | | | | | |
| **New Policies** | | | | | |
| Number New Policies Sold | 20,200 | 49,200 | 78,000 | 106,800 | 135,600 |
| **New Policy Revenue @ $ 1000** | **$ 20,200,000** | **$ 49,200,000** | **$ 78,000,000** | **$ 106,800,000** | **$ 135,600,000** |
| **Cost of Sales** | | | | | |
| Annual Program Cost $ 100 Per HH | 2,020,000 | 4,920,000 | 7,800,000 | 10,680,000 | 13,560,000 |
| First Year Commissions 60% | 12,120,000 | 29,520,000 | 46,800,000 | 64,080,000 | 81,360,000 |
| **Total New Policy Cost of Sales** | **14,140,000** | **34,440,000** | **54,600,000** | **74,760,000** | **94,920,000** |
| **New Policy Gross Profit** | **6,060,000** | **14,760,000** | **23,400,000** | **32,040,000** | **40,680,000** |
| **Renewal Policies** | | | | | |
| Number Policies Renewed | - | 10,100 | 24,600 | 73,700 | 127,100 |
| **Renewed Policy Revenue @ $1,000** | - | **10,100,000** | **24,600,000** | **73,700,000** | **127,100,000** |
| **Cost of Sales** | | | | | |
| Annual Program Cost $ 100 Per HH | - | 1,010,000 | 2,460,000 | 7,370,000 | 12,710,000 |
| Renewal Commissions 20% | - | 2,020,000 | 4,920,000 | 14,740,000 | 25,420,000 |
| **Total Renewed Policy Cost of Sales** | - | 3,030,000 | 7,380,000 | 22,110,000 | 38,130,000 |
| Renewed Policies Gross Profit | - | 7,070,000 | 17,220,000 | 51,590,000 | 88,970,000 |
| **Total Gross Profit New + Renewals** | **6,060,000** | **21,830,000** | **40,620,000** | **83,630,000** | **129,650,000** |
| Cumulative | 6,060,000 | 27,890,000 | 68,510,000 | 152,140,000 | 281,790,000 |

math error Sep 99

28 Sep 99

## All Risk Healthcare Projections - Five Year Projection - All Agents

| First Year Projections | NOV 1999 | DEC 1999 | JAN 2000 | FEB 2000 | MAR 2000 | APR 2000 | MAY 2000 | JUN 2000 | JUL 2000 | AUG 2000 | SEP 2000 | OCT 2000 | Year 1 Year End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number of Trained Agents** | | | | | | | | | | | | | |
| Number of Trained Penn Treaty Agents | 2,000 | 4,000 | 5,000 | 6,000 | 7,000 | 8,000 | 9,000 | 10,000 | 11,000 | 12,000 | 13,000 | 14,000 | 14,000 |
| Number of Trained Other Agents | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Number of Trained Agents | 2,000 | 4,000 | 5,000 | 6,000 | 7,000 | 8,000 | 9,000 | 10,000 | 11,000 | 12,000 | 13,000 | 14,000 | 14,000 |
| **New Sales** | | | | | | | | | | | | | |
| %Trained Agents who Sell One/Month | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| Number of New Policies Sold | 400 | 800 | 1,000 | 1,200 | 1,400 | 1,600 | 1,800 | 2,000 | 2,200 | 2,400 | 2,600 | 2,800 | 20,200 |
| Total Policies Sold This Year | 400 | 1,200 | 2,200 | 3,400 | 4,800 | 6,400 | 8,200 | 10,200 | 12,400 | 14,800 | 17,400 | 20,200 | 20,200 |
| New This Month | 400 | 1,200 | 2,200 | 3,400 | 4,800 | 6,400 | 8,200 | 10,200 | 12,400 | 14,800 | 17,400 | 20,200 | 20,200 |
| **National Healthcare Services Income Statement** | | | | | | | | | | | | | |
| **New Policies** | | | | | | | | | | | | | |
| Number New Policies Sold | 400 | 800 | 1,000 | 1,200 | 1,400 | 1,600 | 1,800 | 2,000 | 2,200 | 2,400 | 2,600 | 2,800 | 20,200 |
| New Policy Revenue @ $ 1000 | $ 400,000 | $ 800,000 | $ 1,000,000 | $ 1,200,000 | $ 1,400,000 | $ 1,600,000 | $ 1,800,000 | $ 2,000,000 | $ 2,200,000 | $ 2,400,000 | $ 2,600,000 | $ 2,800,000 | $ 20,200,000 |
| **Cost of Sales** | | | | | | | | | | | | | $ - |
| Annual Program Cost $ 100 Per HH | $ 40,000 | $ 80,000 | $ 100,000 | $ 120,000 | $ 140,000 | $ 160,000 | $ 180,000 | $ 200,000 | $ 220,000 | $ 240,000 | $ 260,000 | $ 280,000 | $ 2,020,000 |
| First Year Commissions 60% | $ 240,000 | $ 480,000 | $ 600,000 | $ 720,000 | $ 840,000 | $ 960,000 | $ 1,080,000 | $ 1,200,000 | $ 1,320,000 | $ 1,440,000 | $ 1,560,000 | $ 1,680,000 | $ 12,120,000 |
| Total New Policy Cost of Sales | $ 280,000 | $ 560,000 | $ 700,000 | $ 840,000 | $ 980,000 | $ 1,120,000 | $ 1,260,000 | $ 1,400,000 | $ 1,540,000 | $ 1,680,000 | $ 1,820,000 | $ 1,960,000 | $ 14,140,000 |
| New Policy Gross Profit | $ 120,000 | $ 240,000 | $ 300,000 | $ 360,000 | $ 420,000 | $ 480,000 | $ 540,000 | $ 600,000 | $ 660,000 | $ 720,000 | $ 780,000 | $ 840,000 | $ 6,060,000 |

