Subj:   RE: Note from Herb
Date:   2/20/01 6:05:39 AM Pacific Standard Time
From:   DBrickhouse@penntreaty.net (Brickhouse, Derrick)
To:     Hesassoc@aol.com ('Hesassoc@aol.com')

Good morning Herb, I'll send you the info on the Feb 28 meeting. I will not be there but I've attended other meetings throughout the country put on by this agency and got alot out of them. The AllRisk agt contracts are coming into the office in bulk. There has been nothing but positive feed back from the field on the program. I'll keep you posted as we are to beginning to do workshops locally.
Thanks
Derrick

> ----Original Message----
> From: Hesassoc@aol.com [SMTP:Hesassoc@aol.com]
> Sent: Monday, February 19, 2001 1:19 PM
> To:   dbrickhouse@penntreaty.net
> Subject:   Note from Herb
>
> Derrick; Tracy has kept me up to date on the rollout, appears to be going
> well.
> Could you please send to me the info. on the Anaheim meeting, the 28th of
> Feb.
> Also what's the update on AllRisk commission contracts returned from
> producers, any feed back from the field?
> Thank you,
> Herb Schwartz
>
>

---

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail at ptna@penntreaty.com and delete the original message.

Handwritten note: "Neal: 10:15 PM 3/20 I closed all Ermie Boston could forward to you also. Here is Fax."

---

———————— Headers ————————
Return-Path: <DBrickhouse@penntreaty.net>
Received: from rly-xa01.mx.aol.com (rly-xa01.mail.aol.com [172.20.105.70]) by air-xa05.mail.aol.com (v77_r1.21) with ESMTP; Tue, 20 Feb 2001 09:05:39 -0500
Received: from pamail01.penntreaty.net (115.96/27.76.27.12.in-addr.arpa [12.27.76.115]) by rly-xa01.mx.aol.com (v77_r1.21) with ESMTP; Tue, 20 Feb 2001 09:05:23 1900
Received: by PAMAIL01 with Internet Mail Service (5.5.2650.21)
    Id <FGL31YAB>; Tue, 20 Feb 2001 09:03:58 -0500
Message-ID: <108C9324B040D41196B700A0C9D17772DB3F98@PAMAIL01>
From: "Brickhouse, Derrick" <DBrickhouse@penntreaty.net>
To: "'Hesassoc@aol.com'" <Hesassoc@aol.com>
Subject: RE: Note from Herb
Date: Tue, 20 Feb 2001 09:03:58 -0500

PLAINTIFF'S EXHIBIT T