Fritzinger, Sharon

| | |
|---|---|
| From: | Levit-Sussman, Tracy |
| Sent: | Monday, August 20, 2001 10:41 AM |
| To: | Bagley, Jane; Brickhouse, Derrick |
| Subject: | fyi - AllRisk |

fyi from Mike Hauert:

First of all, we a have a new exec helping to manage our fulfillment and service job. His name is Mike Callahan (callanhankids@aol.com) and I would appreciate it if you would include him in your email traffic to Mike Hauert and me.





Confidential
PT 003201

1