Subj:   **Fwd: Cindy Memo -Summary of AllRisk Membership kits**
Date:   10/06/2000 7:22:21 AM Pacific Daylight Time
ɔm:     WEBlll
ɔ:      CStockle@BestBenefits.com, abishop@penntreaty.com
To:     jhodge@penntreaty.com, KLannen@BestBenefits.com
To:     jfrantz@penntreaty.com, m.hauert@worldnet.att.net
To:     Hesassoc, nforman@nwlink.com
To:     tlevit@penntreaty.com, CALLAHANKIDS



**PLAINTIFF'S
EXHIBIT**
G

---

Forwarded Message:
Subj:    **Summary of AllRisk Membership kits**
Date:    10/05/2000 12:03:02 AM Pacific Daylight Time
From:    CStockle@BestBenefits.com (Cindy Stockle)
To:      WEBlll@aol.com, abishop@penntreaty.com
CC:      KLannen@BestBenefits.com (Kathy Lannen), jfrantz@penntreaty.com, m.hauert@worldnet.att.net

Attached you will find a brief summary of requests for duplicate AllRisk membership kits that have been sent or will be by the end of the week.
The six most urgent packages have been sent to the following members for delivery tomorrow, 10/5:

1. Elsie Plotkin, SS# 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
2. Dup. kit sent to Barbara Wank, daughter of Elsie to Barbara's address.
3. Rosa Hemmingway, SS# 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.
4. Ruth Ford, SS# 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
5. Blanche G. Rush, SS# 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
^ Robert Harper, SS# 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

Additional status:
7. Richard Bettis, SS# 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. His kit was overnited for Friday, Sept 29, 2000 delivery to his home address. When kit was delivered, no one home to receive it. The kit is being tracked by fulfillment house. The agent will receive a duplicate package scheduled for Friday, 10/6 delivery to Equitable Ins. Service, Attn. Lisa, 3334 N. 20th St., Pheonix, AZ 85016, Ph# 602-274-0943.

8. Lillie Gilde, SS# 087161784. Her kit is scheduled for Friday, 10/6 delivery.

9. Jack Saylor, SS# 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. Duplicate kit was requested 9/21. Kit was sent regular mail to member, approx. 9/26.

10. Laura Ann Jones, SS# 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. DDS did not receive data file that included Laura Ann until 10/03. Kit will be sent for overnite delivery scheduled, 10/6.

11. Selma Waghalter, SS# 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. Penn Treaty requested a duplicate kit be sent 9/13. DDS confirmed with fulfillment that her kit was sent on 9/15, 2 day delivery.

Lastly,
12. The only outstanding request DDS has, is for a duplicate package to be sent to Frances Wilson, SS# 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. Spoke to Angela on 10/02, DDS has not received this person on a file from Penn TReaty. Angela told me to hold off on sending until she follows up with Penn Treaty.

Please let me know if you have any questions or need any further investigation on these matters.

Thank you,
ɔdy Stockle
ɔcount Executive
cstockle@bestbenefits.com

OCTYPE HTML PUBLIC "-//W3C//DTD W3 HTML//EN">

<HEAD>

<META content="text/html; charset=iso-8859-1" http-equiv=Content-Type>
<META content="'MSHTML 4.72.2106.6'" name=GENERATOR>
</HEAD>

<DIV>Attached you will find a brief summary of requests for duplicate AllRisk
membership kits that have been sent or will be by the end of the week.</DIV>
<DIV>The six most urgent packages have
been sent to the following members for delivery tomorrow, 10/5:</DIV>
<DIV> </DIV>
<DIV>1. Elsie Plotkin, SS#
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</DIV>
<DIV>2. Dup. kit sent to Barbara Wank,
daughter of Elsie to Barbara's address.</DIV>
<DIV>3. Rosa Hemmingway, SS# 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.</DIV>
<DIV>4. Ruth Ford, SS# 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</DIV>
<DIV>5. Blanche G. Rush, SS# 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</DIV>
<DIV>6. Robert Harper, SS# 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</DIV>
<DIV> </DIV>
<DIV>Additional status:</DIV>
<DIV>7. Richard Bettis, SS# 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.  His kit was overnited for Friday,
Sept 29, 2000 delivery to his home address.  When kit was delivered, no one
 ~me to receive it.  The kit is being tracked by fulfillment house. The
    :nt will receive a duplicate package scheduled for Friday, 10/6 delivery to
Equitable Ins. Service, Attn. Lisa, 3334 N. 20th St., Pheonix, AZ 85016, Ph#
602-274-0943.</DIV>
<DIV> </DIV>
<DIV>8.  Lillie Gilde, SS# 087161784.  Her kit is scheduled for
Friday, 10/6 delivery.</DIV>
<DIV> </DIV>
<DIV>9.  Jack Saylor, SS# 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.  Duplicate kit was requested
9/21. Kit was sent regular mail to member,  approx. 9/26.</DIV>
<DIV> </DIV>
<DIV>10. Laura Ann Jones, SS# 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.  DDS did not receive data file
that included Laura Ann until 10/03.  Kit will be sent for overnite
delivery scheduled, 10/6.</DIV>
<DIV> </DIV>
<DIV>11.  Selma Waghalter, SS# 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.  Penn Treaty requested a
duplicate kit be sent 9/13.  DDS confirmed with fulfillment that her kit
was sent on 9/15, 2 day delivery.</DIV>
<DIV> </DIV>
<DIV>Lastly,</DIV>
<DIV>12. The only outstanding request DDS has, is for a duplicate package to be
sent to Frances Wilson, SS# 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.  Spoke to Angela on 10/02, DDS has
not received this person on a file from Penn TReaty.  Angela told me to
hold off on sending until she follows up with Penn Treaty.</DIV>
<DIV> </DIV>
<DIV>Please let me know if you have any questions or need any further
    estigation on these matters.</DIV>
    .IV> </DIV>
<DIV>Thank you,</DIV>

<DIV>Cindy Stockle</DIV>
<DIV>Account Executive</DIV>
  IV><u>cstockle@bestbenefits.com</u>        </DIV>


—————————— Headers ——————————
Return-Path: <CStockle@BestBenefits.com>
Received: from  rly-zc04.mx.aol.com (rly-zc04.mail.aol.com [172.31.33.4]) by air-zc01.mail.aol.com (v76_r1.8) with ESMTP;
   Thu, 05 Oct 2000 03:03:02 -0400
Received: from  mail.bestbenefits.com (mail.discountdevelopment.com [216.163.8.37]) by rly-zc04.mx.aol.com (v75_b3.9) with
   ESMTP; Thu, 05 Oct 2000 03:02:33 -0400
Received: from DDS_DOM-Message_Server by mail.bestbenefits.com
      with Novell_GroupWise; Thu, 05 Oct 2000 02:01:57 -0500
Message-Id: <s9dbe115.033@mail.bestbenefits.com>
X-Mailer: Novell GroupWise Internet Agent 5.5.3.1
Date: Thu, 05 Oct 2000 02:01:11 -0500
From: "Cindy Stockle" <CStockle@BestBenefits.com>
To: <WEBIII@aol.com>, <abishop@penntreaty.com>
Cc: "Kathy Lannen" <KLannen@BestBenefits.com>, <jfrantz@penntreaty.com>,
      <m.hauert@worldnet.att.net>
Subject: Summary of AllRisk Membership kits
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary="=_DF873775.D7B6DAC2"

Subj:   **AllRisk Fulfillment Communications Problems; Causes and Solutions**
Date:   10/06/2000 7:12:54 AM Pacific Daylight Time
ιm:   WEBIII
.ɔ:   CStockle@BestBenefits.com, abishop@penntreaty.com
To:   jhodge@penntreaty.com, KLannen@BestBenefits.com
To:   jfrantz@penntreaty.com, m.hauert@worldnet.att.net
CC:   Hesassoc, nforman@nwlink.com, CALLAHANKIDS
CC:   tlevit@penntreaty.com


First of all, Jackie, Jill and any I have not yet spoken to at Penn Treaty, I would like to express my personal sorrow over your loss of Glen. He was one of the brightest stars in this industry and was bringing about innovation with his own personal brand of contagious enthusiasm. My own involvement in this program would not have happened without Glen's drive and determination. I, and many others, will miss him.

Recent Communications Problems

Over the last several weeks we have had some communications problems over relatively simple matters of "whether a kit was shipped or not," etc. There are several reasons for these recent problems and changes that have been made to eliminate them in the future.

Attached is this week's email from Cindy at DDS describing the individual cases. Most have been shipped twice due to incorrect or incomplete data or confusion of whether the kit should be sent to the policyholder, relative or the agent.

