IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES, INC. | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| PENN TREATY AMERICA CORP. et al | : | |
| Defendants | : | NO. 02-3600 |

NOTICE OF TELEPHONE CONFERENCE

Notice is hereby given that a telephone conference to is scheduled for Wednesday, March 17, 2004, at 4:00 P.M. before The Honorable Mary A. McLaughlin. Plaintiff's counsel shall initiate the call. Judge McLaughlin's chambers telephone number is 267-299-7600.

Date: March 4, 2004

_____
Cheryl Stormes
Judicial Assistant to
The Honorable Mary A. McLaughlin