```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NATIONAL HEALTHCARE         :      CIVIL ACTION
SERVICES, INC.              :
          Plaintiff         :
                            :
     v.                     :
                            :
PENN TREATY AMERICA         :
CORP., et al.               :
          Defendants        :      NO. 02-3600
```

ORDER

AND NOW, this 17th day of March, 2004, following a telephone status conference in the above captioned case, IT IS HEREBY ORDERED that this matter is referred to Magistrate Judge Linda K. Caracappa for a settlement conference. The case shall otherwise be held in abeyance until after the settlement conference takes place.


                              BY THE COURT:


                              _____
                              MARY A. McLAUGHLIN, J.