```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NATIONAL HEALTHCARE SERVICES, :    CIVIL ACTION
INC.                          :
            v.                :
                              :
PENN TREATY AMERICA           :
CORPORATION, et al.           :    NO. 02-3600
```

ORDER

AND NOW, this 20th day of October, 2004, IT IS HEREBY ORDERED that a telephone status conference is scheduled for Wednesday, October 27, 2004, at 4:30 P.M.  Plaintiff's counsel shall initiate the call.  Judge McLaughlin's Chambers telephone number is 267-299-7600.

                              BY THE COURT:


                              _____
                              MARY A. McLAUGHLIN, J.


Faxed by Chambers:
Roberto A. Rivera-Soto (215-299-2150)
Douglas L. Flitter (215-864-8999)
Mindy J. Spector (212-310-8007)