IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., <br> Plaintiff, <br><br> v. <br><br> PENN TREATY AMERICAN <br> CORPORATION, et al., <br> Defendants. | CIVIL ACTION <br> NO. 02-CV-3600 |

**ENTRY OF APPEARANCE AND SUBSTITUTION
OF COUNSEL ON BEHALF OF PLAINTIFF**

TO THE CLERK OF COURT:

Kindly enter the appearances of Ronald J. Shaffer and Stephanie Resnick as counsel for plaintiff in the above-captioned action in place of Roberto Rivera-Soto and Daniel Lyons.

*/s/ Ronald J. Shaffer*
Ronald J. Shaffer, Esquire
Stephanie Resnick, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
(215) 299-2196

Attorneys for Plaintiff
National Healthcare Services, Inc.

## CERTIFICATE OF SERVICE

I certify that on the 25th day of October, 2004, the foregoing Entry of Appearance and Substitution of Counsel on Behalf of Plaintiff was filed electronically and is available for viewing and downloading from the ECF system; and that a copy was served on the following:

**VIA FIRST CLASS MAIL**
Mindy J. Spector, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119
*Attorneys for Defendant*

**VIA FIRST CLASS MAIL**
Douglas L. Flitter, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
*Attorneys for Defendant*

_____
RONALD J. SHAFFER