IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATIONAL HEALTHCARE SERVICES, : CIVIL ACTION
INC. :
 :
      v. :
 :
PENN TREATY AMERICA CORP., :
et al. : NO. 02-3600

<u>ORDER</u>

AND NOW, this 19th day of November, 2004, IT IS HEREBY ORDERED that counsel shall confer and submit a proposed schedule for the remainder of the case to the Court by Monday, December 6, 2004.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>

MARY A. McLAUGHLIN, J.