IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., <br> Plaintiff, <br><br> v. <br><br> PENN TREATY AMERICAN CORPORATION, et al., <br> Defendants. | CIVIL ACTION <br> NO. 02-CV-3600 |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance as co-counsel for plaintiff, National Healthcare Services, Inc., in the above-captioned action.

_____
Stephanie Resnick, Esquire
Identification No. 41303
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
(215) 299-2082

Attorneys for Plaintiff
National Healthcare Services, Inc.

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of November, 2004, that a true and correct copy of the foregoing Entry of Appearance was served upon the following individuals via first class mail:

**VIA FIRST CLASS MAIL**
Mindy J. Spector, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119

**VIA FIRST CLASS MAIL**
Douglas L. Flitter, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

_____
STEPHANIE RESNICK