EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC., <br><br>　　　　　　　Plaintiff, <br>v. <br><br>PENN TREATY AMERICAN CORPORATION, et al., <br><br>　　　　　　　Defendants. | CIVIL ACTION <br>NO. 02-CV-3600 |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of Defendants' motion to amend their answer to add a counterclaim, and Plaintiff's opposition thereto, it is hereby ORDERED that Defendants' motion is GRANTED. Defendants shall file their Amended Answer and Counterclaim within 10 days of the issuance of this Order.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Mary A. McLaughlin, U.S.D.J.