IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES, INC. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO.: 02-CV-3600 |
| | : | |
| v. | : | |
| | : | |
| PENN TREATY AMERICAN CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have today caused true and correct copies of defendants' motion for leave to amend their answer to add a counterclaim, supporting memorandum of law, affirmation of David L. Yohai and proposed order to be served on the following counsel by hand delivery:

        Ronald J. Shaffer, Esq.
        Stephanie Resnick, Esq.
        Fox Rothschild O'Brien & Frankel
        2000 Market Street, 10th Floor
        Philadelphia, PA 19103-3291

this 7th day of January 2005.

                                                  /s/ Douglas L. Fitter
                                                  Douglas L. Fitter