IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC. : | |
| : | CIVIL ACTION |
| Plaintiff, : | NO.: 02-CV-3600 |
| : | |
| v. : | |
| : | |
| PENN TREATY AMERICAN CORPORATION, : | |
| et al., : | |
| : | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that I have today caused true and correct copies of defendants' reply memorandum of law in support of motion to amend answer and in opposition to cross-motion to re-open discovery and assess fees, affirmation of David L. Yohai and proposed order to be served on the following counsel by hand delivery:

> Ronald J. Shaffer, Esq.
> Stephanie Resnick, Esq.
> Fox Rothschild O'Brien & Frankel
> 2000 Market Street, 10th Floor
> Philadelphia, PA  19103-3291

this 25th day of January 2005.

_____
Douglas L. Flitter

PHL_A #1963162 v1