EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL HEALTHCARE SERVICES, INC.,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>PENN TREATY AMERICAN CORPORATION, *et al.*,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 02-CV-3600 |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of Defendants' motion to amend their answer to add a counterclaim, and Plaintiff's opposition thereto, it is hereby ORDERED that Defendants' motion is GRANTED. Defendants shall file their Amended Answer and Counterclaim within 10 days of the issuance of this Order.

AND NOW, upon consideration of Plaintiff's cross-motion to re-open discovery and for assessment of fees, and Defendants' opposition thereto, it is hereby ORDERED that Plaintiff's motion is DENIED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Mary A. McLaughlin, U.S.D.J.