IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL HEALTHCARE SERVICES, INC. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO.: 02-CV-3600 |
| | : | |
| v. | : | |
| | : | |
| PENN TREATY AMERICAN CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have today caused true and correct copies of defendants' first amended answer to plaintiff's amended complaint to be served on the following counsel by hand delivery:

>Ronald J. Shaffer, Esq.
>Stephanie Resnick, Esq.
>Fox Rothschild O'Brien & Frankel
>2000 Market Street, 10th Floor
>Philadelphia, PA  19103-3291

this 2nd day of February 2005.

>/s/ Douglas L. Flitter
>Douglas L. Flitter