IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATIONAL HEALTHCARE SERVICES,     :     CIVIL ACTION
INC.                              :
                                  :
                  v.              :
                                  :
PENN TREATY AMERICA               :
CORPORATION                       :     NO. 02-3600

ORDER

AND NOW, this 16th day of February, 2005, IT IS HEREBY
ORDERED that the Court will conduct a settlement conference with
counsel on March 7, 2005, at 9:00 A.M. in Chambers, Room 3809,
United States Courthouse, 601 Market Street, Philadelphia,
Pennsylvania.  All previously scheduled dates shall be held in
abeyance.

                                  BY THE COURT:


                                  /s/ Mary A. McLaughlin

                                  MARY A. McLAUGHLIN, J.