**PLAINTIFF**

   **VS.**

**DEFENDANT**

                      **CIVIL ACTION NO.**

                      **ATTACHMENT INCORRECT**