| Second Year Projections | NOV 2000 | DEC 2000 | JAN 2001 | FEB 2001 | MAR 2001 | APR 2001 | MAY 2001 | JUN 2001 | JUL 2001 | AUG 2001 | SEP 2001 | OCT 2001 | Year 2 Year End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number of Trained Agents** | | | | | | | | | | | | | |
| Number of Trained Penn Treaty Agents | 15,000 | 16,000 | 17,000 | 18,000 | 19,000 | 20,000 | 21,000 | 22,000 | 23,000 | 24,000 | 25,000 | 26,000 | 26,000 |
| Number of Trained Other Agents | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Number of Trained Agents | 15,000 | 16,000 | 17,000 | 18,000 | 19,000 | 20,000 | 21,000 | 22,000 | 23,000 | 24,000 | 25,000 | 26,000 | 26,000 |
| **New Sales** | | | | | | | | | | | | | |
| %Trained Agents who Sell One/Month | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| Number of New Policies Sold | 3,000 | 3,200 | 3,400 | 3,600 | 3,800 | 4,000 | 4,200 | 4,400 | 4,600 | 4,800 | 5,000 | 5,200 | 49,200 |
| Total Policies Sold This Year | 3,000 | 6,200 | 9,600 | 13,200 | 17,000 | 21,000 | 25,200 | 29,600 | 34,200 | 39,000 | 44,000 | 49,200 | 49,200 |
| **Renewals** | | | | | | | | | | | | | |
| % of Plcyhldrs Who Renew | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| Number of Policyholders Who Renew | 200 | 400 | 500 | 600 | 700 | 800 | 900 | 1,000 | 1,100 | 1,200 | 1,300 | 1,400 | 10,100 |
| New and Renewals This Month | 3,200 | 3,600 | 3,900 | 4,200 | 4,500 | 4,800 | 5,100 | 5,400 | 5,700 | 6,000 | 6,300 | 6,600 | 59,300 |
| **National Healthcare Services Income Statement** | | | | | | | | | | | | | |
| **New Policies** | | | | | | | | | | | | | |
| Number New Policies Sold | 3,000 | 3,200 | 3,400 | 3,600 | 3,800 | 4,000 | 4,200 | 4,400 | 4,600 | 4,800 | 5,000 | 5,200 | 49,200 |
| New Policy Revenue @ $ 1000 | $ 3,000,000 | $ 3,200,000 | $ 3,400,000 | $ 3,600,000 | $ 3,800,000 | $ 4,000,000 | $ 4,200,000 | $ 4,400,000 | $ 4,600,000 | $ 4,800,000 | $ 5,000,000 | $ 5,200,000 | $ 49,200,000 |
| **Cost of Sales** | | | | | | | | | | | | | |
| Annual Program Cost $ 100 Per HH | $ 300,000 | $ 320,000 | $ 340,000 | $ 360,000 | $ 380,000 | $ 400,000 | $ 420,000 | $ 440,000 | $ 460,000 | $ 480,000 | $ 500,000 | $ 520,000 | $ 4,920,000 |
| First Year Commissions 60% | $ 1,800,000 | $ 1,920,000 | $ 2,040,000 | $ 2,160,000 | $ 2,280,000 | $ 2,400,000 | $ 2,520,000 | $ 2,640,000 | $ 2,760,000 | $ 2,880,000 | $ 3,000,000 | $ 3,120,000 | $ 29,520,000 |
| Total New Policy Cost of Sales | $ 2,100,000 | $ 2,240,000 | $ 2,380,000 | $ 2,520,000 | $ 2,660,000 | $ 2,800,000 | $ 2,940,000 | $ 3,080,000 | $ 3,220,000 | $ 3,360,000 | $ 3,500,000 | $ 3,640,000 | $ 34,440,000 |
| New Policy Gross Profit | $ 900,000 | $ 960,000 | $ 1,020,000 | $ 1,080,000 | $ 1,140,000 | $ 1,200,000 | $ 1,260,000 | $ 1,320,000 | $ 1,380,000 | $ 1,440,000 | $ 1,500,000 | $ 1,560,000 | $ 14,760,000 |
| **Renewal Policies** | | | | | | | | | | | | | |
| Number Policies Renewed | 200 | 400 | 500 | 600 | 700 | 800 | 900 | 1,000 | 1,100 | 1,200 | 1,300 | 1,400 | 10,100 |
| Renewed Policy Revenue @ $1,000 | $ 200,000 | $ 400,000 | $ 500,000 | $ 600,000 | $ 700,000 | $ 800,000 | $ 900,000 | $ 1,000,000 | $ 1,100,000 | $ 1,200,000 | $ 1,300,000 | $ 1,400,000 | $ 10,100,000 |
| **Cost of Sales** | | | | | | | | | | | | | |
| Annual Program Cost $ 100 Per HH | $ 20,000 | $ 40,000 | $ 50,000 | $ 60,000 | $ 70,000 | $ 80,000 | $ 90,000 | $ 100,000 | $ 110,000 | $ 120,000 | $ 130,000 | $ 140,000 | $ 1,010,000 |
| Renewal Commissions 20% | $ 40,000 | $ 80,000 | $ 100,000 | $ 120,000 | $ 140,000 | $ 160,000 | $ 180,000 | $ 200,000 | $ 220,000 | $ 240,000 | $ 260,000 | $ 280,000 | $ 2,020,000 |
| Total Renewed Policy Cost of Sales | $ 60,000 | $ 120,000 | $ 150,000 | $ 180,000 | $ 210,000 | $ 240,000 | $ 270,000 | $ 300,000 | $ 330,000 | $ 360,000 | $ 390,000 | $ 420,000 | $ 3,030,000 |
| Renewed Policies Gross Profit | $ 140,000 | $ 280,000 | $ 350,000 | $ 420,000 | $ 490,000 | $ 560,000 | $ 630,000 | $ 700,000 | $ 770,000 | $ 840,000 | $ 910,000 | $ 980,000 | $ 7,070,000 |
| Total Gross Profit New + Renewals | $ 1,040,000 | $ 1,240,000 | $ 1,370,000 | $ 1,500,000 | $ 1,630,000 | $ 1,760,000 | $ 1,890,000 | $ 2,020,000 | $ 2,150,000 | $ 2,280,000 | $ 2,410,000 | $ 2,540,000 | $ 21,830,000 |