' think we all understand that when dealing with many data files and the postal service isolated incidents are bound to cur and given the hundreds that have been sent I think we have done pretty well.

What is of concern is not the occasional problem, but the handling of it. We want to insure all concerned that we are very sensitive to customer service and especially understand the importance of providing a field sales force with immediate feedback, regardless of the problem or cause of the problem.

Primary Cause

We have 11 quality people working hard to deliver this program. In all fairness to all this is what has transpired.

The program was set up to provide service to high volumes of members who have paid significant premiums and should expect top service.

Consequently, we started with the very best vendors available including a fulfillment company that could print, fold and mail 500 custom membership cards and fulfillment kits every hour. Also we selected DDS, probably the best customer service benefit company in the country to handle the benefits and policyholder support. They have trained operators providing individual service on custom programs for some on the country's largest insurance companies and associations with over 2 million members.

However, when the volume slowed to a trickle over the last several weeks some of the automated processes were handled manually and we began planning a transition to consolidate all processing with one company.

ιne Solution

1.  One company, DDS will handle all customer service and fulfillment just as they do for most of their clients.

    DS now has the capacity to print our quality AllRisk membership cards and can now do all customer service, printing and fulfillment in-house.  Now we don't have to swap shipping information with another company and when a question occurs Cindy can simply walk over to the mailroom.

2.   Our communication will be streamlined.

Jackie called me with a problem; I called Cindy, who got back to Angela who talked to Jill, who called me saying that Jackie was wondering what was going on.  (At the least Jackie I should have called you and I apologize but wrongly believed Cindy and Angela had the problem resolved and that you knew about it.)

Here is our recommendation for communication on problem solutions.

o    Single point of contact-

o    Cindy at DDS-------------Jill at Penn Treaty

o    Telephone for expediency and e-mail all for confirmation.

o    If Cindy does not get back to Penn Treaty within 3 hours, Jill should call Web on my anytime cell phone at 425-746-4335.

We think these changes will eliminate individual member fulfillment and delivery communication problems.

We are all committed to help make AllRisk the highest quality program of its kind and, as always we truly welcome and encourage input, comments and criticisms from all.

Sincerely,

Web

| Subj: | **Reminder of Procedures for Handling AllRisk Fulfillment Problems** |
|-------|----------------------------------------------------------------------|
| Date: | 1/9/01 |
| To: | jhodge@penntreaty.com |
| CC: | CStockle@BestBenefits.com, abishop@penntreaty.com, KLannen@BestBenefits.com, jfrantz@penntreaty.com, m.hauert@worldnet.att.net, hesassoc@aol.com, nforman@nwlink.com, Callahankids@aol.com, tlevit@penntreaty.com |

Saturday, January 12, 2002 America Online: WEBIII

| Subj: | **Procedures for Handling AllRisk Fulfillment Problems (For Real)** |
|---|---|
| Date: | 1/10/01 |
| To: | jhodge@penntreaty.com |
| CC: | jbell@BestBenefits.com, CStockle@BestBenefits.com, abishop@penntreaty.com, KLannen@BestBenefits.com, jfrantz@penntreaty.com, m.hauert@worldnet.att.net, Hesassoc, nforman@nwlink.com, CALLAHANKIDS, tlevit@penntreaty.com |

Jill-

Since we talked yesterday, there has been a slight change at DDS, Jim Bell will replace Cindy Stockle as our AllRisk Account Executive.

Jim is a well rounded professional and has been with DDS for several years in many different customer service   and call center management areas. Additionally, he has considerable experience with insurance companies   and the unique customer service problems associated with policyholder problems and large field agent sales   forces.

Over the last six months we have made several major improvements in the AllRisk customer service area and before we start aggressive marketing again, I thought I would take the opportunity to remind every one of the procedures we established this summer for handling individual member AllRisk fulfillment.


1. Our fulfillment process has been streamlined and is now handled by one company, DDS

As most of you know DDS will handle all customer service and fulfillment just as they do for most of their clients.

Now DDS prints our customized AllRisk membership cards/letters and does all customer service, printing and   fulfillment in-house. Now we don't have to swap shipping information with another company when a question   occurs.


2. Our communication has been streamlined.

Here is the procedure for communication on problem solutions:

o   Single points of contact/accountablitiy:

o   Jim Bell at DDS-----------Jill Hodge at Penn Treaty

o   Telephone for expediency and e-mail all for confirmation.

o   If Jim does not get back to Penn Treaty within 3 hours, Jill should call Web on my anytime cell phone at
     425-746-4335.


Saturday, January 12, 2002 America Online: WEBIII

These developments will resolve the great majority of individual member fulfillment and delivery communication problems.

Once again, for quite some time we have had almost a dozen quality people working on the AllRisk program, all committed to help make AllRisk the highest quality program of its kind and, as always we welcome and encourage input, comments and criticisms from all.

Looking forward to an exciting year.

Web

Subj:     **RE: Program Odds and Ends.**
Date:     3/26/01 7:19:58 AM Pacific Standard Time
From:    *JFrantz@penntreaty.com (Frantz, Jackie)*
To:       *WEBIII@aol.com ('WEBIII@aol.com'), JFrantz@penntreaty.com (Frantz, Jackie)*
CC:      *CALLAHANKIDS@aol.com, m.hauert@att.net, Hesassoc@aol.com, nforman@nwlink.com,*
*jbell@bestbenefits.com, klannen@bestbenefits.com*

Hi Web!

Hope all is well.

I will add Mike Callahan to our list of contacts.

As far as number two on your list, Tracy will be in contact with you
regarding this item.

#3 , I am being told our IT is working directly with Kathy and Mike.

#4, I have sent a copy of this to Derrick and we will be in touch with
numbers.

If I can be of further assistance, please let me know.

Thanks,
Jackie

> ——Original Message——
> From:   WEBIII@aol.com [SMTP:WEBIII@aol.com]
> Sent:   Friday, March 23, 2001 11:59 AM
> To:     jfrantz@penntreaty.com
> Cc:     CALLAHANKIDS@aol.com; m.hauert@att.net; Hesassoc@aol.com;
> nforman@nwlink.com; jbell@bestbenefits.com; klannen@bestbenefits.com
> Subject:   Program Odds and Ends.
>
> Jackie-
>
> Here are a few areas to clarify, please:
>
> 1.   First of all, we a have a new exec helping to manage our fulfillment
> and
> service job.  His name is Mike Callahan (callanhankids@aol.com) and I
> would
> appreciate it if you would include him in your email traffic to Mike
> Hauert
> and me.
>
> 2.  We are wondering if and when you want to mail new kits to old 500+/-
> members?  Our cost is $2 each, about $1,300.   Let us know please.
>
> 3.  When will you begin using new member numbers signifying single
> household
> member and 2nd household member?
>
> 4.  Finally, would you or Derrick give us your feeling of weekly new
> member
> ramp up rates over the next several weeks/months based on what you are
> seeing
> back at HQ?  It would be welcomed by all, who are standing by, to have
> your

> perspective on what's coming and when.
>
> Thanks Jackie.   Let us know what else we can do to assist.
>
> Web
>
>

--------------------------------------------

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above.  If the
reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that
you have received this document in error and that any review, dissemination,
distribution, or copying of this message is strictly prohibited.  If you
have received this communication in error, please notify us immediately by
e-mail at ptna@penntreaty.com and delete the original message.