28 Sep 99

| Third Year Projections | NOV 2001 | DEC 2001 | JAN 2002 | FEB 2002 | MAR 2002 | APR 2002 | MAY 2002 | JUN 2002 | JUL 2002 | AUG 2002 | SEP 2002 | OCT 2002 | Year 3 Year End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number of Trained Agents** | | | | | | | | | | | | | |
| Number of Trained Penn Treaty Agents | 27,000 | 28,000 | 29,000 | 30,000 | 31,000 | 32,000 | 33,000 | 34,000 | 35,000 | 36,000 | 37,000 | 38,000 | 38,000 |
| Number of Trained Other Agents | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Number of Trained Agents | 27,000 | 28,000 | 29,000 | 30,000 | 31,000 | 32,000 | 33,000 | 34,000 | 35,000 | 36,000 | 37,000 | 38,000 | 38,000 |
| **New Sales** | | | | | | | | | | | | | |
| %Trained Agents who Sell One/Month | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| Number of New Policies Sold | 5,400 | 5,600 | 5,800 | 6,000 | 6,200 | 6,400 | 6,600 | 6,800 | 7,000 | 7,200 | 7,400 | 7,600 | 78,000 |
| Total Policies Sold This Year | 5,400 | 11,000 | 16,800 | 22,800 | 29,000 | 35,400 | 42,000 | 48,800 | 55,800 | 63,000 | 70,400 | 78,000 | |
| **Renewals** | | | | | | | | | | | | | |
| % of Plcyhldrs Who Renew | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| Number of Policyholders Who Renew | 1,700 | 2,000 | 2,200 | 2,400 | 2,600 | 2,800 | 3,000 | 3,200 | 3,400 | 3,600 | 3,800 | 4,000 | 34,700 |
| New and Renewals This Month | 7,100 | 7,600 | 8,000 | 8,400 | 8,800 | 9,200 | 9,600 | 10,000 | 10,400 | 10,800 | 11,200 | 11,600 | 112,700 |
| **National Healthcare Services Income Statement** | | | | | | | | | | | | | |
| **New Policies** | | | | | | | | | | | | | |
| Number New Policies Sold | 5,400 | 5,600 | 5,800 | 6,000 | 6,200 | 6,400 | 6,600 | 6,800 | 7,000 | 7,200 | 7,400 | 7,600 | 78,000 |
| New Policy Revenue @ $ 1000 | $ 5,400,000 | $ 5,600,000 | $ 5,800,000 | $ 6,000,000 | $ 6,200,000 | $ 6,400,000 | $ 6,600,000 | $ 6,800,000 | $ 7,000,000 | $ 7,200,000 | $ 7,400,000 | $ 7,600,000 | $ 78,000,000 |
| **Cost of Sales** | | | | | | | | | | | | | |
| Annual Program Cost $ 100 Per HH | $ 540,000 | $ 560,000 | $ 580,000 | $ 600,000 | $ 620,000 | $ 640,000 | $ 660,000 | $ 680,000 | $ 700,000 | $ 720,000 | $ 740,000 | $ 760,000 | $ 7,800,000 |
| First Year Commissions 60% | $ 3,240,000 | $ 3,360,000 | $ 3,480,000 | $ 3,600,000 | $ 3,720,000 | $ 3,840,000 | $ 3,960,000 | $ 4,080,000 | $ 4,200,000 | $ 4,320,000 | $ 4,440,000 | $ 4,560,000 | $ 46,800,000 |
| Total New Policy Cost of Sales | $ 3,780,000 | $ 3,920,000 | $ 4,060,000 | $ 4,200,000 | $ 4,340,000 | $ 4,480,000 | $ 4,620,000 | $ 4,760,000 | $ 4,900,000 | $ 5,040,000 | $ 5,180,000 | $ 5,320,000 | $ 54,600,000 |
| New Policy Gross Profit | $ 1,620,000 | $ 1,680,000 | $ 1,740,000 | $ 1,800,000 | $ 1,860,000 | $ 1,920,000 | $ 1,980,000 | $ 2,040,000 | $ 2,100,000 | $ 2,160,000 | $ 2,220,000 | $ 2,280,000 | $ 23,400,000 |
| **Renewal Policies** | | | | | | | | | | | | | |
| Number Policies Renewed | 1,500 | 1,600 | 1,700 | 1,800 | 1,900 | 2,000 | 2,100 | 2,200 | 2,300 | 2,400 | 2,500 | 2,600 | 24,600 |
| Renewed Policy Revenue @ $1,000 | $ 1,500,000 | $ 1,600,000 | $ 1,700,000 | $ 1,800,000 | $ 1,900,000 | $ 2,000,000 | $ 2,100,000 | $ 2,200,000 | $ 2,300,000 | $ 2,400,000 | $ 2,500,000 | $ 2,600,000 | $ 24,600,000 |
| **Cost of Sales** | | | | | | | | | | | | | |
| Annual Program Cost $ 100 Per HH | $ 150,000 | $ 160,000 | $ 170,000 | $ 180,000 | $ 190,000 | $ 200,000 | $ 210,000 | $ 220,000 | $ 230,000 | $ 240,000 | $ 250,000 | $ 260,000 | $ 2,460,000 |
| Renewal Commissions 20% | $ 300,000 | $ 320,000 | $ 340,000 | $ 360,000 | $ 380,000 | $ 400,000 | $ 420,000 | $ 440,000 | $ 460,000 | $ 480,000 | $ 500,000 | $ 520,000 | $ 4,920,000 |
| Total Renewed Policy Cost of Sales | $ 450,000 | $ 480,000 | $ 510,000 | $ 540,000 | $ 570,000 | $ 600,000 | $ 630,000 | $ 660,000 | $ 690,000 | $ 720,000 | $ 750,000 | $ 780,000 | $ 7,380,000 |
| Renewed Policies Gross Profit | $ 1,050,000 | $ 1,120,000 | $ 1,190,000 | $ 1,260,000 | $ 1,330,000 | $ 1,400,000 | $ 1,470,000 | $ 1,540,000 | $ 1,610,000 | $ 1,680,000 | $ 1,750,000 | $ 1,820,000 | $ 17,220,000 |
| Total Gross Profit New + Renewals | $ 2,670,000 | $ 2,800,000 | $ 2,930,000 | $ 3,060,000 | $ 3,190,000 | $ 3,320,000 | $ 3,450,000 | $ 3,580,000 | $ 3,710,000 | $ 3,840,000 | $ 3,970,000 | $ 4,100,000 | $ 40,620,000 |