------------------ Headers ------------------

Return-Path: <JFrantz@penntreaty.com>
Received: from  rly-yh04.mx.aol.com (rly-yh04.mail.aol.com [172.18.147.36]) by air-yh05.mail.aol.com (v77_r1.36)
with ESMTP; Mon, 26 Mar 2001 10:19:58 -0500
Received: from  pamail01.penntreaty.net (115.96/27.76.27.12.in-addr.arpa [12.27.76.115]) by rly-
yh04.mx.aol.com (v77_r1.36) with ESMTP; Mon, 26 Mar 2001 10:19:31 -0500
Received: by PAMAIL01 with Internet Mail Service (5.5.2653.19)
   id <HJYMF945>; Mon, 26 Mar 2001 10:17:39 -0500
Message-ID: <108C9324B040D41196B700A0C9D177720109A71A@PAMAIL01>
From: "Frantz, Jackie" <JFrantz@penntreaty.com>
To: "'WEBIII@aol.com'" <WEBIII@aol.com>,
     "Frantz, Jackie"
   <JFrantz@penntreaty.com>
Cc: CALLAHANKIDS@aol.com, m.hauert@att.net, Hesassoc@aol.com,
     nforman@nwlink.com, jbell@bestbenefits.com, klannen@bestbenefits.com
Subject: RE: Program Odds and Ends.
Date: Mon, 26 Mar 2001 10:17:34 -0500
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2653.19)
Content-Type: text/plain

Saturday, January 12, 2002 America Online: WEBIII

**Fritzinger, Sharon**

| | |
|---|---|
| **From:** | WEBIII@aol.com |
| **Sent:** | Monday, May 07, 2001 2:42 PM |
| **To:** | jbagley@penntreaty.com; KimBoulware@hotmail.com; CALLAHANKIDS@aol.com; nforman@nwlink.com; jfrantz@penntreaty.com; m.hauert@att.net; klannen@bestbenefits.com; dmlewis@bestbenefits.com; Hesassoc@aol.com; tlevit-sussman@penntreaty.com; rstankiewicz@penntreaty.com |
| **Subject:** | Procedure for Handling Routine AllRisk Communication: DDS<->Penn Treaty |

To All-

Now that our volume is hopefully ramping up to new heights, we would like to:

    1.  Remind all of the procedure for handling routine communication between DDS and Penn Treaty.

    2.  Inform all of some personnel changes in our AllRisk communication procedure.


Here is the procedure for communication on AllRisk issues:

o    Single point of contact-

o    Deah Lewis (773-867-4451) at DDS-------------Rhonda Stankiewicz (800-222-3469 #3004) at Penn Treaty

o    They will telephone for expediency and e-mail all for confirmation.

o    If for some reason Penn Treaty cannot get a response within 3-4 hours, Rhonda should call Web on my cell phone at 425-746-4335, anytime.


We think these changes will eliminate routine member fulfillment and delivery communication problems.

We are all committed to help make AllRisk the highest quality program of its kind and, as always we truly welcome and encourage input and comments from all.

Sincerely,

Web

1

Confidential
PT 011868

Subject: RE: communication???
  Date: Mon, 7 May 2001 17:02:43 -0400
  From: "Brickhouse, Derrick" <DBrickhouse@penntreaty.net>
    To: "Hesassoc@aol.com" <Hesassoc@aol.com>
    CC: "Bagley, Jane" <Jbagley@penntreaty.com>, nforman@nwlink.com, CALLAHANKIDS@aol.com,
        "Waite, Cameron" <CWaite@penntreaty.com>, "Levit-Sussman, Tracy" <tlevit-sussman@penntreaty.com>

Herb,

I am writing in response to your letter stating that I am not communicating
with you.  Clearly I feel as if we have been very responsive to all of your
requests and keeping you up to date on all the current events at Penn
Treaty.  I have had Tracy add you and Neal to the advance e-mail
notification list early in the year so that you receive  advance notice of
all Marketing activities before the field force is mailed.  In regards to
recent events, before we left for the Atlantis Tracy e-mailed Neal Forman in
regards to the status of selling AllRisk in the states we have voluntarily
stopped selling our Long Term Care Insurance products.  Tracy stated that
Tennessee is the same status as Florida and Virginia in that we are
continuing to market AllRisk in those states.  I assumed that Neal would
have shared this information with you.  Furthermore, I am aware of your
conversation with my Director of Sales, Matt Sussman, as to the status of
AllRisk and our current financial/marketing status this past Friday.

In respect to the letter you sent to Cam Waite, he will be responding to
your letter as it was written to him directly.  Any letter or phone call you
have directed towards me has been handled on a priority.

You also mentioned your concern with AllRisk not being a part of the
Atlantis presentation.  As you can understand, our presentation was geared
towards the financial situation at the Company.  Our agents only concern is
their renewals, not products.  If the agents are unsure of their status with
renewals on the long term care insurance placed with our Company, why do you
think they will want to write AllRisk?  Understand that all of our business
is down even as we have increased our marketing efforts in all areas due to
agents being unsure of their renewals for all lines of business.

As you stated your concern for our Marketing efforts, I would love to hear
your recent success stories as to how you have been marketing this product
since the re-rollout in February.  We both want this partnership to yield
great results and must continue to work in a positive way together as all of
our reputations are involved.

Please let me know if you have any additional concerns that you would like
me to address.  Otherwise I will look forward to hearing about your recent
successes in Marketing AllRisk.

Regards,
Derrick

> -----Original Message-----
> From: Hesassoc@aol.com [SMTP:Hesassoc@aol.com]
> Sent: Monday, May 07, 2001 3:13 PM
> To:   dbrickhouse@penntreaty.net
> Cc:   jbagley@penntreaty.com; nforman@nwlink.com; CALLAHANKIDS@aol.com
> Subject:      communication???
>
> Derrick;   I still have not heard from you after numous calls and emails.
> l

```
> also understand that ALL-RISK was not mentioned at the agent meetings in
> Atlantis, this surprised me, because All-Risk is still salable in the
> states
> which PTNA withdrew from. The product was supposed to be discussed at the
> convention for your producers, this is not making "every effort" to
> promote
> All-Risk. Derrick, I know PTNA has problems, and so do I!   l must know
> what
> happening with All-Risk, and I must get some answers to my letters,
> emails,
> and phone calls!
> Herb Schwartz
>
>
----------------------------------------------------------------
```

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above.  If the
reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that
you have received this document in error and that any review, dissemination,
distribution, or copying of this message is strictly prohibited.  If you
have received this communication in error, please notify us immediately by
e-mail at ptna@penntreaty.com and delete the original message.

**Fritzinger, Sharon**

| | |
|---|---|
| **From:** | Hesassoc@aol.com |
| **Sent:** | Monday, May 07, 2001 10:11 PM |
| **To:** | dbrickhouse@penntreaty.net |
| **Cc:** | jbagley@penntreaty.com; nforman@nwlink.com; CALLAHANKIDS@aol.com |
| **Subject:** | All-Risk Concerns |

Derrick; thank you for the email. I would like to point out that there has been no quick response to my calls or emails from you or anybody else a PTNA. The notice from Tracy that PTNA has withdrawn writing insurance products in certain states was sent to Neal and myself. But I have asked if PTA is continuing to market All-Risk in those states, I never got a direct answer other than "we are in a quite mode" what ever that means? Yes, Matt was very helpful in taking my call, when I had asked to talk to Irv Levit. Matt advised that AllRisk questions coming from agents are being addressed.
As far as your interest in my success in selling AllRisk. Prior to my affiliation with your company it was successful, different name, and marketing partner. I know what can be done with the product if marketed to LTC agents properly. If you ever read the agreement between PTNA and my corp. you would see that we have marketing authority with PTNA.
I have talked to you about California, told you we were prepared to do business in that state, after we got the green light from DDS, I told you I was advising you before we start. You said you wanted to talk to Jane Bagley first, I asked several times for an answer, sent Jane emails on the subject never got a response over several months. As far as my successes in Marketing and creating products and sales methods, I think I will stand on my reputation. If PTNA pulls out of the nose dive it is now in, I will want to re address the marketing management of All-Risk.
Yes, Derrick, I heard that LTC products and marketing were discussed, AllRisk never mentioned at Atlantis. And yes, I have deep feelings for those agents that have their renewals that they worked so hard for at risk. My concerns are All-Risk and how it will survive from all the recent PTNA turmoil?
Allrisk should have been very successful.
I am looking forward to the response from Cam Waite.
Regards,
Herb...

1

Confidential
PT 003262

**Fritzinger, Sharon**

| | |
|---|---|
| From: | Hesassoc@aol.com |
| Sent: | Tuesday, May 15, 2001 4:29 PM |
| To: | dbrickhouse@penntreaty.net |
| Cc: | nforman@nwlink.com; CALLAHANKIDS@aol.com; jbagley@penntreaty.com |
| Subject: | your agent..complaint |

Derrick; I responded to your fax, to me 5/14/01 re:complaint letter Paul and
Doris Umphfres dated 4/27/01. Again no reponse from you to my phone call
5/14/01 to get further information about your agent Jeremy Gray. It appears
your agent Mr.gray misinformed the umphfres of the prescription drug discount
benefit of the All-Risk program. Either your agent intentioally misreped the
product or Mr.gray was not properly informed or trained by whom ever
contracted him to sell All-Risk. I have no idea what you wish me to do
regarding this situation. Has a refund been made? Do you want us to contact
the agent? Do you want us to contact the member? I will wait to hear from you
if and when you return my call.  425. 455.4142  or Neal Forman 425.822.4252
You also told me in your last note to me, that Cam Waite was responding to my
letter of April 18, 2001 as of this email I still have had no response.
Herb Schwartz

Confidential
PT 003265

1

your agent..complaint

Subject: RE: your agent..complaint
Date: Wed, 16 May 2001 17:20:56 -0400
From: "Brickhouse, Derrick" <DBrickhouse@penntreaty.net>
To: "Hesassoc@aol.com" <Hesassoc@aol.com>
CC: nforman@nwlink.com, CALLAHANKIDS@aol.com, "Bagley, Jane" <Jbagley@penntreaty.com>,
"Levit-Sussman, Tracy" <tlevit-sussman@penntreaty.com>, "Underhill, Jeff" <junderhill@penntreaty.com>

Herb:

Tracy and I did call you back immediately on Monday at the number you left
for me. I realize today, from the message below, that you gave me your
California number in your verbal message I received on Monday. Therefore
that is where I have been attempting to contact you. I would like to
resolve this communication issue so that we can move forward as partners in
a positive way.