28-Sep-99

| Fourth Year Projections | NOV 2002 | DEC 2002 | JAN 2003 | FEB 2003 | MAR 2003 | APR 2003 | MAY 2003 | JUN 2003 | JUL 2003 | AUG 2003 | SEP 2003 | OCT 2003 | Year 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number of Trained Agents** | | | | | | | | | | | | | |
| Number of Trained Penn Treaty Agents | 39,000 | 40,000 | 41,000 | 42,000 | 43,000 | 44,000 | 45,000 | 46,000 | 47,000 | 48,000 | 49,000 | 50,000 | 50,000 |
| Number of Trained Other Agents | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Number of Trained Agents | 39,000 | 40,000 | 41,000 | 42,000 | 43,000 | 44,000 | 45,000 | 46,000 | 47,000 | 48,000 | 49,000 | 50,000 | 50,000 |
| **New Sales** | | | | | | | | | | | | | |
| %Trained Agents who Sell One/Month | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| Number of New Policies Sold | 7,800 | 8,000 | 8,200 | 8,400 | 8,600 | 8,800 | 9,000 | 9,200 | 9,400 | 9,600 | 9,800 | 10,000 | 106,800 |
| Total Policies Sold This Year | 7,800 | 15,800 | 24,000 | 32,400 | 41,000 | 49,800 | 58,800 | 68,000 | 77,400 | 87,000 | 96,800 | 106,800 | |
| **Renewals** | | | | | | | | | | | | | |
| % of Plcyhldrs Who Renew | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| Number of Policyholders Who Renew | 4,400 | 4,800 | 5,100 | 5,400 | 5,700 | 6,000 | 6,300 | 6,600 | 6,900 | 7,200 | 7,500 | 7,800 | 73,700 |
| New and Renewals This Month | 12,200 | 12,800 | 13,300 | 13,800 | 14,300 | 14,800 | 15,300 | 15,800 | 16,300 | 16,800 | 17,300 | 17,800 | 180,500 |
| **National Healthcare Services Income Statement** | | | | | | | | | | | | | |
| **New Policies** | | | | | | | | | | | | | |
| Number New Policies Sold | 7,800 | 8,000 | 8,200 | 8,400 | 8,600 | 8,800 | 9,000 | 9,200 | 9,400 | 9,600 | 9,800 | 10,000 | 106,800 |
| New Policy Revenue @ $ 1000 | $ 7,800,000 | $ 8,000,000 | $ 8,200,000 | $ 8,400,000 | $ 8,600,000 | $ 8,800,000 | $ 9,000,000 | $ 9,200,000 | $ 9,400,000 | $ 9,600,000 | $ 9,800,000 | $10,000,000 | $106,800,000 |
| **Cost of Sales** | | | | | | | | | | | | | $ - |
| Annual Program Cost $ 100 Per HH | $ 780,000 | $ 800,000 | $ 820,000 | $ 840,000 | $ 860,000 | $ 880,000 | $ 900,000 | $ 920,000 | $ 940,000 | $ 960,000 | $ 980,000 | $ 1,000,000 | $ 10,680,000 |