I will handle contacting Jeremy Gray to determine what has happened in this
case below and let you know of the outcome. I will also follow up with Cam
as to his response to your letter.

Furthermore, I would like to introduce our new Senior Vice President, Jeff
Underhill, so that you have a contact at all times.

I cannot emphasize enough the urgency to resolve the communication issues
you have with me as I think there is clearly a misunderstanding. Please let
me know if you have time Friday for a quick conference call to review recent
communication and introduce Jeff to you.

Regards,
Derrick

> -----Original Message-----
> From: Hesassoc@aol.com [SMTP:Hesassoc@aol.com]
> Sent: Tuesday, May 15, 2001 4:29 PM
> To:    dbrickhouse@penntreaty.net
> Cc:    nforman@nwlink.com; CALLAHANKIDS@aol.com; jbagley@penntreaty.com
> Subject:        your agent..complaint
>
> Derrick; l responded to your fax, to me 5/14/01 re:complaint letter Paul
> and
> Doris Umphfres dated 4/27/01. Again no reponse from you to my phone call
> 5/14/01 to get further information about your agent Jeremy Gray. It
> appears
> your agent Mr.gray misinformed the umphfres of the prescription drug
> discount
> benefit of the All-Risk program. Either your agent intentioally misreped
> the
> product or Mr.gray was not properly informed or trained by whom ever
> contracted him to sell All-Risk. l have no idea what you wish me to do
> regarding this situation. Has a refund been made? Do you want us to
> contact
> the agent? Do you want us to contact the member? l will wait to hear from
> you
> if and when you return my call.   425. 455.4142   or Neal Forman
> 425 822 4252

RE your agent complaint

```
>
>
-----------------------------------------------------------------
```

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above.  If the
reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that
you have received this document in error and that any review, dissemination,
distribution, or copying of this message is strictly prohibited.  If you
have received this communication in error, please notify us immediately by
e-mail at ptna@penntreaty.com and delete the original message.

5/16/01 8:11 PM

**Fritzinger, Sharon**

| | |
|---|---|
| **From:** | WEBIII@aol.com |
| **Sent:** | Monday, August 20, 2001 9:56 AM |
| **To:** | jfrawley@penntreaty.com; dbrickhouse@penntreaty.com; jbagley@penntreaty.com; tlevit-sussman@penntreaty.com |
| **Cc:** | nforman@nwlink.com; CALLAHANKIDS@aol.com; Hesassoc@aol.com |
| **Subject:** | Attached AllRisk Article Submission |



AllRiskArticle3.doc

**Derrick -**

**Please let Herb and Neal see the final draft before printing.**

**Thank you.**

**Web**

Confidential
PT 011784

1

**Fritzinger, Sharon**

| | |
|---|---|
| **From:** | CALLAHANKIDS@aol.com |
| **Sent:** | Thursday, August 23, 2001 3:31 PM |
| **To:** | Tlevit-sussman@penntreaty.com; herb@schwartzgroup.com; nforman@nwlink.com |
| **Cc:** | dbrickhouse@penntreaty.net; JBagley@penntreaty.com |
| **Subject:** | Revisions to All Risk Article |

Tracy,
Here are the revisions you asked for.  I left in the highlighting so you
could locate.  Please let us know if you will be publishing this in this form
or whether additional changes will be made.

Thank you.

Neal Forman

Confidential
PT 003293

1

**Fritzinger, Sharon**

| | |
|---|---|
| **From:** | Levit-Sussman, Tracy |
| **Sent:** | Thursday, August 23, 2001 3:33 PM |
| **To:** | 'CALLAHANKIDS@aol.com'; Levit-Sussman, Tracy; herb@schwartzgroup.com; nforman@nwlink.com |
| **Cc:** | Brickhouse, Derrick; Bagley, Jane |
| **Subject:** | RE: Revisions to All Risk Article |

Thanks Mike, I didn't get the attachment.  Please resend.  Tracy

> -----Original Message-----
> **From:**     CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com]
> **Sent:**     Thursday, August 23, 2001 3:31 PM
> **To:**     Tlevit-sussman@penntreaty.com; herb@schwartzgroup.com; nforman@nwlink.com
> **Cc:**     dbrickhouse@penntreaty.net; JBagley@penntreaty.com
> **Subject:**     Revisions to All Risk Article

Tracy,
Here are the revisions you asked for.  I left in the highlighting so you
could locate.  Please let us know if you will be publishing this in this form
or whether additional changes will be made.

Thank you.

Neal Forman

1

Confidential
PT 003200

**Levit-Sussman, Tracy**

| | |
|---|---|
| **From:** | CALLAHANKIDS@aol.com |
| **Sent:** | Thursday, August 23, 2001 3:34 PM |
| **To:** | Tlevit-sussman@penntreaty.com; herb@schwartzgroup.com; nforman@nwlink.com; dbrickhouse@penntreaty.net; JBagley@penntreaty.com |
| **Subject:** | Sorry -- forgot the attachment |



All Risk Article 4.doc

This should have come with my previous correspondence.

Neal

1

Confidential
PT 002766

**Fritzinger, Sharon**

| | |
|---|---|
| **From:** | CALLAHANKIDS@aol.com |
| **Sent:** | Thursday, August 23, 2001 4:09 PM |
| **To:** | tlevit-sussman@penntreaty.com; WEBIII@aol.com; nforman@nwlink.com; herb@schwartzgroup.com |
| **Cc:** | dbrickhouse@penntreaty.net; JBagley@penntreaty.com |
| **Subject:** | Re: Revisions to All Risk Article |



All Risk Article 4.doc

                Tracy,
I just received some additional input so here is a "final Final". Thanks
again.

Michael

Confidential
PT 003291

1

**Fritzinger, Sharon**

| | |
|---|---|
| **From:** | Levit-Sussman, Tracy |
| **Sent:** | Thursday, August 23, 2001 4:13 PM |
| **To:** | 'CALLAHANKIDS@aol.com'; WEBIII@aol.com; nforman@nwlink.com; herb@schwartzgroup.com |
| **Cc:** | Brickhouse, Derrick; Bagley, Jane |
| **Subject:** | RE: Revisions to All Risk Article |

Hi Guys...We are still stating incorrect facts here.  We agreed that we were only letting licensed PTNA representatives sell this plan.  Of course they also have to sign the AllRisk addendum?
Tracy

Another advantage of this program is that it allows an agent to earn an income while waiting to get his license or agency appointment.  Why? Because this is not insurance, does not require a state license and over 42 states have already approved this program.

-----Original Message-----
| | |
|---|---|
| **From:** | CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com] |
| **Sent:** | Thursday, August 23, 2001 4:09 PM |
| **To:** | tlevit-sussman@penntreaty.com; WEBIII@aol.com; nforman@nwlink.com; herb@schwartzgroup.com |
| **Cc:** | dbrickhouse@penntreaty.net; JBagley@penntreaty.com |
| **Subject:** | Re: Revisions to All Risk Article |

Tracy,
I just received some additional input so here is a "final Final".  Thanks again.

Michael

<< File: All Risk Article 4.doc >>

1

Confidential
PT 003199

**Levit-Sussman, Tracy**

| | |
|---|---|
| **From:** | CALLAHANKIDS@aol.com |
| **Sent:** | Thursday, August 23, 2001 4:50 PM |
| **To:** | tlevit-sussman@penntreaty.com; nforman@nwlink.com; Hesassoc@aol.com |
| **Subject:** | Re: Revisions to All Risk Article |

Tracy,
Though the program does not require a state license you are absolutely correct. How about changing the language to read "Another advantage of this program is that by being a PTNA representative and signing an AllRisk addendum it will allow you as an agent to earn addtional income. The AllRisk program is already approved in 42 states!"