| First Year Commissions 60% | $ 4,680,000 | $ 4,800,000 | $ 4,920,000 | $ 5,040,000 | $ 5,160,000 | $ 5,280,000 | $ 5,400,000 | $ 5,520,000 | $ 5,640,000 | $ 5,760,000 | $ 5,880,000 | $ 6,000,000 | $ 64,080,000 |
| Total New Policy Cost of Sales | $ 5,460,000 | $ 5,600,000 | $ 5,740,000 | $ 5,880,000 | $ 6,020,000 | $ 6,160,000 | $ 6,300,000 | $ 6,440,000 | $ 6,580,000 | $ 6,720,000 | $ 6,860,000 | $ 7,000,000 | $ 74,760,000 |
| New Policy Gross Profit | $ 2,340,000 | $ 2,400,000 | $ 2,460,000 | $ 2,520,000 | $ 2,580,000 | $ 2,640,000 | $ 2,700,000 | $ 2,760,000 | $ 2,820,000 | $ 2,880,000 | $ 2,940,000 | $ 3,000,000 | $ 32,040,000 |
| **Renewal Policies** | | | | | | | | | | | | | |
| Number Policies Renewed | 4,400 | 4,800 | 5,100 | 5,400 | 5,700 | 6,000 | 6,300 | 6,600 | 6,900 | 7,200 | 7,500 | 7,800 | 73,700 |
| Renewed Policy Revenue @ $1,000 | $ 4,400,000 | $ 4,800,000 | $ 5,100,000 | $ 5,400,000 | $ 5,700,000 | $ 6,000,000 | $ 6,300,000 | $ 6,600,000 | $ 6,900,000 | $ 7,200,000 | $ 7,500,000 | $ 7,800,000 | $ 73,700,000 |
| **Cost of Sales** | | | | | | | | | | | | | $ - |
| Annual Program Cost $ 100 Per HH | $ 440,000 | $ 480,000 | $ 510,000 | $ 540,000 | $ 570,000 | $ 600,000 | $ 630,000 | $ 660,000 | $ 690,000 | $ 720,000 | $ 750,000 | $ 780,000 | $ 7,370,000 |
| Renewal Commissions 20% | $ 880,000 | $ 960,000 | $ 1,020,000 | $ 1,080,000 | $ 1,140,000 | $ 1,200,000 | $ 1,260,000 | $ 1,320,000 | $ 1,380,000 | $ 1,440,000 | $ 1,500,000 | $ 1,560,000 | $ 14,740,000 |
| Total Renewed Policy Cost of Sales | $ 1,320,000 | $ 1,440,000 | $ 1,530,000 | $ 1,620,000 | $ 1,710,000 | $ 1,800,000 | $ 1,890,000 | $ 1,980,000 | $ 2,070,000 | $ 2,160,000 | $ 2,250,000 | $ 2,340,000 | $ 22,110,000 |
| Renewed Policies Gross Profit | $ 3,080,000 | $ 3,360,000 | $ 3,570,000 | $ 3,780,000 | $ 3,990,000 | $ 4,200,000 | $ 4,410,000 | $ 4,620,000 | $ 4,830,000 | $ 5,040,000 | $ 5,250,000 | $ 5,460,000 | $ 51,590,000 |
| Total Gross Profit New + Renewals | $ 5,420,000 | $ 5,760,000 | $ 6,030,000 | $ 6,300,000 | $ 6,570,000 | $ 6,840,000 | $ 7,110,000 | $ 7,380,000 | $ 7,650,000 | $ 7,920,000 | $ 8,190,000 | $ 8,460,000 | $ 83,630,000 |