Neal

1

Confidential
PT 002779

## Fritzinger, Sharon

**From:** Levit-Sussman, Tracy
**Sent:** Thursday, August 23, 2001 4:57 PM
**To:** 'CALLAHANKIDS@aol.com'; nforman@nwlink.com; Hesassoc@aol.com
**Cc:** Brickhouse, Derrick; Bagley, Jane
**Subject:** RE: Revisions to All Risk Article

That works fine and I will make the change.  Tracy

-----Original Message-----
**From:** CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com]
**Sent:** Thursday, August 23, 2001 4:50 PM
**To:** tlevit-sussman@penntreaty.com; nforman@nwlink.com; Hesassoc@aol.com
**Subject:** Re: Revisions to All Risk Article

Tracy,
Though the program does not require a state license you are absolutely
correct.  How about changing the language to read "Another advantage of this
program is that by being a PTNA representative and signing an AllRisk
addendum it will allow you as an agent to earn addtional income.  The AllRisk
program is already approved in 42 states!"

Neal

Confidential
PT 003193

1

Subj:    **[Fwd: Revisions to All Risk Article]**
Date:    8/24/01 7:05:53 AM Pacific Daylight Time
From:   nforman@nwlink.com (Neal Forman)
Reply-to: nforman@nwlink.com

Received: by frankenstein.nwlink.com (mbox nforman)
(with Cubic Circle's cucipop (v1.31 1998/05/13) Fri Aug 24 07:03:46 2001)
X-From_: nforman@nwlink.com  Fri Aug 24 06:57:16 2001
Return-Path: <nforman@nwlink.com>
Received: from smtp.nwlink.com (smtp.nwlink.com [209.20.130.57])
   by frankenstein.nwlink.com (8.11.3/8.11.3) with ESMTP id f7ODvG842570
   for <nforman@nwlink.com>; Fri, 24 Aug 2001 06:57:16 -0700 (PDT)
   (envelope-from nforman@nwlink.com)
Received: from nwlink.com (ip208.gte26.rb1.bel.nwlink.com [207.202.207.208])
   by smtp.nwlink.com (8.9.3/8.9.1) with ESMTP id GAA11678;
   Fri, 24 Aug 2001 06:55:32 -0700 (PDT)
Message-ID: <3B865D1C.B77B263E@nwlink.com>
Date: Fri, 24 Aug 2001 06:56:44 -0700
From: Neal Forman <nforman@nwlink.com>
Reply-To: nforman@nwlink.com
X-Mailer: Mozilla 4.7 [en] (Win98; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "Levit-Sussman, Tracy" <tlevit-sussman@penntreaty.com>
Subject: Re: Revisions to All Risk Article
References: <B549604A028AD51196E000A0C9D177721F9584@PAMAIL01>
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
X-Mozilla-Status2: 00000000

Tracy please forward final to Herb and Web and Michael as I will be in Las Veges
from the 25th. Im sure it will look great. Herb can sign off. Thanks again. naf

"Levit-Sussman, Tracy" wrote:

> You are welcome.  I will put a final draft together and send it out to you
> for final approval in newsletter format on Monday.  Tracy
>
> > ——Original Message——
> > From: Neal Forman [SMTP:nforman@nwlink.com]
> > Sent: Thursday, August 23, 2001 5:35 PM
> > To:   Levit-Sussman, Tracy
> > Subject:    Re: Revisions to All Risk Article
> >
> > Thank you Tracy much appreciated. naf
> >
> > "Levit-Sussman, Tracy" wrote:
> >
> > > That works fine and I will make the change.  Tracy
> > >
> > > > ——Original Message——
> > > > From: CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com]
> > > > Sent: Thursday, August 23, 2001 4:50 PM
> > > > To:   tlevit-sussman@penntreaty.com; nforman@nwlink.com;

Saturday, January 12, 2002 America Online: WEBIII

> > Hesassoc@aol.com
> > > > Subject:    Re: Revisions to All Risk Article
> > > >
> > > > Tracy,
> > > > Though the program does not require a state license you are absolutely
> > > > correct.   How about changing the language to read "Another advantage
> > of
> > > > this
> > > > program is that by being a PTNA representative and signing an AllRisk
> > > > addendum it will allow you as an agent to earn addtional income.   The
> > > > AllRisk
> > > > program is already approved in 42 states!"
> > > >
> > > > Neal
> > > >
> > > >
> > > >
> > > >
> > > ───────────────────────────────────
> > >
> > > The information contained in this e-mail message is intended only for
> > the
> > > personal and confidential use of the recipient(s) named above.  If the
> > > reader of this message is not the intended recipient or an agent
> > responsible
> > > for delivering it to the intended recipient, you are hereby notified
> > that
> > > you have received this document in error and that any review,
> > dissemination,
> > > distribution, or copying of this message is strictly prohibited.  If you
> > > have received this communication in error, please notify us immediately
> > by
> > > e-mail at ptna@penntreaty.com and delete the original message.
> >
> >
> ──────────────────────────────────
>
> The information contained in this e-mail message is intended only for the
> personal and confidential use of the recipient(s) named above.  If the
> reader of this message is not the intended recipient or an agent responsible
> for delivering it to the intended recipient, you are hereby notified that
> you have received this document in error and that any review, dissemination,
> distribution, or copying of this message is strictly prohibited.  If you
> have received this communication in error, please notify us immediately by
> e-mail at ptna@penntreaty.com and delete the original message.

──────────── Headers ───────────────
Return-Path: <nforman@nwlink.com>
Received: from  rly-xa02.mx.aol.com (rly-xa02.mail.aol.com [172.20.105.71]) by air-xa01.mail.aol.com (v80.17)
with ESMTP id MAILINXA11-0824100553; Fri, 24 Aug 2001 10:05:53 -0400
Received: from  smtp.nwlink.com (smtp.nwlink.com [209.20.130.57]) by rly-xa02.mx.aol.com (v80.17) with
ESMTP id MAILRELAYINXA24-0824100512; Fri, 24 Aug 2001 10:05:12 -0400
Received: from nwlink.com (ip208.gte26.rb1.bel.nwlink.com [207.202.207.208])
    by smtp.nwlink.com (8.9.3/8.9.1) with ESMTP id HAA13072;
    Fri, 24 Aug 2001 07:03:28 -0700 (PDT)
Message-ID: <3B865EF7.F92E047C@nwlink.com>
Date: Fri, 24 Aug 2001 07:04:40 -0700

From: Neal Forman <nforman@nwlink.com>
Reply-To: nforman@nwlink.com
X-Mailer: Mozilla 4.7 [en] (Win98; I)
X-Accept-Language: en
MIME-Version: 1.0
Subject: [Fwd: Revisions to All Risk Article]
Content-Type: multipart/mixed;
boundary="——————C6621DE9B9C11A2FB603469A"

## Fritzinger, Sharon

| | |
|---|---|
| **From:** | Levit-Sussman, Tracy |
| **Sent:** | Tuesday, August 28, 2001 3:57 PM |
| **To:** | 'nforman@nwlink.com'; 'Hesassoc@aol.com'; 'CALLAHANKIDS@aol.com' |
| **Cc:** | Brickhouse, Derrick; Bagley, Jane |
| **Subject:** | Final Revisions to All Risk Article |

Good Afternoon,

We hope this final draft is really the final draft:-) See below for approval:



All Risk Article 4.doc

Tracy

Confidential
PT 003198

1

Subj:    **RE: All Risk report**
Date:    09/20/2001 1:47:14 PM Pacific Daylight Time
From:    JFrantz@penntreaty.com (Frantz, Jackie)
To:      CALLAHANKIDS@aol.com ('CALLAHANKIDS@aol.com')
CC:      Jbagley@penntreaty.com (Bagley, Jane)

> ——Original Message——
> From:   Hodge, Jill
> Sent:   Thursday, September 20, 2001 10:09 AM
> To:   Frantz, Jackie
> Subject:   FW: All Risk report
>
> Mr. Callahan:
>
> I asked Jill to forward your questions to me.
>
> This report is showing that we received 2 All Risk applications for the
> week of 9/07/01 through 9/13/01.
>
> The YTD Policies represent any applications received from 01/01/01 to
> 9/13/01.  This report is a submitted business report, if anyone has
> cancelled for any reason, they do not get deducted from these reports.
>
> If I can be of further assistance, please let me know.
>
> Thank you.
>
> Jackie Frantz
>
> ——Original Message——
> From:   CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com]
> Sent:   Wednesday, September 19, 2001 2:31 PM
> To:   Jhodge@penntreaty.com
> Cc:   Hesassoc@aol.com; nforman@nwlink.com
> Subject:   All Risk report
>
>
> We haven't met but I work with Herb and Neal on the All Risk project.  I
> have been trying to reconcile the reports that we receive from you.  For
> the last period you showed 2 policies.  What is that – 2 new policies, or
> 2 policies whether new or renewal.  Of the 390 policies for the year are
> those new or new and renewals?  Please shed some light on this for me.
>
> Regards,
>
> Michael Callahan
>
> cc: Herb Schwartz
>      Neal Forman
>
>
>
——————————————————————————————

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above.  If the
reader of this message is not the intended recipient or an agent responsible

for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail at ptna@penntreaty.com and delete the original message.