Apr-21-03 10:19A Web Barth 425 746 1185 P.03

28 Sep 99

| Fifth Year Projections | NOV 2003 | DEC 2003 | JAN 2004 | FEB 2004 | MAR 2004 | APR 2004 | MAY 2004 | JUN 2004 | JUL 2004 | AUG 2004 | SEP 2004 | OCT 2004 | Year 5 Year End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Number of Trained Agents** | | | | | | | | | | | | | |
| Number of Trained Penn Treaty Agents | 51,000 | 52,000 | 53,000 | 54,000 | 55,000 | 56,000 | 57,000 | 58,000 | 59,000 | 60,000 | 61,000 | 62,000 | 62,000 |
| Number of Trained Other Agents | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Number of Trained Agents | 51,000 | 52,000 | 53,000 | 54,000 | 55,000 | 56,000 | 57,000 | 58,000 | 59,000 | 60,000 | 61,000 | 62,000 | 62,000 |
| **New Sales** | | | | | | | | | | | | | |
| %Trained Agents who Sell One/Month | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| Number of New Policies Sold | 10,200 | 10,400 | 10,600 | 10,800 | 11,000 | 11,200 | 11,400 | 11,600 | 11,800 | 12,000 | 12,200 | 12,400 | 135,600 |
| Total Policies Sold This Year | 10,200 | 20,600 | 31,200 | 42,000 | 53,000 | 64,200 | 75,600 | 87,200 | 99,000 | 111,000 | 123,200 | 135,600 | |
| **Renewals** | | | | | | | | | | | | | |
| % of Plcyhldrs Who Renew | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 60% |
| Number of Policyholders Who Renew | 8,300 | 8,800 | 9,200 | 9,600 | 10,000 | 10,400 | 10,800 | 11,200 | 11,600 | 12,000 | 12,400 | 12,800 | 127,100 |
| New and Renewals This Month | 18,500 | 19,200 | 19,800 | 20,400 | 21,000 | 21,600 | 22,200 | 22,800 | 23,400 | 24,000 | 24,600 | 25,200 | 262,700 |
| **National Healthcare Services Income Statement** | | | | | | | | | | | | | |
| **New Policies** | | | | | | | | | | | | | |
| Number New Policies Sold | 10,200 | 10,400 | 10,600 | 10,800 | 11,000 | 11,200 | 11,400 | 11,600 | 11,800 | 12,000 | 12,200 | 12,400 | 135,600 |
| New Policy Revenue @ $ 1000 | $ 10,200,000 | $10,400,000 | $10,600,000 | $10,800,000 | $11,000,000 | $11,200,000 | $11,400,000 | $11,600,000 | $11,800,000 | $12,000,000 | $12,200,000 | $12,400,000 | $135,600,000 |
| **Cost of Sales** | | | | | | | | | | | | | |
| Annual Program Cost $ 100 Per HH | $ 1,020,000 | $ 1,040,000 | $ 1,060,000 | $ 1,080,000 | $ 1,100,000 | $ 1,120,000 | $ 1,140,000 | $ 1,160,000 | $ 1,180,000 | $ 1,200,000 | $ 1,220,000 | $ 1,240,000 | $ 13,560,000 |