-------------------- Headers --------------------
Return-Path: <JFrantz@penntreaty.com>
Received: from rly-yg02.mx.aol.com (rly-yg02.mail.aol.com [172.18.147.2]) by air-yg05.mail.aol.com (v80.17)
ESMTP id MAILINYG56-0920164714; Thu, 20 Sep 2001 16:47:14 -0400
Received: from pamail01.penntreaty.net (pamail01.penntreaty.net [12.27.76.115]) by rly-yg02.mx.aol.com
(v80.21) with ESMTP id MAILRELAYINYG26-0920164641; Thu, 20 Sep 2001 16:46:41 -0400
Received: by PAMAIL01 with Internet Mail Service (5.5.2653.19)
    id <SWYZK2T3>; Thu, 20 Sep 2001 16:46:28 -0400
Message-ID: <B549604A028AD51196E000A0C9D1777229B279@PAMAIL01>
From: "Frantz, Jackie" <JFrantz@penntreaty.com>
To: "'CALLAHANKIDS@aol.com'" <CALLAHANKIDS@aol.com>
Cc: "Bagley, Jane" <Jbagley@penntreaty.com>
Subject: RE: All Risk report
Date: Thu, 20 Sep 2001 16:46:25 -0400
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2653.19)
Content-Type: text/plain

**Fritzinger, Sharon**

| | |
|---|---|
| **From:** | Bagley, Jane |
| **Sent:** | Friday, September 21, 2001 8:24 AM |
| **To:** | Fritzinger, Sharon |
| **Subject:** | FW: All Risk report |

Can you please print this out for me?
Thanks.

-----Original Message-----
**From:    Frantz, Jackie**
**Sent:    Thursday, September 20, 2001 4:46 PM**
**To:** 'CALLAHANKIDS@aol.com'
**Cc:** Bagley, Jane
**Subject:    RE: All Risk report**

    -----Original Message-----
    **From:**    Hodge, Jill
    **Sent:**    Thursday, September 20, 2001 10:09 AM
    **To:**    Frantz, Jackie
    **Subject:**    FW: All Risk report

Mr. Callahan:

I asked Jill to forward your questions to me.

This report is showing that we received 2 All Risk applications for the week of 9/07/01 through 9/13/01.

The YTD Policies represent any applications received from 01/01/01 to 9/13/01. This report is a submitted business report, if anyone has cancelled for any reason, they do not get deducted from these reports.

If I can be of further assistance, please let me know.

Thank you.

Jackie Frantz

    -----Original Message-----
    **From:**    CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com] <mailto:[SMTP:CALLAHANKIDS@aol.com]>
    **Sent:**    Wednesday, September 19, 2001 2:31 PM
    **To:**    Jhodge@penntreaty.com
    **Cc:**    Hesassoc@aol.com; nforman@nwlink.com
    **Subject:**    All Risk report

We haven't met but I work with Herb and Neal on the All Risk project. I have been trying to reconcile the reports that we receive from you. For the last period you showed 2 policies. What is that – 2 new policies, or 2 policies whether new or renewal. Of the 390 policies for the year are those new or new and renewals? Please shed some light on this for me.

Regards,

Michael Callahan

cc:  Herb Schwartz
    Neal Forman

Confidential
PT 003295

1

Subj:    **RE: All Risk report**
Date:    09/21/2001 9:46:23 AM Pacific Daylight Time
From:   JFrantz@penntreaty.com (Frantz, Jackie)
To:    CALLAHANKIDS@aol.com ('CALLAHANKIDS@aol.com')

Mike,

The information you are looking at from DDS is for the week of 9/11/01 to 9/17/01.  The production report we are sending was for the week of 9/7/01 to 9/13/01.  We are never on the same weeks.  That is what I tried explaining to Neal and Herb.

Also, what are you looking for from the renewal end?

If I can be of further assistance, please let me know.

Thank you.

Jackie


> ----Original Message----
> From:   CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com]
> Sent:   Friday, September 21, 2001 12:39 PM
> To:    JFrantz@penntreaty.com
> Subject:   Re: All Risk report
>
> Jackie,
> Below is a copy of a report from DDS for the same period -- it shows 6 new
> apps when you show only 2. There is no information on this report
> regarding renewals.   This seems to be the "norm" and I can't seem to
> figure out why the two reports (the one from you and the one from DDS)
> never reconcile.   I am guessing that I am just missing something.   Can
> you tell me what it is?
>
> Regards,
>
> Michael Callahan
>
> From: "DDS Dataprocessing" <DATA@BestBenefits.com>
> To: <m.hauert@att.net>; <jfrantz@penntreaty.com>; <DATA@BestBenefits.com>
> Sent: Tuesday, September 18, 2001 4:46 PM
> Subject: Data Processing Confirmation
>
>
> > mailto:jfrantz@penntreaty.com
> >
> >
> > msg file: \dds\msg\860001.261               DI
> REV. 10.25
> >
> >
> >                     MEMBER UPDATE RECORD
> >
> >     System Updated    : 09/18/2001 09:23
> >     Data Template     : ARHC 860000/860001
> >     Source File       : ARH0918.TXT
> >
> >

Friday, September 21, 2001 America Online: CALLAHANKIDS

| > > GROUP | TOTAL | NEW | EXPIRED | REINSTATED | MOVED | UPDATED |
|---|---|---|---|---|---|---|
| > NO | | | | | | |
| > CHANGE | | | | | | |

> >
> ------------------------------------------------------------
>
> ------
> > 860001      4    1    0      0
> 0     0
> 3
> > 860002      2    0    0      0
> 0     1
> 1
> > 860004      1    0    0      0
> 0     0
> 1
> > 860005      5    5    0      0
> 0     0
> 0
> > Total Records Processed:    12
> >
> >
> > Records Queued to Print ( Full Kit ): 6
> >
> >
> > SOURCE FILE DATA
> >
> > VALID RECORDS         12
> >
> > SOURCE
>
>
>
>

--------------------------------------------------

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above.  If the
reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that
you have received this document in error and that any review, dissemination,
distribution, or copying of this message is strictly prohibited.  If you
have received this communication in error, please notify us immediately by
e-mail at ptna@penntreaty.com and delete the original message.

-------------------- Headers --------------------
Return-Path: <JFrantz@penntreaty.com>
Received: from  rly-yg03.mx.aol.com (rly-yg03.mail.aol.com [172.18.147.3]) by air-yg04.mail.aol.com (v80.17)
ESMTP id MAILINYG49-0921124622; Fri, 21 Sep 2001 12:46:22 -0400
Received: from  pamail01.penntreaty.net (pamail01.penntreaty.net [12.27.76.115]) by rly-yg03.mx.aol.com
(v80.21) with ESMTP id MAILRELAYINYG310-0921124601; Fri, 21 Sep 2001 12:46:01 -0400
Received: by PAMAIL01 with Internet Mail Service (5.5.2653.19)
  id <SWYZKJL7>; Fri, 21 Sep 2001 12:45:49 -0400
Message-ID: <B549604A028AD51196E000A0C9D1777229B281@PAMAIL01>
From: "Frantz, Jackie" <JFrantz@penntreaty.com>
To: "'CALLAHANKIDS@aol.com'" <CALLAHANKIDS@aol.com>
Subject: RE: All Risk report

Date: Fri, 21 Sep 2001 12:45:48 -0400
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2653.19)
Content-Type: text/plain

**Frantz, Jackie**

| | |
|---|---|
| **From:** | CALLAHANKIDS@aol.com |
| **Sent:** | Friday, September 21, 2001 12:58 PM |
| **To:** | JFrantz@penntreaty.com |
| **Subject:** | Re: All Risk report |

Jackie,
Thanks, I knew there had to be an easy explanation.