| First Year Commissions 60% | $ 6,120,000 | $ 6,240,000 | $ 6,360,000 | $ 6,480,000 | $ 6,600,000 | $ 6,720,000 | $ 6,840,000 | $ 6,960,000 | $ 7,080,000 | $ 7,200,000 | $ 7,320,000 | $ 7,440,000 | $ 81,360,000 |
| Total New Policy Cost of Sales | $ 7,140,000 | $ 7,280,000 | $ 7,420,000 | $ 7,560,000 | $ 7,700,000 | $ 7,840,000 | $ 7,980,000 | $ 8,120,000 | $ 8,260,000 | $ 8,400,000 | $ 8,540,000 | $ 8,680,000 | $ 94,920,000 |
| New Policy Gross Profit | $ 3,060,000 | $ 3,120,000 | $ 3,180,000 | $ 3,240,000 | $ 3,300,000 | $ 3,360,000 | $ 3,420,000 | $ 3,480,000 | $ 3,540,000 | $ 3,600,000 | $ 3,660,000 | $ 3,720,000 | $ 40,680,000 |
| **Renewal Policies** | | | | | | | | | | | | | |
| Number Policies Renewed | 8,300 | 8,800 | 9,200 | 9,600 | 10,000 | 10,400 | 10,800 | 11,200 | 11,600 | 12,000 | 12,400 | 12,800 | 127,100 |
| Renewed Policy Revenue @ $1,000 | $ 8,300,000 | $ 8,800,000 | $ 9,200,000 | $ 9,600,000 | $10,000,000 | $10,400,000 | $10,800,000 | $11,200,000 | $11,600,000 | $12,000,000 | $12,400,000 | $12,800,000 | $127,100,000 |
| **Cost of Sales** | | | | | | | | | | | | | |
| Annual Program Cost $ 100 Per HH | $ 830,000 | $ 880,000 | $ 920,000 | $ 960,000 | $ 1,000,000 | $ 1,040,000 | $ 1,080,000 | $ 1,120,000 | $ 1,160,000 | $ 1,200,000 | $ 1,240,000 | $ 1,280,000 | $ 12,710,000 |
| Renewal Commissions 20% | $ 1,660,000 | $ 1,760,000 | $ 1,840,000 | $ 1,920,000 | $ 2,000,000 | $ 2,080,000 | $ 2,160,000 | $ 2,240,000 | $ 2,320,000 | $ 2,400,000 | $ 2,480,000 | $ 2,560,000 | $ 25,420,000 |
| Total Renewed Policy Cost of Sales | $ 2,490,000 | $ 2,640,000 | $ 2,760,000 | $ 2,880,000 | $ 3,000,000 | $ 3,120,000 | $ 3,240,000 | $ 3,360,000 | $ 3,480,000 | $ 3,600,000 | $ 3,720,000 | $ 3,840,000 | $ 38,130,000 |
| Renewed Policies Gross Profit | $ 5,810,000 | $ 6,160,000 | $ 6,440,000 | $ 6,720,000 | $ 7,000,000 | $ 7,280,000 | $ 7,560,000 | $ 7,840,000 | $ 8,120,000 | $ 8,400,000 | $ 8,680,000 | $ 8,960,000 | $ 88,970,000 |
| Total Gross Profit New + Renewals | $ 8,870,000 | $ 9,280,000 | $ 9,620,000 | $ 9,960,000 | $10,300,000 | $10,640,000 | $10,980,000 | $11,320,000 | $11,660,000 | $12,000,000 | $12,340,000 | $12,680,000 | $129,650,000 |