On the renewals, what I am looking for is what and where the renewal numbers and income are reported (i.e. how many renewals for the week/month and how much income). As I understand it, the DDS report does not cover renewals as there is nothing sent from DDS when someone renews. If this is so then the only information should come from you and Herb and Neal tell me they don't get anything in that regard (or perhaps don't recognize it if they do). Can you direct me to what is reported to them re: renewals? Thanks again.

Michael Callahan

Confidential
PT 003294

1

| | |
|---|---|
| Subj: | **RE: All Risk report** |
| Date: | 09/24/2001 12:32:54 PM Pacific Daylight Time |
| *From:* | *JFrantz@penntreaty.com (Frantz, Jackie)* |
| *To:* | *CALLAHANKIDS@aol.com ('CALLAHANKIDS@aol.com')* |

I will try and generate a report that might help.  I will be in touch.

Thanks,
Jackie

> -----Original Message-----
> From:   CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com]
> Sent:   Friday, September 21, 2001 12:58 PM
> To:   JFrantz@penntreaty.com
> Subject:   Re: All Risk report
>
> Jackie,
> Thanks, I knew there had to be an easy explanation.
>
> On the renewals, what I am looking for is what and where the renewal
> numbers and income are reported (i.e. how many renewals for the week/month
> and how much income).   As I understand it, the DDS report does not cover
> renewals as there is nothing sent from DDS when someone renews.   If this
> is so then the only information should come from you and Herb and Neal
> tell me they don't get anything in that regard (or perhaps don't recognize
> it if they do).   Can you direct me to what is reported to them re:
> renewals?  Thanks again.
>
> Michael Callahan
>
>
>
>
> ----------------------------------------------------

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above.  If the
reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that
you have received this document in error and that any review, dissemination,
distribution, or copying of this message is strictly prohibited.  If you
have received this communication in error, please notify us immediately by
e-mail at ptna@penntreaty.com and delete the original message.

-------------------- Headers --------------------------
Return-Path: <JFrantz@penntreaty.com>
Received: from  rly-yg05.mx.aol.com (rly-yg05.mail.aol.com [172.18.147.5]) by air-yg01.mail.aol.com (v80.17)
ESMTP id MAILINYG16-0924153254; Mon, 24 Sep 2001 15:32:54 -0400
Received: from  pamail01.penntreaty.net (pamail01.penntreaty.net [12.27.76.115]) by rly-yg05.mx.aol.com
(v80.21) with ESMTP id MAILRELAYINYG53-0924153233; Mon, 24 Sep 2001 15:32:33 -0400
Received: by PAMAIL01 with Internet Mail Service (5.5.2653.19)
   id <SWYZKK7G>; Mon, 24 Sep 2001 15:32:20 -0400
Message-ID: <B549604A028AD51196E000A0C9D1777229B293@PAMAIL01>
From: "Frantz, Jackie" <JFrantz@penntreaty.com>
To: "'CALLAHANKIDS@aol.com'" <CALLAHANKIDS@aol.com>
Subject: RE: All Risk report

Tuesday, September 25, 2001 America Online: CALLAHANKIDS

Dear Jackie,

    ile you are attempting to generate a report that I can understand please add the following to the mix.  I just got a copy of the
    ort titled "All Risk Plan/August 2001" that was mailed to Herb in Palm Springs and fowarded to him in Wash.  Under the
"Fees Collected" there are two entries:  "1st YEAR" and "RENEWAL".  This is all well and good and the calculations appear to
be correct. The problem is that the "Renewal" business entry has never appeared on any earlier reports as far as I can tell (I
don't have June or July yet).  Neal seems confident that August is not the first month of renewal business and I would have to
agree.  What has happened to the renewal business in the past?  Can you find this out and let me know?

Regards,

Michael Callahan

**Fritzinger, Sharon**

| | |
|---|---|
| **From:** | Bagley, Jane |
| **Sent:** | Tuesday, September 25, 2001 11:38 AM |
| **To:** | Fritzinger, Sharon |
| **Subject:** | FW: All Risk report |

-----Original Message-----
**From:**     Frantz, Jackie
**Sent:**     Thursday, September 20, 2001 4:46 PM
**To:** 'CALLAHANKIDS@aol.com'
**Cc:** Bagley, Jane
**Subject:**     RE: All Risk report

    -----Original Message-----
    **From:**     Hodge, Jill
    **Sent:**     Thursday, September 20, 2001 10:09 AM
    **To:**     Frantz, Jackie
    **Subject:**     FW: All Risk report

Mr. Callahan:

I asked Jill to forward your questions to me.

This report is showing that we received 2 All Risk applications for the week of 9/07/01 through 9/13/01.

The YTD Policies represent any applications received from 01/01/01 to 9/13/01. This report is a submitted business report, if anyone has cancelled for any reason, they do not get deducted from these reports.

If I can be of further assistance, please let me know.

Thank you.

Jackie Frantz

    -----Original Message-----
    **From:**     CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com] <mailto:[SMTP:CALLAHANKIDS@aol.com]>
    **Sent:**     Wednesday, September 19, 2001 2:31 PM
    **To:**     Jhodge@penntreaty.com
    **Cc:**     Hesassoc@aol.com; nforman@nwlink.com
    **Subject:**     All Risk report

We haven't met but I work with Herb and Neal on the All Risk project. I have been trying to reconcile the reports that we receive from you. For the last period you showed 2 policies. What is that -- 2 new policies, or 2 policies whether new or renewal. Of the 390 policies for the year are those new or new and renewals? Please shed some light on this for me.

Regards,

Michael Callahan

cc: Herb Schwartz
    Neal Forman

Confidential
PT 011762

1

**Bagley, Jane**

| | |
|---|---|
| **From:** | Bagley, Jane |
| **Sent:** | Thursday, September 27, 2001 1:10 PM |
| **To:** | 'CALLAHANKIDS@aol.com' |
| **Subject:** | AllRisk |

Dear Mike:

We have retained counsel in this matter and they will be contacting you on our behalf in the near future.

Jane Bagley

----Original Message----

| | |
|---|---|
| **From:** | CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com] |
| **Sent:** | Wednesday, September 26, 2001 12:07 PM |
| **To:** | JBagley@pennlrealty.com |
| **Subject:** | (no subject) |

Dear Jane,
I am hoping to get together with you via phone conf as soon as possible. Please let me know when you are available.

Michael Callahan

EXHIBIT
Callahan-16
DEBRA J. WEAVER
10-15-03

Confidential
PT 011759

**Bagley, Jane**

| | |
|---|---|
| **From:** | CALLAHANKIDS@aol.com |
| **Sent:** | Thursday, September 27, 2001 1:24 PM |
| **To:** | Jbagley@penntreaty.com |
| **Subject:** | Re: AllRisk |

Dear Jane,

Wow!  And I just wanted to talk in hopes of avoiding this becoming a "matter".

I called your office and asked for a phone conf time before getting your message.  I will wait for your counsel to call instead.

Thanks.

Michael Callahan

Confidential
PT 003302

**Frantz, Jackie**

| | |
|---|---|
| **From:** | CALLAHANKIDS@aol.com |
| **Sent:** | Thursday, September 27, 2001 2:29 PM |
| **To:** | JFrantz@penntreaty.com |
| **Subject:** | Re: (no subject) |

Jackie,
My fax is 425-871-0828.  Please send a copy to Neal at 425-822-6306.

Thanks alot.

Michael

1

Confidential
PT 002939

## Insurance Superstore

- Offering the broadest product line in the industry! Including tax-qualified and non tax-qualified plans for:
  - Comprehensive Coverage
  - Facility-Only Coverage
  - Home Care-Only Coverage

- Among the top three writers of Long Term Care Insurance in the USA

- Nearly 30 years experience writing Long Term Care Insurance

- Long Term Care Insurance is over 95% of our business.