**Assumptions**

1000 new agents are trained every month
20% of all trained agents sell one policy per month at an average annual premium of $ 1,000.
All premiums are annual and all expenses, commissions, are paid in the month sold
On the 1 year anniversary of purchasing the policy, 50% renew every year. (i.e. 1,000 purchase, 2nds year 500 remain, 3rd year 500 remain, 4th year 500 remain , 5th year 500 remain, etc.)
Commissions are 60% first year, 20% on renewals

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NATIONAL HEALTHCARE SERVICES, INC.,** Plaintiff, v. **PENN TREATY AMERICAN CORPORATION, et al.** Defendants. | : | **CIVIL ACTION NO. 02-CV-3600** |

## CERTIFICATION OF NEAL FORMAN

Neal Forman, being duly sworn according to law, hereby certifies that:

1. I am the chief executive officer of National Healthcare Services, Inc. ("NHCS"), the plaintiff in the above-referenced case.

### THE ALLRISK HEALTHCARE® PROJECTIONS

2. During the development phase of the AllRisk Healthcare® product, NHCS contracted with a third party to build various program components.

3. That third party – Web Barth – was enlisted by Penn Treaty to project the revenue the AllRisk Healthcare® program could conservatively generate based upon the assets and information supplied by Penn Treaty.

4. Glen Levit, the late president of Penn Treaty, dealt directly with Mr. Barth and me in developing the projections.

5. I told Mr. Levit that AllRisk Healthcare® was designed for those people who were rejected for long-term care insurance. Mr. Levit agreed that Penn Treaty would market AllRisk Healthcare® to that group of people.

PLAINTIFF'S
EXHIBIT
Q