- User friendly website -
  - www.penntreaty.com

- State-of-the-art sales applications -
  - Penn Treaty LTCWorks®
  - Penn Treaty Internet Toolkit®
  - Penn Treaty Underwriting Wizard®

- NYSE listed: PTA

Phone: _____
Fax: 425-871-0828
CC: _____

From: Jackie Frantz

Phone: 800-222-3469
Fax: 610-967-4616
CC: _____
Comments: _____

❑ **Urgent**      ❑ **For Your Review**

❑ **Reply ASAP**      ❑ **Please Comment**

For more information, contact us at:
**3440 Lehigh Street, Allentown, PA  18103 • (800)362-0700 • (877)LTC-FAXX**
info@penntreaty.com

---

| Telephone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 14258710828 | NORMAL | 27,14:45 | 1'16" | 2 | * O K | |

Line Number :2
Sep 27 2001  14:46
P.1

\*\* Transmit Conf.Report \*\*

Fax:610-965-6098

PTNA

Confidential
PT 002940



# PENN TREATY AMERICAN CORPORATION FAMILY OF COMPANIES

Penn Treaty Network America Insurance Company
American Network Insurance Company
American Independent Network Insurance Company of New York

## FACTS FAX

Date: 9/27/01       Number of Pages: 7

To: Michael Callahan

Phone: _____
Fax: 425-871-0828
CC: _____

From: Jackie Frantz

Phone: 800-222-3409
Fax: 610-967-4066
CC: _____
Comments: _____

☐ Urgent        ☐ For Your Review
☐ Reply ASAP    ☐ Please Comment

### We are the Long Term Care Insurance Superstore

- Offering the broadest product line in the industry! Including tax-qualified and non tax-qualified plans for:
  - Comprehensive Coverage
  - Facility-Only Coverage
  - Home Care-Only Coverage

- Among the top three writers of Long Term Care Insurance in the USA

- Nearly 30 years experience writing Long Term Care Insurance

- Long Term Care Insurance is over 95% of our business.

- User friendly website -
  - www.penntreaty.com

- State-of-the-art sales applications -
  - Penn Treaty LTCWorks®
  - Penn Treaty Internet Toolkit®
  - Penn Treaty Underwriting Wizard®

- NYSE listed: PTA

For more information, contact us at:
3440 Lehigh Street, Allentown, PA  18103 • (800)362-0700 • (877)LTC-FAXX
info@penntreaty.com

Confidential
PT 002941

All Risk

**Frantz, Jackie**

| | |
|---|---|
| **From:** | CALLAHANKIDS@aol.com |
| **Sent:** | Thursday, September 27, 2001 3:10 PM |
| **To:** | jfrantz@penntreaty.com |
| **Subject:** | All Risk |

Jackie,

Thanks for the fax. You have helped fill in the holes for me and I really appreciate it. I take it that it is your position that the first month there was a renewal was in March of '01?

Regards,

Michael Callahan

1

Confidential
PT 002936

**Bagley, Jane**

| | |
|---|---|
| From: | Frantz, Jackie |
| Sent: | Thursday, September 27, 2001 3:57 PM |
| To: | 'CALLAHANKIDS@aol.com' |
| Cc: | Grill, Michael; Bagley, Jane |
| Subject: | RE: All Risk |

Mar 2001 was the first time we reported Renewal Business, however, March included renewal business going back to December. We included the premium all along, but we did not differentiate between renewal and 1st year until March 2001.

If I can be of further assistance, please let me know.

Thank you.

Jackie

> ——Original Message——
> | | |
> |---|---|
> | From: | CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com] |
> | Sent: | Thursday, September 27, 2001 3:10 PM |
> | To: | jfrantz@penntreaty.com |
> | Subject: | All Risk |
>
> Jackie,
> Thanks for the fax. You have helped fill in the holes for me and I really appreciate it. I take it that it is your position that the first month there was a renewal was in March of '01?
>
> Regards,
>
> Michael Callahan

Confidential
PT 003300

## Bruch, Kristina

| | |
|---|---|
| **From:** | Levit-Sussman, Tracy |
| **Sent:** | Thursday, October 18, 2001 8:51 AM |
| **To:** | Bruch, Kristina |
| **Subject:** | FW: Revisions to All Risk Article |

Please print for the Allrisk File ...Thanks

-----Original Message-----
**From:** Levit-Sussman, Tracy
**Sent:** Thursday, August 23, 2001 3:40 PM
**To:** 'CALLAHANKIDS@aol.com'
**Subject:** RE: Revisions to All Risk Article

Hi!  Yes Michael I did just receive the article and will review with Derrick and Jane shortly.

Best Regards,
Tracy

-----Original Message-----
**From:** CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com]
**Sent:** Thursday, August 23, 2001 3:39 PM
**To:** tlevit-sussman@penntreaty.com
**Subject:** Re: Revisions to All Risk Article

Tracy,
I sent right after, did you receive?  Reply if you did not.

Thanks,

Michael

1

Confidential
PT 002792

## Bruch, Kristina

| | |
|---|---|
| **From:** | Levit-Sussman, Tracy |
| **Sent:** | Thursday, October 18, 2001 8:51 AM |
| **To:** | Bruch, Kristina |
| **Subject:** | FW: Revisions to All Risk Article |

Please print for the Allrisk File ...Thanks

-----Original Message-----
| | |
|---|---|
| **From:** | Levit-Sussman, Tracy |
| **Sent:** | Thursday, August 23, 2001 3:33 PM |
| **To:** | 'CALLAHANKIDS@aol.com'; Levit-Sussman, Tracy; herb@schwartzgroup.com; nforman@nwlink.com |
| **Cc:** | Brickhouse, Derrick; Bagley, Jane |
| **Subject:** | RE: Revisions to All Risk Article |

Thanks Mike, I didn't get the attachment.  Please resend.  Tracy

-----Original Message-----
| | |
|---|---|
| **From:** | CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com] |
| **Sent:** | Thursday, August 23, 2001 3:31 PM |
| **To:** | Tlevit-sussman@penntreaty.com; herb@schwartzgroup.com; nforman@nwlink.com |
| **Cc:** | dbrickhouse@penntreaty.net; JBagley@penntreaty.com |
| **Subject:** | Revisions to All Risk Article |

Tracy,
Here are the revisions you asked for.  I left in the highlighting so you
could locate.  Please let us know if you will be publishing this in this form
or whether additional changes will be made.

Thank you.

Neal Forman

1

Confidential
PT 002793

**Bruch, Kristina**

| | |
|---|---|
| **From:** | Levit-Sussman, Tracy |
| **Sent:** | Thursday, October 18, 2001 8:51 AM |
| **To:** | Bruch, Kristina |
| **Subject:** | FW: Revisions to All Risk Article |

Please print for the Allrisk File ...Thanks

-----Original Message-----

| | |
|---|---|
| **From:** | Levit-Sussman, Tracy |
| **Sent:** | Thursday, August 23, 2001 4:57 PM |
| **To:** | 'CALLAHANKIDS@aol.com'; nforman@nwlink.com; Hesassoc@aol.com |
| **Cc:** | Brickhouse, Derrick; Bagley, Jane |
| **Subject:** | RE: Revisions to All Risk Article |

That works fine and I will make the change.  Tracy

-----Original Message-----

| | |
|---|---|
| **From:** | CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com] |
| **Sent:** | Thursday, August 23, 2001 4:50 PM |
| **To:** | tlevit-sussman@penntreaty.com; nforman@nwlink.com; Hesassoc@aol.com |
| **Subject:** | Re: Revisions to All Risk Article |

Tracy,
Though the program does not require a state license you are absolutely correct. How about changing the language to read "Another advantage of this program is that by being a PTNA representative and signing an AllRisk addendum it will allow you as an agent to earn addtional income.  The AllRisk program is already approved in 42 states!"

Neal

1

Confidential
PT 002794

**Bruch, Kristina**

| | |
|---|---|
| From: | Levit-Sussman, Tracy |
| Sent: | Thursday, October 18, 2001 8:52 AM |
| To: | Bruch, Kristina |
| Subject: | FW: Revisions to All Risk Article |

Please print for the Allrisk File ...Thanks

-----Original Message-----
From:       Levit-Sussman, Tracy
Sent:       Thursday, August 23, 2001 4:13 PM
To:         'CALLAHANKIDS@aol.com'; WEBIII@aol.com; nforman@nwlink.com; herb@schwartzgroup.com
Cc:         Brickhouse, Derrick; Bagley, Jane
Subject:    RE: Revisions to All Risk Article

Hi Guys...We are still stating incorrect facts here.  We agreed that we were only letting licensed PTNA representatives sell this plan.  Of course they also have to sign the AllRisk addendum?
Tracy

Another advantage of this program is that it allows an agent to earn an income while waiting to get his license or agency appointment.  Why? Because this is not insurance, does not require a state license and over 42 states have already approved this program.

-----Original Message-----
From:       CALLAHANKIDS@aol.com [SMTP:CALLAHANKIDS@aol.com]
Sent:       Thursday, August 23, 2001 4:09 PM
To:         tlevit-sussman@penntreaty.com; WEBIII@aol.com; nforman@nwlink.com; herb@schwartzgroup.com
Cc:         dbrickhouse@penntreaty.net; JBagley@penntreaty.com
Subject:    Re: Revisions to All Risk Article

Tracy,
I just received some additional input so here is a "final Final".  Thanks again.

Michael

<< File: All Risk Article 4.doc >>

1

Confidential
PT 002800